UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV,

    Defendant.

_____/

**ORDER DENYING AS MOOT MOTION TO DISMISS**

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss ("Motion") [DE 13]. On June 24, 2020, Plaintiff filed an Amended Complaint [DE 19] and, therefore, the Motion [DE 13] is now moot.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 13] is hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of June, 2020.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record