UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 20-60719-CIV-DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,

        Plaintiff,

v.

ECTOSENSE NV,

        Defendant.

## JOINT NOTICE OF MEDIATOR SELECTION

Plaintiff Itamar Medical Ltd. and Defendant Ectosense NV hereby jointly advise the Court that the parties have selected Harry R. Schafer, Esq., as their mediator for this case. Once a date for the mediation has been selected, the parties will submit a proposed Order Scheduling Mediation pursuant to the February 2, 2021 Scheduling Order [DE 56].

Respectfully submitted,

/s/ *Elizabeth B. Honkonen*
Robert D. W. Landon, III (FL Bar No. 961272)
Elizabeth B. Honkonen (FL Bar No. 0149403)
KENNY NACHWALTER, P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
rlandon@knpa.com
ebh@knpa.com

and

/s/ Seth J. Donahoe
Paul O. Lopez
Seth J. Donahoe
TRIPP SCOTT, P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-7500
eservice@trippscott.com (primary)
pol@trippscott.com (secondary)
sxc@trippscott.com (secondary)
sjd@trippscott.com (secondary)
sgc@trippscott.com (secondary)

*Attorneys for Defendant Ectosense NV*

Allen M. Gardner (admitted *pro hac vice*)
Chase A. Chesser (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2270
Allen.Gardner@lw.com
Chase.Chesser@lw.com

Jennifer L. Barry (admitted *pro hac vice*)
Patrick C. Justman (admitted *pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Jennifer.Barry@lw.com
Patrick.Justman@lw.com

*Attorneys for Plaintiff Itamar Medical Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 16, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that it is being served on all counsel of record via the Court's ECF notification system.

/s/ Elizabeth B. Honkonen
Elizabeth B. Honkonen

631855.v1