**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 20-cv-60719-WPD**

ITAMAR MEDICAL LTD.,

                        Plaintiff,

      v.

ECTOSENSE NV,

                        Defendants.

**STIPULATED MOTION FOR LEAVE TO FILE**
**SECOND AMENDED COMPLAINT**

Plaintiff Itamar Medical Ltd. ("Itamar") and Defendant Ectosense *nv* ("Ectosense"), pursuant to Fed. R. Civ. P. 15(a)(2), stipulate and agree to the filing of a Second Amended Complaint by Itamar, in the form attached here as Exhibit A.

1. On April 8, 2020, Itamar filed its initial Complaint. DE 1.

2. On June 3, 2020, Ectosense filed a Motion to Dismiss. DE 13.

3. On June 24, 2020, Itamar filed an Amended Complaint rendering Ectosense's Motion to Dismiss moot. DE 19 and DE 20.

4. On July 29, 2020, Ectosense filed a Motion to Dismiss Itamar's Amended Complaint. DE 28. The Court subsequently denied this motion on January 4, 2021. DE 52.

5. On February 21, 2021, Ectosense filed its Answer to Itamar's Amended Complaint. DE 61.

6. On March 4, 2021, Itamar filed its Answer to Ectosense's Counterclaims. DE 65.

7. Itamar seeks to file a Second Amended Complaint to add VirtuOx, Inc. as a defendant. There are no other substantive changes to the current Amended Complaint. DE 19.

Dated: March 10, 2021                                              Respectfully submitted,

/s/ *Seth J. Donahoe*
Paul Octavio Lopez
Seth J. Donahoe
TRIPP SCOTT
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33302-4245
Telephone: 954-525-7500
pol@trippscott.com
sjd@trippscott.com

Paul Bernard Ranis
GREENBERG TRAURIG
401 E. Las Olas Blvd., Suite 2000
Fort Lauderdale, FL 33301
Telephone: 954-768-8239
ranisp@gtlaw.com

*Attorneys for Defendant Ectosense nv*

/s/ *Robert D. W. Landon, III*
Robert D. W. Landon, III (FL Bar No. 961272)
Elizabeth B. Honkonen (FL Bar No. 0149403)
KENNY NACHWALTER, P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
rlandon@knpa.com
ebh@knpa.com

Allen M. Gardner (admitted *pro hac vice*)
Chase A. Chesser (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2270
allen.gardner@lw.com
chase.chesser@lw.com

Jennifer L. Barry (admitted *pro hac vice*)
Patrick C. Justman (admitted *pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
jennifer.barry@lw.com
patrick.justman@lw.com

*Attorneys for Plaintiff Itamar Medical Ltd.*