UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,
    Plaintiff,
v.

ECTOSENSE NV,
    Defendant.
_____/

## ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

THIS CAUSE is before the Court on the Parties' Stipulated Motion for Leave to File a Second Amended Complaint [DE 68] (the "Stipulated Motion"). The Court has reviewed the Stipulated Motion and is otherwise fully advised in the premises.

Accordingly, it is ORDERED and ADJUDGED that the Stipulated Motion [DE 68] is **GRANTED**. Plaintiff Itamar Medical Ltd. shall separately file its Second Amended Complaint on or before **March 26, 2021**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of March, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record