**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 20-cv-60719-Dimitrouleas/Snow**

ITAMAR MEDICAL LTD.,

       Plaintiff,

v.

ECTOSENSE NV,

       Defendant.

## PLAINTIFF'S MOTION TO STRIKE D.E. 70

Plaintiff ITAMAR MEDICAL LTD. ("Itamar"), through its undersigned counsel, respectfully requests that this Court strike its Second Amended Complaint [D.E. 70], and states as follows:

1. Itamar filed its Second Amended Complaint on March 23, 2021 [D.E. 70] under the filer name Elizabeth B. Honkonen. However, the Second Amended Complaint bore the electronic signature of Robert D. W. Landon, III. Both Ms. Honkonen and Mr. Landon are counsel of record for Itamar in this case.

2. On March 24, 2021, the Clerk issued a Clerks Notice to Filer [D.E. 71] stating the following:

> "Clerks Notice to Filer re [70] Amended Complaint/Amended Notice of Removal. Login/Signature Block Violation; CORRECTIVE ACTION REQUIRED - The name of attorney e-filing this document via their CM/ECF login does not match the name of attorney on the signature block of the document. The name used for login must match the typed name on signature block of the document. This filing is a violation of Section 3J(1) of CM/ECF Admin Procedures and Local Rule 5.1(b). Filer must File a Notice of Striking, then refile document pursuant to CM/ECF Admin Procedures and Local Rules. (cds)"

3. In compliance with the Clerk's Notice, Itamar files this Motion to Strike D.E. 70.

WHEREFORE, Itamar respectfully requests that the Court strike D.E. 70 so that Itamar may refile it in accordance with the Clerk's Notice.

Dated: March 24, 2021

Respectfully submitted,

By: */s/Elizabeth B. Honkonen*
Robert D. W. Landon, III (FL Bar No. 961272)
Elizabeth B. Honkonen (FL Bar No. 0149403)
KENNY NACHWALTER, P.A.
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
rlandon@knpa.com
ebh@knpa.com

Allen M. Gardner (admitted *pro hac vice*)
Chase A. Chesser (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2270
Allen.Gardner@lw.com
Chase.Chesser@lw.com

Jennifer L. Barry (admitted *pro hac vice*)
Patrick C. Justman (admitted *pro hac vice*)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Jennifer.Barry@lw.com
Patrick.Justman@lw.com

*Attorneys for Plaintiff Itamar Medical Ltd.*