UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60719-CIV-DIMITROULEAS

ITAMAR MEDICAL, LTD.,

    Plaintiff,

v.

ECTOSENSE NV,

    Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE

THIS CAUSE came before the Court on Plaintiff's Itamar Medical Ltd.'s Motion to Strike D.E. 70 (the "Motion") [DE 72]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 72] is **GRANTED**.

2. The Clerk shall strike Docket Entry 70 from this case's docket.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of March, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record