UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,

    Plaintiff,
v.

ECTOSENSE NV and VIRTUOX, INC.,

    Defendant.
_____/

## ORDER GRANTING MOTIONS TO AMEND; DENYING AS MOOT MOTION TO STRIKE

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion for Leave to File Third Amended Complaint [DE 119] ("Motion to Amend Complaint") and Defendant VirtuOx's Motion to Dismiss the Second Amended Complaint [DE 114] ("Motion to Dismiss"). The Court has considered the Motion to Amend Complaint and the Motion to Dismiss and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Amend Complaint [DE 119] is **GRANTED**. Plaintiff shall separately refile the Third Amended Complaint on or before **July 9, 2021**.

2. Defendant VirtuOx's Motion to Dismiss [DE 114] is **DENIED as moot and without prejudice**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of July, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record