**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case Number: 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV,

    Defendant.

_____/

**NOTICE OF WITHDRAWING
ECTOSENSE'S MOTION TO FILE PLAINTIFF'S VERIFIED RESPONSES AND
OBJECTIONS TO DEFENDANT'S INTERROGATORIES UNDER SEAL**

Defendant Ectosense *nv* ("Ectosense") hereby provides notice that it has reached a stipulated resolution of Ectosense *nv*'s Motion To File Plaintiff's Verified Responses And Objections To Defendant's Interrogatories Under Seal (the "Motion to File Interrogatories Under Seal") [ECF 148], and therefore withdraws the same, and states:

1.    On August 6, 2021, Ectosense filed its Motion to Compel Itamar To Provide Complete Interrogatory Answers And To Overrule Objections To Ectosense's Interrogatories, ("Motion to Compel Interrogatories"), ECF 149.

2.    Because Itamar had previously marked the Interrogatory Answers and Objections that were the subject of ECF 149 confidential, pursuant to this Court's Order Governing Confidential Materials, ECF 66, Ectosense filed its Motion to File Interrogatories Under Seal, ECF 148.

3.    Itamar and Ectosense have reached an agreement with respect to the Motion to File Interrogatories Under Seal that Itamar will remove the confidentiality designation and allow the

Interrogatory Answers and Objections to be filed for the Court's consideration when reviewing the Motion to Compel Interrogatories, ECF 149.

4. The Parties will hereafter file Itamar's Responses and Objections to Ectosense's Interrogatories without seal.

5. Thus, Ectosense's Motion To File Plaintiff's Verified Responses And Objections To Defendant's Interrogatories Under Seal is rendered moot, and Ectosense withdraws the same.

## CERTIFICATE OF SERVICE

Counsel for Ectosense *nv* hereby certifies that on the 13th day of August 2021, I electronically filed the foregoing document via CM/ECF and served this document on all counsel of record as listed in the Service List below.

**Counsel for Ectosense *nv*:**

*/s/   Seth J. Donahoe*

Paul O. Lopez, Esq.
Florida Bar No. 983314
pol@trippscott.com (primary)
eservice@trippscott.com (secondary)
sxc@trippscott.com (secondary)
Seth J. Donahoe, Esq.
Florida Bar No. 1004133
sjd@trippscott.com (primary)
sgc@trippscott.com (secondary)
B. George Walker, Esq.
Florida Bar No. 0071049
bgw@trippscott.com (primary)
sxc@trippscott.com (secondary)
Tripp Scott, P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL  33301
Telephone: (954) 525-7500
Telefax: (954) 761-8475

## SERVICE LIST
## CASE NO: 20-cv-60719-WPD

| Counsel for Plaintiff: | Counsel for Defendant ECTOSENSE: |
|---|---|
| LAURA GANOZA, ESQ.<br>Florida Bar No. 0118532<br>lganoza@foley.com<br>atownsend@foley.com<br>HAWWI EDAO, ESQ.<br>Florida Bar No. 1026550<br>hedao@foley.com<br>hmoreno@foley.com<br>**FOLEY & LARDNER LLP**<br>One Biscayne Tower, Suite 1900<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 482-8400<br>(305) 482-8600 (fax)<br><br>**Co-Counsel for Plaintiff:**<br><br>JESSICA N. WALKER, ESQ.<br>jwalker@foley.cOM<br>**FOLEY & LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418<br>(213) 972-4675<br><br>GENE KLEINHENDLER, ESQ.<br>gene@gk-ad.com<br>ANNA ADAMSKY, ESQ.<br>anna@gk-ad.com<br>**GK ADVISORY**<br>72 Ahad Haam St.<br>Tel Aviv 6520512, Israel<br>(972) 3-735-6168 | PAUL O. LOPEZ, ESQ.<br>eservice@trippscott.com (primary)<br>pol@trippscott.com (secondary)<br>sxc@trippscott.com (secondary)<br>SETH J. DONAHOE, ESQ.<br>eservice@trippscott.com (primary)<br>sjd@trippscott.com (secondary)<br>sgc@trippscott.com (secondary)<br>B. GEORGE WALKER, ESQ.<br>bgw@trippscott.com<br>sxc@trippscott.com<br>cab@trippscott.com<br>Tripp Scott, P.A.<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL  33301<br>Telephone:  (954) 525-7500<br>Telefax:  (954) 761-8475<br><br>**Co-Counsel for Defendant ECTOSENSE:**<br><br>Stephen Baird, Esq.<br>(*pro hac vice to be filed*)<br>GREENBERG TRAURIG, LLP<br>90 South 7th St., Suite 3500<br>Minneapolis, MN  55402<br>bairds@gtlaw.com<br><br>Paul B. Ranis, Esq.<br>Florida Bar No. 64408<br>GREENBERG TRAURIG, P.A.<br>401 E. Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com<br><br>*Counsel for VirtuOx Inc.*<br><br>Jonathan B. Morton<br>Florida Bar No. 956872 |

|  | Jonathan.Morton@klgates.com <br> **K&L Gates LLP** <br> Southeast Financial Center <br> 200 South Biscayne Boulevard, Suite 3900 <br> Miami, Florida 33131-2399 <br> Telephone: 305-539-3357 <br><br> Darlene F. Ghavimi, *Admitted Pro Hac Vice* <br> Texas Bar No. 24072114 <br> Darlene.Ghavimi@klgates.com <br> Stewart Mesher, *Admitted Pro Hac Vice* <br> Texas Bar No. 24032738 <br> Stewart.Mesher@klgates.com <br> **K&L GATES LLP** <br> 2801 Via Fortuna Suite 350 <br> Austin, Texas 78746-7568 <br> Telephone: (512) 482-6919 |
|---|---|