IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 20-cv-60719- DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV, and VIRTUOX, INC.,

    Defendants.

**ORDER GRANTING ITAMAR'S MOTION FOR EXTENSION AND FOR EXPEDITED DISCOVERY IN CONNECTION WITH ECTOSENSE'S MOTION TO DISQUALIFY GENE KLEINHENDLER AND FOR SANCTIONS**

THIS CAUSE came before the Court on Itamar's Motion for Extension and for Expedited Discovery in Connection with Ectosense's Motion to Disqualify Gene Kleinhendler and for Sanctions and the Court having reviewed the Joint Motion, and being otherwise advised in the premises, does hereby **ORDER AND ADJUDGE** as follows:

The Motion is hereby **GRANTED.**

Itamar shall be permitted to conduct discovery on an expedited basis as follows: Plaintiff's shall serve its Expedited Requests for Production of Documents Related to the Motion to Disqualify within one (1) business day of the date of this Order; Ectosense shall then have ten (10) days to serve its response and provide responsive documents in response to the Request; the deposition of Mats Dahlqvist shall take place no later than five (5) business days after the production of documents.

1

Itamar shall also be permitted to conduct expedited discovery as it relates to Saffelberg Investments *nv*, such that the requested documents shall either be voluntarily provided to Itamar within ten (10) days of the date of this Order, and the witnesses produced for deposition within ten (10) days thereafter, or the Court shall expedite the issuance of Letters Rogatory so that Itamar may pursue document requests and deposition testimony of Saffelberg and Arnold Benoot through the Hague Convention forthwith.

Itamar's deadline for responding to the Ectosense's Motion to Disqualify Gene Kleinhendler and Incorporated Motion for Sanctions (the "Motion to Disqualify") is extended until fourteen (14) days after the completion of the foregoing discovery.

**DONE AND ORDERED** in Chambers in Broward County, Florida, this __ day of September, 2021.

                                              LURANA S. SNOW
                                              UNITED STATE MAGISTRATE JUDGE

Copies furnished to: All counsel of record

# SERVICE LIST
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-60719- DIMITROULEAS/SNOW

**TRIPP SCOTT, P.A.**
Paul O. Lopez, Esq.
eservice@trippscott.com
pol@trippscott.com
sxc@trippscott.com

Seth J. Donahoe, Esq.
eservice@trippscott.com
sjd@trippscott.com
sgc@trippscott.com

B. George Walker, Esq.
eservice@trippscott.com
bgw@trippscott.com
sxc@trippscott.com

*Counsel Ectosense NV*

**GREENBERG TRAURIG, LLP**
Paul B. Ranis, Esq.
ranisp@gtlaw.com
scottlaw@gtlaw.com
FLService@gtlaw.com

*Co-Counsel Ectosense NV*

**FOLEY & LARDNER LLP**
Laura Ganoza, Esq.
lganoza@foley.com
atownsend@foley.com
Hawwi Edao, Esq.
hedao@foley.com
hmoreno@foley.com
Jessica N. Walker, Esq.
*(pro hac vice to be filed)*
jwalker@foley.com

*Counsel for Plaintiff Itamar Medical Ltd.*

**GK ADVISORY**
Anna Adamsky, Esq.
*(pro hac vice filed)*
anna@gk-ad.com

Gene Kleinhendler, Esq.
*(pro hac vice filed)*
gene@gk-ad.com

*Co-Counsel for Plaintiff Itamar Medical Ltd.*

**K&L GATES LLP**
Jonathan Bart Morton
jonathan.morton@klgates.com
Darlene F. Ghavimi, Esq.
darlene@ghavimi@klgates.com
(*admitted pro hac vice*)
Stewart Mesher
stewart.mesher@klgates.com
(*admitted pro hac vice*)

*Counsel for Defendant VirtuOx, Inc.*