**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 20-cv-60719- DIMITROULEAS/SNOW**

ITAMAR MEDICAL LTD.,

               Plaintiff,

v.

ECTOSENSE NV, and VIRTUOX, INC.,

               Defendants.

---

**JOINT MOTION FOR EXTENSION OF TIME FOR RAISING DISCOVERY
DISPUTES TO RELATING TO ITAMAR'S RESPONSES AND OBJECTIONS TO
ECTOSENSE'S SECOND REQUEST FOR PRODUCTION AND ECTOSENSE'S
DOCUMENT PRODUCTION**

      Plaintiff Itamar Medical Ltd. ("Itamar") and Defendant Ectosense *nv* ("Ectosense")

(collectively, the "Parties") hereby jointly move for a brief extension of the deadline for

Ectosense to raise discovery disputes regarding Itamar's Responses and Objections to Ectosense's

Second Request For Production, and for Itamar to raise discovery disputes regarding Ectosense's

July 16, 2021 Document Production, and state:

      (a) Extension of Time to Confer Regarding Clinical Data Requests For Production:

      1.     On August 4, 2021, Itamar served its Responses and Objections to Ectosense's

Second Request for Production, which is discovery Ectosense served seeking clinical data (the

"Clinical Data Requests").

2.      The Clinical Data Requests have a detailed protocol to address the technological formats of the clinical data, and other instructions regarding the requested production of clinical data.

3.      The requests themselves seek clinical data. On August 4, 2021, Itamar served its responses and objected to many requests as written, but noted that it would invite conferral on the objections to ensure issues would not have to be brought to the Court.

4.      The parties entered a written stipulation to extend the deadline to bring the objections to the Court by seven days.

5.      Thus, Ectosense's current deadline to bring the objections before the Court is September 10, 2021.

6.      Ectosense spent considerable time reviewing and researching Itamar's objections and sent Itamar's counsel a conferral letter on September 1, 2021. For Itamar's part, it had also reached out to Ectosense to confer about the requests.

7.      Both parties have been endeavoring to confer in good faith about the Clinical Data Requests, but need additional time to work through the particularities associated with clinical data.

8.      In light of the Labor Day and Jewish holiday this week, Itamar is in the process of reviewing Ectosense's position, and then Ectosense will need time to review and assess any final points of agreement or disagreement.  What disputes remain is unclear at this time, and it would be to the benefit of the Court and the parties to allow additional time to exhaust any conferral efforts on these requests so as not to bring disputes that could be further narrowed.

(b) Extension of Time to Finalize Review of Ectosense's Production:

9.      On July 16, 2021, Ectosense substantially completed its ESI document production.

4852-6639-1802.2

10.     Following its review of the ESI document production, Itamar identified one category of documents covered by three requests for production that appeared to be missing from the production.

11.     Pursuant to Local Rule 26.1(g), the initial deadline to move to compel based on any deficiencies in the production was August 16, 2021.  The Parties entered into a written stipulation extending this deadline for up to seven days, to August 23, 2021.  Following a productive conversation, the Parties requested, and this Court granted, an additional extension through September 10, 2021, for Itamar to present any remaining disputes relating to the July 16, 2021 production.

12.     As of September 9, 2021, Ectosense had performed the searches it had agreed to perform during the meet and confer, as described in ECF No. 174, reviewed the documents, and reported to Itamar that most of the documents returned by the search were on the privilege log, non-responsive, or had otherwise already been produced, but that Ectosense was still finishing the comparative review between the documents returned by the search, privilege log, and documents previously produced. Ectosense expects this process will be complete today or early next week. Therefore, Itamar is in need of additional time to review what, if anything, Ectosense provides as its final response in order to determine if any disputes still remain.

13.     The Parties request a two-week extension up through and including September 24, 2021, to present any disputes regarding Itamar's Responses and Objections to the Clinical Data Requests to the Court, if any, and to present any disputes regarding the searches done after Ectosense's July 16, 2021 document production, if any.

4852-6639-1802.2

14.     This motion is not filed for the purposes of delay. Instead, allowing this extension will enable the Parties to either resolve the outstanding issues, or at least further narrow any disputes that may need to be presented to the Court.

WHEREFORE, the Parties jointly request an extension up through and including September 24, 2021, to present to the Court any known disputes, if any, relating to Itamar's Responses and Objections to Ectosense's Second Request for Production, or to Ectosense's July 16, 2021 document production.

