UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV, and
VIRTUOX, INC.

    Defendants    /

Case No. 20-60719-CIV-DIMITROULEAS/SNOW

**JOINT NOTICE OF GOOD FAITH CONFERRAL ON ECTOSENSE'S MOTION TO DISQUALIFY COUNSEL AND INCORPORATED MOTION FOR SANCTIONS**

Ectosense *nv*, and Itamar Medical Ltd., by and through undersigned counsel, hereby file this Notice of Good Faith Conferral on Ectosense's Motion to Disqualify Counsel and Incorporated Motion for Sanctions:

1.    The Magistrate Judge, on August 26, 2021, ordered the parties to conduct a twenty minute good faith conferral on the matters raised in Ectosense's Motion to Disqualify Counsel and Incorporated Motion for Sanctions. [D.E. 179](Paperless Order Denying without Prejudice [D.E. 176]). The Order also instituted a briefing schedule.

2.    Ectosense re-filed its Motion to Disqualify and Incorporated Motion for Sanctions, as directed, on September 3, 2021.

3.    Counsel for Itamar (Laura Ganoza and Hawwi Edao, of Foley & Lardner); Gene Kleinhendler (personally and of GK Advisory); and counsel for Ectosense (Seth Donahoe and B. George Walker of Tripp Scott) conducted the good faith conferral, on September 17, 2021. The parties discussed the issues raised pertaining to the Motion to Disqualify Mr. Kleinhendler in excess of twenty minutes.

4824-2831-8715.1

4. The parties and exchanged proposals for resolving the dispute without Court intervention.

5. Ultimately, the parties were unable to reach a resolution on Ectosense's Motion to Disqualify and Incorporated Motion for Sanctions.

6. This Notice of Good Faith Conferral is filed in conformity with the Court's Order. [D.E. 179].

WHEREFORE, the Itamar Medical Ltd. and Ectosense *nv* request the Court consider this Notice of Conferral in due course, and issue any relief or orders necessary or appropriate.

Dated: September 20, 2021                                                               Respectfully submitted,

*/s/ Laura Ganoza*                                                        __*/s/ B. George Walker*__
**FOLEY & LARDNER LLP**                                  **TRIPP SCOTT, P.A.**
Laura Ganoza, Esq. (FBN: 0118532)              Paul O. Lopez, Esq. (FBN: 983314)
Ana Romes, Esq. (FBN: 101179)                     Seth J. Donahoe, Esq. (FBN: 1004133)
Hawwi W. Edao (FBN: 1026550)                   B. George Walker, Esq. (FBN: 71049)
One Biscayne Tower, Suite 1900                      110 SE 6th Street, 15th Floor
2 South Biscayne Boulevard                               Fort Lauderdale, FL  33301
Miami, Florida 33131                                             Phone:  (954) 525-7500
Phone: (305) 482-8400                                          eservice@trippscott.com (primary)
lganoza@foley.com                                              pol@trippscott.com (secondary)
atownsend@foley.com                                        sxc@trippscott.com (secondary)
aromes@foley.com                                              sjd@trippscott.com (secondary)
avargas@foley.com                                              sgc@trippscott.com (secondary
hedao@foley.com                                                 bgw@trippscott.com (secondary)
hmoreno@foley.com

**FOLEY & LARDNER LLP**                                  Paul B. Ranis, Esq. (FBN: 64408)
Jessica N. Walker, Esq.                                           GREENBERG TRAURIG, P.A.
*(admitted pro hac vice)*                                        401 E. Las Olas Boulevard, Suite 2000
555 South Flower Street, Suite 3300              Fort Lauderdale, Florida 33301
Los Angeles, CA 90071-2418                         ranisp@gtlaw.com
Phone: (213) 972-4675                                       scottlaw@gtlaw.com
jwalker@foley.com                                              FLService@gtlaw.com

                                                                                Scott J. Bornstein, Esq.
                                                                                *(pro hac vice to be filed)*
**GK ADVISORY**                                                 GREENBERG TRAURIG, LLP
Gene Kleinhendler, Esq.                                      MetLife Building
*(admitted pro hac vice)*

2

gene@gk-ad.com
Anna Adamsky, Esq.
*(admitted pro hac vice)*
anna@gk-ad.com
72 Ahad Haam St.
Tel Aviv 6520512, Israel
Phone: (972) 3-735-6168

***Counsel for Plaintiff Itamar Medical Ltd***.

200 Park Avenue
New York, NY  10166
bornsteins@gtlaw.com

Stephen Baird, Esq.
(*pro hac vice to be filed*)
GREENBERG TRAURIG, LLP
90 South 7th St., Suite 3500
Minneapolis, MN  55402
bairds@gtlaw.com

***Counsel for Ectosense nv***

# CERTIFICATE OF SERVICE

Counsel for Ectosense *nv* hereby certifies that on the 20th day of September 2021, I electronically filed the foregoing document via CM/ECF and served this document on all counsel of record as listed in the Service List below.

