UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 20-60719-CIV-DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,

        Plaintiff,

v.

ECTOSENSE NV, and

VIRTUOX, INC.

        Defendants.

## UNOPPOSED MOTION FOR CLARIFICATION REGARDING THE COURT'S ORDER DENYING ECTOSENSE'S MOTION TO STRIKE

Plaintiff Itamar Medical Ltd. ("Itamar"), by and through undersigned counsel, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, hereby files this Motion for Clarification in connection with the Court's Paperless Order dated September 21, 2021 (ECF No.195), in order to clarify whether Itamar is permitted to file a Reply to the "substantive response" of Defendant Ectosense *nv* ("Ectosense") to be filed on September 24, 2021:

    1. Defendant Ectosense *nv* ("Ectosense") filed a Motion to Disqualify Counsel ("Motion to Disqualify") (ECF No. 181) on September 3, 2021.

    2. Itamar believes discovery is necessary in connection with the Motion to Disqualify and, therefore, filed a Motion for Extension and for Expedited Discovery in Connection with Ectosense's Motion to Disqualify ("Motion for Expedited Discovery") (ECF No. 183).

3. Instead of filing a response to Itamar's Motion for Expedited Discovery, Ectosense filed a Motion to Strike Itamar's Motion for Expedited Discovery based on procedural ("Motion to Strike") (ECF No. 186).

4. This Court entered an Order expressing that Ectosense's Motion to Strike would be interpreted as a response to Itamar's Motion for Expedited Discovery. More explicitly, the Court's Order states:

> **[T]he Court will interpret, for purposes of judicial economy, Defendant Ectosense NV's Motion to Strike Itamar's Motion for Extension and Motion for Expedited Discovery as a Response to Itamar's Motion for Extension and Motion for Expedited Discovery**, ECF No. 183. Therefore, the Reply to Itamar's Motion for Expedited Discovery at ECF No. 183 will be due on or before September 20, 2021.

(ECF No. 188.)

5. The Order required Plaintiff to "address both the procedural and substantive arguments within the page limitations of this Court's Order at ECF No. 67." *Id.*

6. Pursuant to the Court's Order, on September 20, 2021, Itamar filed its Reply in Support of its Motion for Expedited Discovery. (ECF No. 193.) The Reply was limited to 3 pages and primarily addressed the procedural issues raised by Ectosense because Ectosense did not focus on the substantive issues in its Motion to Strike.

7. On September 21, 2021, this Court entered an Order denying Ectosense's Motion to Strike and granting Ectosense's request for the opportunity to brief the issues on the merits. (ECF No. 195.) The Court ordered Ectosense to "file a substantive response not to exceed 10 pages no later than September 24, 2021, at 9:00 a.m." *Id.*

8. The September 21 Order did not specify if Itamar is expected to, or would be permitted to, submit a reply to Ectosense's substantive response.

9. As a result, Itamar seeks clarification as to whether Itamar may file a reply to Ectosense's substantive response to the Motion for Expedited Discovery, and, if so, the date by which it must be filed and the page requirements, if it differs from the Order governing discovery procedures at ECF No. 67.

WHEREFORE, Itamar respectfully requests that this Honorable Court grant its Motion for Clarification and enter an Order clarifying whether Itamar is permitted to file a reply to Ectosense's substantive response, the page limit of the reply, and the date by which Itamar must file the reply, and any other or further relief as the Court deems just and proper.

**CERTIFICATION UNDER LOCAL RULE 7.1(a)(3)**

Undersigned counsel hereby certifies that she met and conferred with Ectosense's counsel regarding the relief requested in this motion and Ectosense does not oppose this Motion for Clarification.

Dated: September 23, 2021

Respectfully submitted,

*/s/ Laura Ganoza*
**FOLEY & LARDNER LLP**
Laura Ganoza, Esq.
Florida Bar No. 0118532
lganoza@foley.com
atownsend@foley.com
Hawwi W. Edao
Florida Bar No. 1026550
hedao@foley.com
hmoreno@foley.com
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305) 482-8400
Fax: (305) 482-8600
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court on this 23rd day of September, 2021 using CM/ECF, which serves all counsel of record listed on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                */s/ Laura Ganoza*
                                                Laura Ganoza

4819-2490-1628.1

**SERVICE LIST**
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-60719- DIMITROULEAS/SNOW

| | |
|---|---|
| **TRIPP SCOTT, P.A.**<br>Paul O. Lopez, Esq.<br>eservice@trippscott.com<br>pol@trippscott.com<br>sxc@trippscott.com<br><br>Seth J. Donahoe, Esq.<br>eservice@trippscott.com<br>sjd@trippscott.com<br>sgc@trippscott.com<br><br>B. George Walker, Esq.<br>eservice@trippscott.com<br>bgw@trippscott.com<br>sxc@trippscott.com<br><br>*Counsel Ectosense NV*<br><br><br>**GREENBERG TRAURIG, LLP**<br>Paul B. Ranis, Esq.<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com<br><br>*Co-Counsel Ectosense NV* | **FOLEY & LARDNER LLP**<br>Laura Ganoza, Esq.<br>lganoza@foley.com<br>atownsend@foley.com<br>Hawwi Edao, Esq.<br>hedao@foley.com<br>hmoreno@foley.com<br>Jessica N. Walker, Esq.<br>*(pro hac vice to be filed)*<br>jwalker@foley.com<br><br>*Counsel for Plaintiff Itamar Medical Ltd.*<br><br><br>**GK ADVISORY**<br>Anna Adamsky, Esq.<br>*(pro hac vice filed)*<br>anna@gk-ad.com<br><br>Gene Kleinhendler, Esq.<br>*(pro hac vice filed)*<br>gene@gk-ad.com<br><br>*Co-Counsel for Plaintiff Itamar Medical Ltd.*<br><br><br>**K&L GATES LLP**<br>Jonathan Bart Morton<br>jonathan.morton@klgates.com<br>Darlene F. Ghavimi, Esq.<br>darlene@ghavimi@klgates.com<br>(*admitted pro hac vice*)<br>Stewart Mesher<br>stewart.mesher@klgates.com<br>(*admitted pro hac vice*)<br><br>*Counsel for Defendant VirtuOx, Inc.* |

4819-2490-1628.1