

Seth J. Donahoe
Direct line: 954-760-4919
Email: sjd@trippscott.com

9/1/2021

**VIA EMAIL** (LGanoza@foley.com; JWalker@foley.com)
Laura Ganoza
Jessica Walker
**Foley & Lardner LLP**
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, Florida 33131

Re:   *Itamar Medical Ltd. v. Ectosense nv*: Conferral on Itamar's Objections to Ectosense's Second Request For Production (Clinical Data)

Laura and Jessica,

This letter is sent in connection with Itamar's Responses and Objections to Ectosense's Second Request for Production ("Clinical Data Requests"). Ectosense notes at the outset that the objections throughout generally fall into two categories, undue burden and overbreadth, but as detailed below, these objections do not make sense in light of what is actually sought and the support for the objections similarly do not make sense. We ask that Itamar specifically review, with its data engineers, the Clinical Data Requests as they are the individuals who would be best suited to gather the responsive data and we expect they will agree that the protocol was carefully crafted to ensure responsive data could be efficiently produced in an accessible format.

For purposes of Itamar's undue burden objections, we have gleaned two issues raised by Itamar: (1) that Itamar has over "1,121 publications" making the universe of responsive data too large, and (2) that de-identification would be cumbersome. The number of manuscripts (i.e., 'publications') that mention Itamar or WatchPAT is irrelevant because Ectosense seeks clinical data, not manuscripts. Many manuscripts do not deal with primary clinical validation data, collected by the authors or its collaborators. A manuscript analyzing or discussing other manuscripts or studies (i.e. a meta-analysis), may not have any primary clinical data underlying it at all—or may be interpreting primary clinical data from an earlier validation study. Moreover, in a medical device manufacturer context, clinical data is often generated completely independent of a manuscript or other type of publication. To be more precise, the request precisely seeks clinical data regardless of whether it was used in a manuscript —and particularly if Itamar aborted publishing on a clinical validation study wherein the clinical data demonstrated that WatchPAT's accuracy is nowhere near the advertised 97%. As explained below, Itamar is a heavily regulated company both in the United States and in Europe. Assuming Itamar is in compliance with its regulatory obligations, it should have retained all of the clinical data sought. More on that in a bit.

We have taken the time to review the manuscripts to identify those that are premised on primary clinical data, and thus would presumably have generated responsive clinical data. I have attached a spreadsheet charting each such manuscript, the subject matter thereof, whether it was sponsored by Itamar, and whether it was conducted by an Itamar affiliated researcher (either at the time of the study or after).

With respect to studies that would have generated clinical data, Ectosense found only 27 manuscripts that describe primary clinical data (i.e. clinical data acquired in the context of the manuscript). Of the 27 studies dealing with sleep apnea diagnostic performance, fifteen were not authored or sponsored by Itamar, and thus Itamar may not have care, custody, or control of the data. Moreover, eighteen of the studies dealt directly with sleep apnea performance (AHI or RDI). Thus, the objection Itamar is lodging suggests that Itamar has not actually looked at the burden at all, and instead ran a search for "WatchPAT" or "Itamar: on Google Scholar and cited the quantity of results to suggest the requests are burdensome. The problem is that published manuscripts are not a proxy for evaluating the quantity of responsive clinical data. Many of those results are meta-analysis of prior studies in which no clinical testing was performed, or simply academic publications about sleep apnea, again without clinical testing. We also take note that Itamar has complained that some of the studies date back almost twenty years. This is true, but that is because Itamar is citing twenty year old studies in support of its current marketing claims. In some instances, Itamar cites more proximate meta-analysis studies, but even those studies cite mostly to clinical data from before 2006. Unless Itamar stipulates that the decade-old studies have no relevance for evaluating current clinical performance, then Itamar's claimed burden is its own making because it cites those very studies done in the early 2000's in support of its current clinical performance claims.

