UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ITAMAR MEDICAL LTD.,

        Plaintiff,

v.

ECTOSENSE NV, and
VIRTUOX, INC.

        Defendants      /

Case No. 20-60719-CIV-DIMITROULEAS/SNOW

## ECTOSENSE NV'S AMENDED CORPORATE DISCLOSURE STATEMENT

On October 1, 2021, Ectosense *nv* was acquired by a publicly traded company through a wholly owned subsidiary. Pursuant to Federal Rule of Civil Procedure Rule 7.1(b)(2), Ectosense *nv*, by and through its undersigned counsel, respectfully amends its Corporate Disclosure Statement, ECF 15, as follows:

On October 1, 2021, **ResMed Sensor Technologies Limited** (**Republic of Ireland**), which is a wholly owned subsidiary of **ResMed, Inc.** publicly traded on the New York Stock Exchange under the stock symbol **RMD**, acquired **Ectosense** *nv*.

## CERTIFICATE OF SERVICE

Counsel for Ectosense *nv* hereby certifies that on the 5th day of October 2021, I electronically filed the foregoing document via CM/ECF and served this document on all counsel of record as listed in the Service List below.

**Counsel for Ectosense *nv*:**

*/s/ Seth J. Donahoe*

Paul O. Lopez, Esq.
Florida Bar No. 983314
pol@trippscott.com (primary)
eservice@trippscott.com (secondary)
sxc@trippscott.com (secondary)
Seth J. Donahoe, Esq.
Florida Bar No. 1004133

1
1849077v1 998877.0001

sjd@trippscott.com (primary)
sgc@trippscott.com (secondary)
B. George Walker, Esq.
Florida Bar No. 0071049
bgw@trippscott.com (primary)
sxc@trippscott.com (secondary)
Tripp Scott, P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL  33301
Telephone: (954) 525-7500
Telefax: (954) 761-8475

## SERVICE LIST
## CASE NO: 20-cv-60719-WPD

| **Counsel for Plaintiff:** | **Counsel for Defendant ECTOSENSE:** |
|---|---|
| LAURA GANOZA, ESQ. | PAUL O. LOPEZ, ESQ. |
| Florida Bar No. 0118532 | eservice@trippscott.com (primary) |
| lganoza@foley.com | pol@trippscott.com (secondary) |
| atownsend@foley.com | sxc@trippscott.com (secondary) |
| HAWWI EDAO, ESQ. | SETH J. DONAHOE, ESQ. |
| Florida Bar No. 1026550 | eservice@trippscott.com (primary) |
| hedao@foley.com | sjd@trippscott.com (secondary) |
| hmoreno@foley.com | sgc@trippscott.com (secondary) |
| **FOLEY & LARDNER LLP** | B. GEORGE WALKER, ESQ. |
| One Biscayne Tower, Suite 1900 | bgw@trippscott.com |
| 2 South Biscayne Boulevard | sxc@trippscott.com |
| Miami, Florida 33131 | cab@trippscott.com |
| (305) 482-8400 | Tripp Scott, P.A. |
| (305) 482-8600 (fax) | 110 SE 6th Street, 15th Floor |
| | Fort Lauderdale, FL  33301 |
| **Co-Counsel for Plaintiff:** | Telephone:  (954) 525-7500 |
| | Telefax:  (954) 761-8475 |
| JESSICA N. WALKER, ESQ. | |
| jwalker@foley.cOM | |
| **FOLEY & LARDNER LLP** | **Co-Counsel for Defendant ECTOSENSE:** |
| 555 South Flower Street, Suite 3300 | |
| Los Angeles, CA 90071-2418 | Stephen Baird, Esq. |
| (213) 972-4675 | (*pro hac vice to be filed*) |
| | GREENBERG TRAURIG, LLP |
| GENE KLEINHENDLER, ESQ. | 90 South 7th St., Suite 3500 |
| gene@gk-ad.com | Minneapolis, MN  55402 |
| ANNA ADAMSKY, ESQ. | bairds@gtlaw.com |

| | |
|---|---|
| anna@gk-ad.com<br>**GK ADVISORY**<br>72 Ahad Haam St.<br>Tel Aviv 6520512, Israel<br>(972) 3-735-6168 | Paul B. Ranis, Esq.<br>Florida Bar No. 64408<br>GREENBERG TRAURIG, P.A.<br>401 E. Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com<br><br>*Counsel for VirtuOx Inc.*<br><br>Jonathan B. Morton<br>Florida Bar No. 956872<br>Jonathan.Morton@klgates.com<br>**K&L Gates LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 3900<br>Miami, Florida 33131-2399<br>Telephone: 305-539-3357<br><br>Darlene F. Ghavimi, *Admitted Pro Hac Vice*<br>Texas Bar No. 24072114<br>Darlene.Ghavimi@klgates.com<br>Stewart Mesher, *Admitted Pro Hac Vice*<br>Texas Bar No. 24032738<br>Stewart.Mesher@klgates.com<br>**K&L GATES LLP**<br>2801 Via Fortuna Suite 350<br>Austin, Texas 78746-7568<br>Telephone: (512) 482-6919 |