Dated: September 10, 2021

Respectfully submitted,

_/s/ Laura Ganoza_

**FOLEY & LARDNER LLP**
Laura Ganoza, Esq. (FBN: 0118532)
Ana Romes, Esq. (FBN: 101179)
Hawwi W. Edao (FBN: 1026550)
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
Phone: (305) 482-8400
lganoza@foley.com
atownsend@foley.com
aromes@foley.com
avargas@foley.com
hedao@foley.com
hmoreno@foley.com


**FOLEY & LARDNER LLP**
Jessica N. Walker, Esq.
*(admitted pro hac vice)*
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Phone: (213) 972-4675
jwalker@foley.com


**GK ADVISORY**
Gene Kleinhendler, Esq.
*(admitted pro hac vice)*
gene@gk-ad.com
Anna Adamsky, Esq.
*(admitted pro hac vice)*
anna@gk-ad.com
72 Ahad Haam St.
Tel Aviv 6520512, Israel
Phone: (972) 3-735-6168

***Counsel for Plaintiff Itamar Medical Ltd.***

_/s/ Seth J. Donahoe_

**TRIPP SCOTT, P.A.**
Paul O. Lopez, Esq. (FBN: 983314)
Seth J. Donahoe, Esq. (FBN: 1004133)
B. George Walker, Esq. (FBN: 71049)
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL  33301
Phone:  (954) 525-7500
eservice@trippscott.com (primary)
pol@trippscott.com (secondary)
sxc@trippscott.com (secondary)
sjd@trippscott.com (secondary)
sgc@trippscott.com (secondary
bgw@trippscott.com (secondary)


Paul B. Ranis, Esq. (FBN: 64408)
GREENBERG TRAURIG, P.A.
401 E. Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
ranisp@gtlaw.com
scottlaw@gtlaw.com
FLService@gtlaw.com


Scott J. Bornstein, Esq.
*(pro hac vice to be filed)*
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY  10166
bornsteins@gtlaw.com


Stephen Baird, Esq.
*(pro hac vice to be filed)*
GREENBERG TRAURIG, LLP
90 South 7th St., Suite 3500
Minneapolis, MN  55402
bairds@gtlaw.com

***Counsel for Ectosense nv***

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Ectosense NV hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court on this 10th day of September, 2021 using CM/ECF, which serves all counsel of record listed on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ Seth J. Donahoe</u>
Seth J. Donahoe

## SERVICE LIST
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-60719- DIMITROULEAS/SNOW

**TRIPP SCOTT, P.A.**
Paul O. Lopez, Esq.
eservice@trippscott.com
pol@trippscott.com
sxc@trippscott.com

Seth J. Donahoe, Esq.
eservice@trippscott.com
sjd@trippscott.com
sgc@trippscott.com

B. George Walker, Esq.
eservice@trippscott.com
bgw@trippscott.com
sxc@trippscott.com

*Counsel Ectosense NV*


**GREENBERG TRAURIG, LLP**
Paul B. Ranis, Esq.
ranisp@gtlaw.com
scottlaw@gtlaw.com
FLService@gtlaw.com

*Co-Counsel Ectosense NV*

**FOLEY & LARDNER LLP**
Laura Ganoza, Esq.
lganoza@foley.com
atownsend@foley.com
Ana Romes, Esq.
aromes@foley.com
avargas@foley.com
Hawwi Edao, Esq.
hedao@foley.com
hmoreno@foley.com
Jessica N. Walker, Esq.
*(admitted pro hac vice)*
jwalker@foley.com

*Counsel for Plaintiff Itamar Medical Ltd.*

**GK ADVISORY**
Anna Adamsky, Esq.
*(admitted pro hac vice)*
anna@gk-ad.com

Gene Kleinhendler, Esq.
*(admitted pro hac vice)*
gene@gk-ad.com

*Co-Counsel for Plaintiff Itamar Medical Ltd.*

**K&L GATES LLP**
Jonathan Bart Morton
jonathan.morton@klgates.com
Darlene F. Ghavimi, Esq.
darlene@ghavimi@klgates.com
(*admitted pro hac vice*)
Stewart Mesher
stewart.mesher@klgates.com
(*admitted pro hac vice*)

*Counsel for Defendant VirtuOx, Inc.*

4852-6639-1802.2