**Counsel for Ectosense *nv*:**

*/s/   B. George Walker*

Paul O. Lopez, Esq.
Florida Bar No. 983314
pol@trippscott.com (primary)
eservice@trippscott.com (secondary)
sxc@trippscott.com (secondary)
Seth J. Donahoe, Esq.
Florida Bar No. 1004133
sjd@trippscott.com (primary)
sgc@trippscott.com (secondary)
B. George Walker, Esq.
Florida Bar No. 0071049
bgw@trippscott.com (primary)
sxc@trippscott.com (secondary)
Tripp Scott, P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL  33301
Telephone: (954) 525-7500
Telefax: (954) 761-8475

**SERVICE LIST**

3

4824-2831-8715.1

**CASE NO: 20-cv-60719-WPD**

| Counsel for Plaintiff: | Counsel for Defendant ECTOSENSE: |
|---|---|
| LAURA GANOZA, ESQ.<br>Florida Bar No. 0118532<br>lganoza@foley.com<br>atownsend@foley.com<br>HAWWI EDAO, ESQ.<br>Florida Bar No. 1026550<br>hedao@foley.com<br>hmoreno@foley.com<br>**FOLEY & LARDNER LLP**<br>One Biscayne Tower, Suite 1900<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 482-8400<br>(305) 482-8600 (fax)<br><br>**Co-Counsel for Plaintiff:**<br><br>JESSICA N. WALKER, ESQ.<br>jwalker@foley.cOM<br>**FOLEY & LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418<br>(213) 972-4675<br><br>GENE KLEINHENDLER, ESQ.<br>gene@gk-ad.com<br>ANNA ADAMSKY, ESQ.<br>anna@gk-ad.com<br>**GK ADVISORY**<br>72 Ahad Haam St.<br>Tel Aviv 6520512, Israel<br>(972) 3-735-6168 | PAUL O. LOPEZ, ESQ.<br>eservice@trippscott.com (primary)<br>pol@trippscott.com (secondary)<br>sxc@trippscott.com (secondary)<br>SETH J. DONAHOE, ESQ.<br>eservice@trippscott.com (primary)<br>sjd@trippscott.com (secondary)<br>sgc@trippscott.com (secondary)<br>B. GEORGE WALKER, ESQ.<br>bgw@trippscott.com<br>sxc@trippscott.com<br>cab@trippscott.com<br>Tripp Scott, P.A.<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL  33301<br>Telephone:  (954) 525-7500<br>Telefax:  (954) 761-8475<br><br><br>**Co-Counsel for Defendant ECTOSENSE:**<br><br>Stephen Baird, Esq.<br>(*pro hac vice to be filed*)<br>GREENBERG TRAURIG, LLP<br>90 South 7th St., Suite 3500<br>Minneapolis, MN  55402<br>bairds@gtlaw.com<br><br>Paul B. Ranis, Esq.<br>Florida Bar No. 64408<br>GREENBERG TRAURIG, P.A.<br>401 E. Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com<br><br>***Counsel for VirtuOx Inc.***<br><br>Jonathan B. Morton<br>Florida Bar No. 956872<br>Jonathan.Morton@klgates.com |

4824-2831-8715.1

|  | **K&L Gates LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 3900<br>Miami, Florida 33131-2399<br>Telephone: 305-539-3357<br><br>Darlene F. Ghavimi, *Admitted Pro Hac Vice*<br>Texas Bar No. 24072114<br>Darlene.Ghavimi@klgates.com<br>Stewart Mesher, *Admitted Pro Hac Vice*<br>Texas Bar No. 24032738<br>Stewart.Mesher@klgates.com<br>**K&L GATES LLP**<br>2801 Via Fortuna Suite 350<br>Austin, Texas 78746-7568<br>Telephone: (512) 482-6919 |
|---|---|

4824-2831-8715.1