Because Itamar's objections reveal that Itamar did not actually investigate the universe of responsive data to evaluate burden, we emphasize again that Itamar has forced *Ectosense* to investigate the burden *for Itamar* by locating studies, marketing materials, training materials etc. for determining the scope of what would be responsive to the requests for production. Even with this in mind, the objections Itamar lodged focused on the existence of a large volume of published manuscripts referencing Itamar. Manuscripts are not even relevant to determining the production burden because the vast majority of them presumably did not generate or rely upon clinical data. It seems as though Itamar has again failed to investigate the actual burden and instead propped up an objection that has little, if any, relevance to the discovery requests.

As to the purported de-identification burden and independent review board burden, these two are unsupportable burden objections. Itamar provides no specifics about how the purported de-identification burden, and the objection makes no sense in light of various regulations. For example, it seems impossible that a company as sophisticated as Itamar would not either (1) as a systematic practice maintain clinical data in a manner that would protect Personal Health Information (PHI) for internal processing and de-identify data as a standard good practice, or (2) have no efficient method of stripping PHI.

Given the U.S. HIPAA and post-market surveillance obligations, as well as the European records retention and post-market surveillance obligations we find it unlikely that Itamar has any meaningful burden here at all. Under FDA regulations, medical device manufacturers who enjoy

*Itamar Medical Ltd. v. Ectosense nv*
*Conferral Re: Objections to Clinical Data Requests*
*Page 3 of 4*

510(k) clearance as Itamar does for all of its WatchPAT devices, Itamar must conduct post market surveillance and preserve its clinical testing data. *See* https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/postmarket-requirements-devices. If Itamar is complying with its U.S. HIPAA and post-market surveillance obligations, it must have the clinical data in a reasonably accessible format that is either already stored in a de-identified manner, or that can be readily processed to strip PHI. It is inconceivable that Itamar would not have an efficient method of processing clinical data to remove PHI as a part of its normal business practice and compliance with U.S. regulatory obligations.

Moreover, given Itamar's presence in Europe and the fact that Itamar is certified to operate in Europe, Ectosense believes that Itamar also complies with the European Medical Device Regulation ("MDR." *See* Regulation (EU) 2017/745 of the European Parliament and of the Council of 5 April 2017 on medical devices, amending Directive 2001/83/EC, Regulation (EC) No 178/2002 and Regulation (EC) No 1223/2009.) Under the MDR, medical device manufacturers are obligated to maintain documented records of clinical data in support or in defiance of their cleared scientific claims. The entirety of Chapter VII of the MDR is dedicated to the manufacturer's obligations of post-market surveillance, vigilance, and market surveillance. Art 83 details the requirements for a post-market surveillance system ('PMS System'). Art 83.2 articulates the requirement that "for each device, manufacturers shall plan, establish, document, implement, maintain and update a post-market surveillance system." It explains in Art 83.2 that a post-market surveillance system should be "suited to actively and systematically gathering, recording and analysing relevant data on the quality, performance and safety of a device throughout its entire lifetime, and to drawing the necessary conclusions […]"

Art 83.3 states that manufacturers must maintain a 'clinical evaluation' document and that the post-market surveillance ('PMS') should be used to "update the clinical evaluation" and the "summary of safety and clinical performance". Outside the MDR itself, an entire Medical Device Guidance Document developed by working groups on behalf of the European Commission, sets out in a 65-page document what just this one requirement for 'Clinical Evaluation' entails. It requires that "a clinical evaluation is required to be critical. Therefore, it needs to identify, appraise and analyze both favorable **and unfavorable data**". *MEDDEV 2.7/1 revision 4* (emphasis added). It lists various sources of data, much of it Clinical Data indeed, and requires that "(i) all data generated and held by the manufacturer need to be identified, (ii) **Complete data need to be entirely disclosed and made available to the evaluators**; this includes data from Europe and other countries; it includes clinical studies as well as use data, (iii) All data sets should be documented (adequately summarised, appraised, analysed and referenced) in the clinical evaluation report." *Id.* (emphasis added)

Back to the MDR: article 84 requires the establishment of a 'post market surveillance plan' (the PMS Plan). Annex III of the MDR further specifies that the PMS Plan should address the "collection and utilization of information of available information" from sources as wide as "periodic safety update reports [PSURs]", "data on any undesirable side-effects [*including misdiagnoses*]", "relevant specialist or technical literature", "publicly available information about similar devices", "feedback and complaints provided by users" etc… The <u>minimum</u> coverage of the PMS Plan should "allow a correct characterization of the performance of the devices and shall also allow a comparison to be made between the device and similar products available on the

market", should contain "effective and appropriate methods and processes to assess the collected data", and contain a "post-market clinical follow-up plan".

Article 86 then requires that the "manufacturers […] shall prepare a periodic safety update report ('PSUR') for each device […] summarizing the results and conclusion of the analysis of the post-market surveillance data". It requires that "at least annually" such report is developed "throughout the lifetime of the device".

In relation to Ectosense's Clinical Data Requests, this means that all Clinical Data resulting from a Benchmark Experiment that Itamar has had access to the results of [no matter how] would have resulted in a documented discussion. For example, if a prospective customer samples the WatchPAT device and undertakes an informal evaluation of its clinical performance themselves (as Itamar management said most of its clients do) and subsequently shares the results, no matter how detailed, with Itamar, this would lead to a documented discussion at Itamar. If a researcher publishes a study that seems critical of WatchPAT's performance, Itamar is required again to have documented a discussion thereof. Such are the requirements *by law*.

These requirements are imposed on medical device companies and pharma companies for good reason: they foster the trust of the citizenship in the scientific integrity of private companies that so directly impact their lives through the provision of medical device and pharmaceuticals. A pandemic like today underscores just how vital that trust and transparency is. For Itamar to blatantly distance itself from those responsibilities in an attempt to call Ectosense's discovery requests 'oppressive' and 'irrelevant', is baffling – but not surprising.

Itamar Medical claims compliance with this MDR by operating in Europe. Moreover, it is subject to annual audits by its European Notified Body, a body authorized on behalf of the European Commission to audit against conformity against the MDR. Itamar has people fully dedicated to this quality management and these types of audits and compliance. As a consequence, not only *must* Itamar comply with the MDR, its certification status in Europe proves that Itamar *is* compliant with the MDR. As a result, Itamar cannot ascertain in good faith that it would not have maintained, stored in accessible and de-identified format, described, and engaged in documented discussion of Clinical Data (as defined in Ectosense's Second Requests for Production). Itamar most certainly has a sophisticated team of employees that manage its QMS obligations, both domestic and abroad. As a necessary result of Itamar's compliance with its US and European and QMS and post market surveillance and reporting obligations, Itamar must have the Clinical Data in a readily producible format precisely as requested by Ectosense. Indeed, the Clinical Data protocol that was negotiated with Itamar for over a month is highly tailored to the exact kind of records Itamar must have readily accessible in order to be compliant with its regulatory obligations. Thus, we do not find Itamar's objections credible.

Sincerely,

/s/ *Seth J. Donahoe*

Seth J. Donahoe
FOR THE FIRM

| Title | Affilliated researchers (disclosed or undisclosed) | Disclosed dependecy in study | Sponsored | Validation of | Manuscript | Manuscript |
|---|---|---|---|---|---|---|
| Watch-PAT is Useful in the Diagnosis of Sleep Apnea in Patients with Atrial Fibrillation | Gioria Pillar (disclosed), Thomas Penzel (disclosed), Richard Berry (undisclosed) | Thomas Penzel reports grants from Itamar, Giora Pillar reports grants from Itamar Medical, during the conduct of the study. The authors report no other potential conflicts of interest in this work. | Unspecified | AHI + stages | | Dec-20 |
| Performance of peripheral arterial tonometry-based testing for the diagnosis of obstructive sleep apnea in a large sleep clinic cohort | NA | The authors report no conflicts of interest. | No | AHI + stages | Mar-20 | Oct-20 |
| A comparison of automated and manual sleep staging and respiratory event recognition in a portable sleep diagnostic device with in-lab sleep study | Alan Schwartz (disclosed), Hartmut Schneider (disclosed) | In addition, from the years 2018 to 2019, authors H. Schneider and A. Schwartz received consulting fees from Itamar Inc. Atlanta, GA, for continued educational lectures of how to review and edit WatchPAT recordings. All other authors report no conflicts of interest. | Work for this study was performed at Johns Hopkins Sleep Disorders Center. The study is a result of a project funded by Itamar Medical Ltd., which had no access to the results of the study. Itamar Medical LTD, Caesaria, Israel, provided financial support for the study for the years 2016 to 2018. | AHI + stages | Jun-19 | Apr-20 |
| Accuracy of WatchPAT for the Diagnosis of Obstructive Sleep Apnea in Patients with Chronic Obstructive Pulmonary Disease | Atul Malhotra (undisclosed), L. Owens (disclosed) | Dr. Malhotra has nothing to disclose. Dr. Owens received an honorarium and travel reimbursement (<$2,500) from Itamar Medical in 2016. | no | AHI | Sep-19 | Jan-20 |
| Validation of peripheral arterial tonometry as tool for sleep assessment in chronic obstructive pulmonary disease | NA | NA | no | AHI + stages | Aug-19 | Dec-19 |
| Detecting central sleep apnea in adult patients using WatchPAT-a multicenter validation study | Giora Pillar (disclosed), Richard Berry (undisclosed), Robert Schnall (disclosed), Efrat Litman (disclosed), Koby Sheffy (disclosed), Thomas Penzel (disclosed) | Giora Pillar is a consultant to Itamar-Medical; has current research funding from DayZz, KeepMed, and InnoBev; and has received speaker fees from TEVA, Pfizer, and Sanofi. Richard Berry has current research funding from Philips Respironics and ResMed. Efrat Litman, Robert P. Schnall, and Koby Sheffy are employees of Itamar-Medical. | This study was supported by an unrestricted grant from Itamar-Medical LTD. | AHI + stages | Mar-19 | Aug-19 |
| Validating the Watch-PAT for Diagnosing Obstructive Sleep Apnea in Adolescents | NA | NA | no | AHI | Jan-18 | Jul-18 |
| Watch Peripheral Arterial Tonometry in the Diagnosis of Pediatric Obstructive Sleep Apnea | NA | NA | no | AHI + stages | Aug-17 | Mar-18 |

| Title | Col2 | Col3 | Funding/Disclosure | Metric | Start | End |
|---|---|---|---|---|---|---|
| Validation study of WatchPat 200 for diagnosis of OSA in an Asian cohort | NA | NA | no | AHI + stages | Aug-16 | Oct-16 |
| Effective Apnea-Hypopnea Index ("Effective AHI"): A New Measure of Effectiveness for Positive Airway Pressure Therapy | NA | NA | NA | AHI | Feb-16 | Jul-16 |
| Accuracy of peripheral arterial tonometry in the diagnosis of obstructive sleep apnea | NA | NA | no | AHI + stages | Jan-14 | Jul-15 |
| The efficacy of Watch PAT in obstructive sleep apnea syndrome diagnosis | NA | NA | no | AHI + stages | Jan-14 | May-14 |
| Assessment of a portable monitoring device WatchPAT 200 in the diagnosis of obstructive sleep apnea | NA | NA | This paper is supported by subject Otology diseases of tissue repair and functional reconstruction research, grant No. 2012BAI12B01. | AHI | Mar-13 | May-13 |
| Reliability of the Watch-PAT 200 in detecting sleep apnea in highway bus drivers | NA | NA | The authors thank the Turkish Thoracic Society for providing financial support for this study - This was not an industry supported study. The authors have indicated no financial conflicts of interest. | AHI (some info on stages but not enough for perf assesment) | May-12 | Sep-12 |
| Quick Diagnosis in Obstructive Sleep Apnea Syndrome: WatchPAT-200 | NA | NA | no | AHI + stages | Aug-11 | Jul-12 |
| Watch peripheral arterial tonometry in the diagnosis of obstructive sleep apnea: influence of aging | NA | NA | The authors have no funding, financial relationships, or conflicts of interest to disclose. | AHI + stages | | Jun-12 |

| Title | Authors | Conflicts of Interest | Funding | Measures | Start | End |
|---|---|---|---|---|---|---|
| Validation of Watch-PAT-200 against polysomnography during pregnancy | NA | NA | no | AHI + stages | Oct-11 | Mar-12 |
| Sleep staging based on autonomic signals: a multi-center validation study | Atul Malhotra (disclosed), Ding Zou (undisclosed), Gioria Pillar (disclosed), David White (disclosed), Sarah Herscovici (disclosed), Stephen Pittman (disclosed) | Dr. White is a consultant and has received research grants from Itamar Medical, and is currently the Chief Medical Officer of Philips Respironics. Atul Malhotra has received consulting and/or research income from Itamar […]. Dr. Herscovici is a former employee of Itamar Medical Ltd. Dr. Pittman is a former consultant to Itamar Medical and is an | This study was partially supported by a non-restrictive grant from Itamar Medical Ltd. | AHI + stages | Jun-10 | Dec-10 |
| A comparison of polysomnography and the WatchPAT in the diagnosis of obstructive sleep apnea | NA | NA | no | AHI + stages | Septebmer 2006 | Oct-07 |
| Follow-up assessment of CPAP efficacy in patients with obstructive sleep apnea using an ambulatory device based on peripheral arterial tonometry | Stephen Pittman (disclosed), Gioria Pillar (disclosed), Richard Berry (undisclosed), Atul Malhotra (undisclosed), David White (disclosed) | S.D. Pittman, Dr. Pillar and Dr. White have served as consultants for Itamar Medical, the developer of the Watch_PAT device. | Itamar Medical Ltd. provided the research support necessary to conduct this study. | AHI + stages |  | Apr-06 |
| Validation a portable monitoring device for sleep apnea diagnosis in a population based cohort using synchronized home polysomnography | Ding Zou (undisclosed), Jan Hedner (disclosed) | Dr. Hedner has received research support from Itamar Medical […], has participated in speaking engagements supported by Itamar Medical, Breas AB, […] and is a consultant to Itamar Medical. | This was an industry supported study supported by Itamar Medical. The data were jointly analyzed by the authors and Itamar Medical. | AHI | May-05 | Nov-05 |
| Peripheral arterial tonometry, oximetry and actigraphy for ambulatory recording of sleep apnea | Thomas Penzel (undisclosed) | NA | no | AHI + stages | Dec-03 | May-04 |
| Using a wrist-worn device based on peripheral arterial tonometry to diagnose obstructive sleep apnea: in-laboratory and ambulatory validation | Stephen Pittman (disclosed), Nayib Ayas (undisclosed), Atul Malhotra (undsisclosed), David White (disclosed) | Mr. Pittman and Dr. White served as consultants for Itamar Medical Ltd., the developer of the Watch_PAT device. | Itamar Medical Ltd. provided the funding necessary to perform the study. | AHI + stages | Nov-03 | Apr-04 |
| Assessment of a wrist-worn device in the detection of obstructive sleep apnea | Nayib Ayas (undsiclosed), Stephen Pittman (undisclosed), David White (disclosed) | Dr White served as a consultant for Itamar Medical Ltd within the Harvard Guidelines for Integrity in Science. None of the authors possess any shares of Itamar Medical Ltd. | Itamar Medical Ltd, the manufacturer of the Watch_PAT, provided the funding necessary to perform the study | AHI | Dec-02 | Mar-03 |

| Evaluation of a portable device based on peripheral arterial tone for unattended home sleep studies | Amir Bar (disclosed), Gioria Pillar (disclosed), Itsik Dvir (disclosed), Jacob Sheffy (disclosed), Robert Schnall (disclosed), Peretz Lavie (disclosed) | Drs. Bar, Dvir, Sheffy, and Schnall are employees of Itamar Medical Ltd. Dr. Pillar and Professor Lavie are consultants in that firm. | Supported in part by a grant from Itamar Medical Ltd., Caesarea, Israel. | AHI | Dec-01 | Sep-02 |
|---|---|---|---|---|---|---|
| Ambulatory recording of sleep apnea using peripheral arterial tonometry | Thomas Penzel (undisclosed) | no | The Watch-PAT device and the single-use sensor probes were supplied to our sleep laboratory at no costs by the company Itamar, Caesarea, Israel. | AHI + stages | | |
| Usefulness of sleep events detection using a wrist wornperipheral arterial tone signal device (WatchPAT™) in apopulation at low risk of obstructive sleep apnea | NA | no | no | AHI | Oct-20 | Apr-21 |