UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ITAMAR MEDICAL LTD.,

        Plaintiff,

v.

ECTOSENSE NV, and
VIRTUOX, INC.

        Defendants      /

Case No. 20-60719-CIV-
DIMITROULEAS/SNOW

## <u>DECLARATION OF BART VAN PEE</u>

My name is Bart Van Pee. I am over the age of 18, am of sound mind, and am otherwise competent to offer this testimony. My statements are based on my knowledge and based on documents I have reviewed, authored and/or received.

1.     I am Ectosense's founder and product manager, am the submitter of the 'contested' 510(k) for NightOwl, am the drafter of the Clinical Data RFP, and am a researcher in PAT-based technology at the University of Oxford's biomedical engineering department.

**Itamar's clinical data is highly relevant and material to the counterclaims and defenses:**

2.     Ectosense's counterclaim explains that Itamar falsely advertises the accuracy of its devices. In various advertisements from Itamar, it claims its devices are "97% accurate" and achieve "PSG-like accuracy." In support of this, Itamar cites "data on file" and clinical studies done nearly twenty years ago, long before any of the relevant industry standards were implemented.

3.     Ectosense has therefore sought the clinical data in possession, custody, or control of Itamar, as this will enable Ectosense's expert to demonstrate not only that Itamar falsely

Zoho Sign Document ID: FXA0HYA7PFF6H7NA8XXXY8DKBFXQSLWPSZSQWBFFHBS

advertises its diagnostic performance in marketing claims, but also that Itamar has been in possession of clinical data readily demonstrating such—which goes to intent.

4.      As soon as Itamar requested clinical data from Ectosense, I drafted the protocol to enable sharing of such data (the 'Clinical Data Protocol'). Ectosense's counsel worked through several rounds of revisions with Itamar's former counsel so that the Clinical Data Protocol would be balanced to both sides and an efficient approach for producing clinical data in this case.

5.      In order for researchers, even within a company, to validate the accuracy of devices or algorithms and exchange research results, a shared data structure and reporting is required to facilitate collaboration. Without such a protocol, it is impossible to correctly interpret and process the shared data. The Clinical Data Protocol, while appearing complex for an industry outsider, reflects such common practice, and is set up in a way that would be commonly understood in the industry. Publicly available medical timeseries databases follow similar protocols.

6.      The Clinical Data Protocol was designed to narrow the grounds for dispute at trial by ensuring that both sides are armed with the same clinical data and each side can have an expert explain the conclusions about Itamar's diagnostic performance.

7.      I have spent over 50 hours in the first half of 2021 to validate this protocol – including lengthy exchanges with our counsel. I involved our data science team in the drafting thereof, and asked them to be ready to produce Ectosense's clinical data under this protocol. The protocol took into account all reasonable concerns of the then-opposing counsel, Latham Watkins, and was designed to be two-sided.

8.      Shortly after Ectosense served its counterclaims pertaining to a mismarketing of clinical performances of WatchPAT, Itamar deemed the exchange of clinical data no longer necessary. The Clinical Data Protocol, save for a removal of references to 'NightOwl', was then

adapted to the instructions in Ectosense's Second Request for Production (hereafter the 'Clinical Data RFP').

**Itamar's claimed burden from the breadth of the requests is not credible:**

9.     The Clinical Data RFP broadly requests two types of documents, where available: (i) 'Clinical Study Data' recorded in experiments involving the comparison between WatchPAT and the gold-standard polysomnography (PSG) study for an evaluation of its diagnostic performance ('Benchmark Experiments'), (ii) internal documented discussions at Itamar pertaining to such clinical performance evaluations, in relation to specific marketing claims.

10.     Ectosense has conducted 5 clinical studies and was willing and able to offer its Clinical Study Data under the Clinical Data Protocol when it was so requested. We estimated the burden of producing all our internal Clinical Study Data at 2 working days for a junior data scientist. While not responsive to any present RFP from Itamar, Ectosense remains able to produce all data under the Clinical Data Protocol for all of its benchmark experiments on 2 working days' notice.

11.     In her written testimony, Ms. Litman misleadingly implies that Ectosense would be after "clinical studies' publications". Itamar's reference to 1,121 or 145 scientific manuscripts referencing WatchPAT or EndoPAT is irrelevant and beside the point of the Clinical Data RFP.

12.     As a way to facilitate the conferrals, and upset with the lack of preparation from Itamar's present counsel, our counsel Tripp Scott and I recently took it upon ourselves to review the claim that Itamar has over 1,100 publications involving its devices. The argument is a red herring because only primary validation studies would likely involve the creation and retention of original clinical data.

Zoho Sign Document ID: FXA0HYA7PFF6H7NA8XXXY8DKBFXQSLWPSZSQWBFFHBS

13.     We found that of all the publications in the world that simply mention 'WatchPAT', many of them had nothing to do with clinical data or diagnostic validation. Instead, we only located 27 primary scientific manuscripts that seemed to originate from original Clinical Study Data. Of the 27, eight of those manuscripts involved studies that Itamar sponsored, and where it would presumably have custody of the data.

14.     That list is in no way to be misconstrued as a limitation or overview of all responsive documents associated with such Benchmark Experiments. Itamar most certainly would not publish the results of a study showing poor diagnostic performance. There may also be Clinical Data obtained by third parties, but of which the results were shared with Itamar (as Itamar has repeatedly claimed in the market). However, Itamar is nonetheless required to preserve such clinical data by the regulations that medical device manufacturers must comply with.

15.     In its response to the court, Itamar mischaracterized the Clinical Data RFP as an attempt "to undermine peer-reviewed medical research". The latest peer reviewed research reports Itamar's WatchPAT accuracy below 60%, and Itamar aggressively campaigns in the marketplace to discredit the work while citing decades old research and "data on file." This again emphasizes why Itamar should be producing its responsive Clinical Data rather than selectively identifying what aspects of its data it deems helpful to any given issue.

16.     Moreover, neither the manner and parameters by which Itamar describes its diagnostic performances in marketing, nor the Clinical Study Data, would be available from publicly available literature.

17.     The publicly available literature certainly does not speak to Itamar's internal knowledge about the clinical performance of its product, which is why we believe Itamar retracted from the Clinical Data Protocol once Ectosense filed its counterclaim.

**Itamar's contention that it would too burdensome to collect and process the data is not credible.**

18.     Medical device manufacturers such as Ectosense and Itamar are subject to a stringent set of regulations, standards, and review processes. These obligations not only relate to the individual product's technical documentation, such as those reviewed through the FDA's 510(k) process, but also to the quality management processes and recordkeeping at the level of the organization. Obligations related to the quality management system originate from various region-specific regulation such as the American 21 CFR 820 FDA Quality System Regulation, or the European Medical Device Regulation(s). These requirements are repeated in dozens of internationally harmonized standards, such as the International Organization for Standardization (ISO) 13485 standard (*Medical devices -- Quality Management Systems – Requirements*). Both Ectosense and Itamar publicly claim compliance to all of the above standards and regulations.

19.     Hence, an obligation, *by law*, rests on medical device manufacturers (i) to maintain the clinical data on which it bases it clinical performance claims, and, (ii) to routinely conduct a *documented* analysis after the medical device's initial clearance in relation to any newly obtained scientific data that may point to differences in clinical performance or changed risks. An example of such 'post market surveillance' procedure, plan, and record for the NightOwl is hereby attached as Attachment 1 to 3, and is representative of the type of document that would be responsive to Ectosense's Clinical Data RFPs—documents that Itamar would necessarily have as part of regulatory record keeping obligations.

20.     How Itamar conducted such post-market analysis and reviewed its diagnostic performance marketing claims against the scientific evidence from various sources (literature reviews, competitor's performances or regulatory clearances, Clinical Study Data, customer

complaints etc.) is highly relevant to Ectosense's assertion that Itamar knowingly mis-markets WatchPAT's diagnostic performances.

21.     Simply put, many of the documents requested by Ectosense are of a kind that would be immediately accessible by a medical device manufacturer in connection with planned and unplanned external audits, routinely performed by medical device inspection authorities to evaluate compliance against the above standards. By claiming compliance to the above mentioned standards, and despite having commercially launched its first product only in 2018, Ectosense has already had at least 9 on-site audits by authorities that always included the inspection of documents such as requested under the Clinical Data RFP.

22.     Since Ectosense filed its counterclaims, Itamar has no longer shown itself willing to offer *any* of those records—yet pursued invasive technical discovery of Ectosense.

23.     The highly targeted Clinical Data RFP is not asking for "every single data point Itamar has collected regarding its product since inception", contrary to Itamar's statement to court.

24.     Virtually all of Itamar's present-day marketing documents refer to Benchmark Experiments of more than a decade old that, Ectosense holds, do not even support Itamar marketing claims or products. Other times, key product features are marketed to be supported by "data on file". Through its Clinical Data RFP, Ectosense seeks to obtain that 'data on file'. See just a few examples in Attachment 4 (marketing in the SLEEP 2020 conference program), Attachment 5 (Itamar's website on August 28, 2021), Attachment 6 (an October 2020 email blast with Itamar's usual reference to a 2013 meta-study, in turn citing mostly clinical data from before 2008), Attachment 7 (the product brochure of Itamar's newest product, WatchPAT ONE, referring to a 2004 publication containing 2003 clinical data), Attachment 8 (Itamar's 'true sleep time' brochure, relying on 2004, 2006, 2008 references).

25.     In it's 20-F annual report filed with the SEC, under a section called 'clinical results and studies', Itamar discusses how "the effectiveness and safety of our WtachPAT family of products have been consistent across both company-funded and independent clinical studies", and goes on to cite mostly (reviews of) Clinical Data from before 2008.

26.     To Ectosense's knowledge, Itamar's latest products (WatchPAT One launched in 2019 and WatchPAT 300 launched in 2018) have never been validated in a benchmark experiment for its diagnostic performances. Ectosense is unaware of any publications discussing diagnostic performance of these devices, yet Itamar markets them with the false claims of diagnostic accuracy.

27.     Itamar also has not offered *any* time period of clinical data that it finds reasonable. I expect this is because Itamar seeks to maintain the position that data from two decades ago can support its diagnostic performance claims in the marketplace of completely different devices that operate under completely different industry guidelines, while simultaneously arguing in this case that the very same data is not relevant, or is otherwise too burdensome to collect and produce.

28.     I agree that the decades old Clinical Study Data cited by Itamar in its current marketing does not provide support of Itamar's current marketing claims. Itamar's misleading use in marketing is an important element of Ectosense's complaint and highly relevant to the counterclaim. The scope of time over which Ectosense seeks responsive documents is determined by Itamar's own contested marketing materials, and the burden is entirely of Itamar's own doing in its marketing.

Dated this 29th day of October, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2021.

_____

Bart Van Pee
Managing Director, Ectosense *nv*

# Post Market Surveillance

| Input | • Issue Handling<br>• Vigilence and Incident Reporting |
|---|---|
| Output | • PMS documents containing PMS Plans, PMCF Plans (if applicable), PMS Reports, PSUR Reports (if applicable), and PMCF Reports (if applicable)<br>• Issues logged under Issue Handling<br>• Vigilence actions logged Vigilence and Incident Reporting |
| Purpose | To monitor the safety and performance characteristics, and unforeseen side-effects, of products once they are released on the market |
| Procedure Owner | COO |
| Procedure Review | Quality Manager |
| Current Status | FINAL |
| Reference | IEC 62304 — 6.2.1 |
| | ISO 13485 — 8.2.1 |
| | MEDDEV — 2.12-1, 2.12-2 |
| | MDR — Definition 60 / Annex III Technical documentation on PMS |

- 1. Introduction
  - 1.1. Definitions
  - 1.2. Storage
- 2. Establishment of Post Market Surveillance Plan
- 3. Captured data
  - 3.1.1. Post Market Clinical Follow-up Studies
- 4. Review and handling of information
  - 4.1. PMS Report
  - 4.2. PSU Report
    - 4.2.1. Frequency

# 1. Introduction

## 1.1. Definitions

### Post Market Surveillance

PMS means all activities carried out by manufacturers in cooperation with other economic operators to institute and keep up to date a systematic procedure to proactively collect and review experience gained from devices they place on the market, make available on the market or put into service for the purpose of identifying any need to immediately apply any necessary corrective or preventive actions

(MDR definition 60)

### PMCF

A PMCF study is a study carried out following the CE marking of a device and intended to answer specific questions relating to clinical safety or performance (i.e. residual risks) of a device when used in accordance with its approved labelling.

Source: 2.12/2 rev2 Art 4, line 178 - 180

## Periodic Safety Update Report

The PSUR is similar to the PMSR but places more emphasis on benefit-risk detrmination and includes on overview of usage on the device.

(See Art 86 of the MDR)

## PMSR

Summarises the results and conclusions of the PMS data gathered as result of the PMS Plan together with rationale and description of any preventive and corrective actions taken.

(See art 85 of the MDR)

## 1.2. Storage

The PMS Plan, PMS Report, and PSUR, are part of the Technical Documentation.

# 2. Establishment of Post Market Surveillance Plan

Upon 11. Product Release, a Post Market Surveillane Plan is developed by the Product Manager who also maintains it after release and includes it in the Technical File.

# 3. Captured data

The PMS plan should describe the type of activities to be performed in the coming year(s), as well as when they will be performed and how they will be performed.

Subjects covered in the PMS plan are, but not limited to:

- A review of relevant published literature
- The active monitoring and evaluation of publicly available anomaly lists and information about the SOUP field performance.
- Information reported at conventions, training sessions, (scientific) conferences or relevant meetings
- The monitoring of product operation, if the operator is assumed to be Ectosense itself. See Service delivery and product operation
- Customer Issues raised through Issue Handling
- Adverse events reports raised through Issue Handling or from competitor's devices and in particular, equivalent devices
- Reports from Notified Bodies
- Post Market Clinical Follow-up Studies, as detailed below.
- Other in-house testing
- Other customer feedback (when and how):
  - Customer feedback surveys, including questions like satisfaction of timing, usefulness, convenience, customer-friendliness, possible improvements, and other comments.
  - Feedbackck other than complaints, either directly to the manufacturer or directly to the sales or operations force.
  - Customer feedback obtained on the website (contact form) or other social media.

## 3.1.1. Post Market Clinical Follow-up Studies

Prior to market access, the Clinical Project Manager shall identify the need for, and obligations imposed by the relevant Regulatory Authorities for the provision of PMCF concerning the device. The PMCF Plan is part of the PMS Plan. Where post-market clinical follow-up as part of the post-market surveillance plan for the device is not deemed necessary, this must be duly justified and documented.

Zoho Sign Document ID: FXA0HYA7PFF6H7NA8XXXY8DKBFXQSLWPSZSQWBFFHBS

 PMCF, when carried out, should always be performed for the use of the product within its intended indications according to Instructions for Use. National Regulations on post market clinical studies must be taken into account and approvals obtained from the Regulatory Authorities/Ethics Committees, should these be necessary.

The Clinical Project Manager shall ensure the implementation of the PMCF plan and shall oversee its progress.

 The preparation of the PMCF plan, e.g. a Registry or other post market clinical study protocol, and other activities related to the performance of the PMCF may be carried out by an external "qualified" and approved organization(s). In the case that an external organization is involved, responsibilities, commitments and quality matters relating to the conduct of the PMCF shall be strictly stipulated in a formal written agreement.

"Events" arising during the PMCF shall be handled according to the Vigilence and Incident Reporting. Proposed changes to the PMCF shall be reviewed and approved by the Clinical Project Manager prior to implementation and when applicable, relayed to the relevant Regulatory Authorities/Ethics Committee for approval before implementation.

PMCF shall at all times be carried out according to the accepted and applicable "Good Clinical Practice" and the Declaration of Helsinki. The guidelines of Clinical Evaluations for investigational studies are followed.

# 4. Review and handling of information

## 4.1. PMS Report

All the PMS data will be collected and processed by the Quality Manager who will generate a PMS Report which will be discussed with the COO and finalized.

PMS is an ongoing process which results in a review at least once a year during the Management Quality Review prior to which the PMS Document in the Product space is reviewed for its being up to date.

The PMS information will in particular be analyzed with respect to risk management (both positive or negative influences), and all risk assessments related to the Device will be tested for updates (including the e-IFU risk assessment).. The need for a post-market clinical evaluation shall be considered.

The Quality Manager is responsible for the adequate storage of all resulting documents. The archiving shall be carried out according to Control of Records.

The Notified Body is informed by the Quality Manager of any significant changes in the clinical evaluation following new PMS information.

## 4.2. PSU Report

### 4.2.1. Frequency

- Not required for Class I devices
- At least every two years for IIa devices
- At least annually for Class IIb and III devices

This PSUR will summarise the results of the PMS data and contain:

- Rationale and description of any preventive and corrective actions taken (also to be included in the PMS Report)
- A conclusion of the benfit-risk determination (also to be included in the PMS Report)
- The main findings of the PMCF (also to be included in the PMS Report)
- The volume of sales of the device, an estimate evaluation of the size and other characteristics of the population using the device, and, where practicable, the usage frequency of the device

| Version | Published | Changed By | | Comment |
|---|---|---|---|---|
| **CURRENT (v. 24)** | **Oct 13, 2019 14:28** | | Bart Van Pee | |
| v. 23 | Sep 02, 2019 14:14 | | Frederik Massie | |
| v. 22 | Jan 28, 2019 10:32 | | Bart Van Pee | |

Attachment 2: Post Market Surveillance Plan – NightOwl product

# PMS Plan (NightOwl)

| | |
|---|---|
| **Applicable Product Version** | V1 and up |
| **Document Owner** | Bart Van Pee |
| **PMCF plan developer** | NA |

- 1. Introduction
  - 1.1. Summary of the content of a PMS Plan
  - 1.2. Monitoring of the PMS
  - 1.3. Past and planned market surveillance activities
    - 1.3.1. Post-market surveillance report
    - 1.3.2. Changes to NightOwl product following PMS activities
- 2. Market Surveillance
  - 2.1. Product Operation Surveillance
  - 2.2. Scientific monitoring
  - 2.3. Post-market clinical follow-up
  - 2.4. Other
    - 2.4.1. Monitoring of SOUP

# 1. Introduction

This plan was established according to Ectosense's Post Market Surveillance procedure.

## 1.1. Summary of the content of a PMS Plan

According to the Post Market Surveillance procedure:Ectosense's PMS plan consists of the following five categories:

1. Market surveillance, in which feedback is gathered from Ectosense's servicing of customers (including distributors and importers) according to the Issue Handling procedure
2. Product Operation Surveillance, in which feedback is gathered from direct operation of the device internally, including trend reporting
3. Scientific Monitoring in which the scientific community is analyzed for state-of-the-art publications as well as new product features of relevant devices, which could impact clinical safety and performance assertions related to the device.
4. Post Market Clinical Follow-up, in which new objective evidence is created based on clinical data to answer specific remaining questions as to the product's safety and performance characteristics.
5. Other.

Data captured as part of the PMS will subject the risk analysis to re-analysis, and such events will be recorded in the Risk Management File (NightOwl).

## 1.2. Monitoring of the PMS

- Any significant update to the clinical evaluation arising from PMCF activities will be communicated by the Quality Manager to the Notified Body immediately after review by the COO
- The PMS Plan is reviewed for appropriateness at minimum yearly and any significant changes shall be discussed for their appropriateness of reporting said deviation to the Notified Body.
- PMS is to be performed at least yearly.
- The PMS reports are to be attached to the product's Technical File.

## 1.3. Past and planned market surveillance activities

## 1.3.1. Post-market surveillance report

| (Planned) date | Report |
|---|---|

| 31 Oct 2017 | PMS Report 31/10/2017 |
| 15 Jun 2018 | PMS Report 15/06/2018 |
| 20 Jan 2019 | PMS Report 20/01/2019 |
| 13 Oct 2019 | PMS Report 13/10/2019 |
| 13 Apr 2020 | PMS Report 15/03/2020 |
| 13 Oct 2020 | |

### 1.3.2. Changes to NightOwl product following PMS activities

(None)

# 2. Market Surveillance

Negative (or positive) customer feedback is recorded and customer complaints or incidents are handled and recorded according to Ectosense's Issue Handling procedure.

The recorded data will be stored and treated according to the Analysis of Data procedure.

## 2.1. Product Operation Surveillance

Ectosense operates its own medical device. This requires that Ectosense defines processes to monitor the correct functioning of the medical device brought on the market. As such, monitoring of its internal service delivery processes will provide for the most data of the PMS. This data is acquired by completing the Management Review Meeting Data Analysis File.

Any bugs or malfunctionings of the product are handled according to Ectosense's Issue Handling procedure.

## 2.2. Scientific monitoring

- Relevant new product features and reported safety events of at least the devices claimed to be equivalent in the Clinical Evaluation Report will be monitored.
  - Devices:
    - The most recent Itamar Medical devices
  - Databases
    - At least the MAUDE database will be consulted.
- A short overview of the most relevant new scientific literature for the prior year will be developed, in particular relation to the above-mentioned devices. More specifically the PUBMED database will at least be searched for:
  - "Peripheral arterial tone" OR "Peripheral arterial tonometry".
- Also discussed here are Insights that relate to the risks and performances of the NightOwl device gathered from clinical studies organised by Ectosense or involving Ectosense devices, but from studies that are not considered strictly PMCF.

The CTO and Clinical Project Manager shall draft a report on the above activities and present it at the Management Quality Review meeting.

## 2.3. Post-market clinical follow-up

It is decided that no PMCF (plan) is required because:

1. No residuals risks were identified for the NightOwl product,
2. No other specific questions related to the safety and performance characteristics of the device require to be addressed through clinical follow-up,
3. The medium/long-term safety and clinical performance are already known from previous use of the device
4. Other appropriate post-market surveillance activities will provide sufficient data to address any risks

The decision not to include PMCF studies does not exclude the device from being evaluated in clinical studies, which will be reported under 'Scientific Monitoring'.

## 2.4. Other

### 2.4.1. Monitoring of SOUP

- Ectosense will, every year, check newly published anomalies of the following SOUP for their impact (take version that was included in released and active software at the time of PMS Report)
  - Matlab
  - Python SOUP bugs are not actively monitored since their functionality is limited to the export of diagnostic reports of which all artifacts are generated by Matlab. Any exportation errors of those artifacts should be easily detected during the manual quality review of the diagnostic reports.
- Any published anomalies that can impact the functioning of the device are logged and recorded according to Ectosense's Issue Handling procedure. A record of inspection of these SOUP anomalies as well as a motivation why a (group of) anomalies is not likely to impact the device's functioning is added to the PMS Report, or, discussed in the MR if no such new PMS Report is created at that time.

| Date | Change control log |
|------|--------------------|
| 03 May 2021 | QUAL-371 - Getting issue details...  STATUS |
|  |  |
|  |  |

| Version | Published | Changed By | Comment |
|---------|-----------|------------|---------|
| CURRENT (v. 55) | May 03, 2021 08:02 | Frederik Massie |  |
| v. 54 | May 28, 2020 22:27 | Frederik Massie |  |
| v. 53 | Oct 13, 2019 12:55 | Bart Van Pee |  |

Zoho Sign Document ID: FXA0HYA7PFF6H7NA8XXXY8DKBFXQSLWPSZSQWBFFHBS

# PMS Report 20/01/2019

| | |
|---|---|
| **Latest Version** | V1.2011 |
| **Document Owner** | Bart Van Pee |
| **PMCF plan developer** | Bart Van Pee |
| **Document contributor** | Frederik Massie |
| **Developed for** | Management Review 3 of Jan 2019 |

| Person | Function | Signature | Date of signature |
|---|---|---|---|
| Bart Van Pee | Quality Manager<br><br>Product Manager | | 20 Jan 2019 |
| Frederik Massie | CTO | | 20 Jan 2019 |

- 1. Introduction
  - 1.1. Prior reports
  - 1.2. Content summary
- 2. Market Surveillance
  - 2.1. Product Operation Surveillance
  - 2.2. Scientific monitoring
    - 2.2.1. Safety events
      - 2.2.1.1. Internal
      - 2.2.1.2. External
    - 2.2.2. Literature
    - 2.2.3. Internal clinical data and clinical investigations
      - 2.2.3.1. 2017 ZOL study
      - 2.2.3.2. 2017 CMC study
      - 2.2.3.3. Conclusion
  - 2.3. Post-market clinical follow-up
  - 2.4. Other
    - 2.4.1. Monitoring of SOUP
  - 2.5. Conclusion

# 1. Introduction

This report was established according to the PMS Plan (NightOwl) which follows Post Market Surveillance procedure in preparation of the third Management Review meeting.

It does not resume information already established in previous PMS Reports, unless novel discussion is warranted.

## 1.1. Prior reports

| Previous PMS or PSUR Reports |
|---|
| PMS Report 31/10/2017 |
| PMS Report 15/06/2018 |

## 1.2. Content summary

Ectosense's PMS plan consists of the following five categories:

1. Market surveillance, in which feedback is gathered from Ectosense's servicing of customers (including distributors and importers) according to the Issue Handling procedure
2. Product Operation Surveillance, in which feedback is gathered from direct operation of the device internally, including trend reporting
3. Scientific Monitoring in which the scientific community is analyzed for state-of-the-art publications as well as new product features of relevant devices, which could impact clinical safety and performance assertions related to the device.
4. Post Market Clinical Follow-up, in which new objective evidence is created based on clinical data to answer specific remaining questions as to the product's safety and performance characteristics.
5. Other.

Data captured as part of the PMS will subject the risk analysis to re-analysis, and such events will be recorded in the Risk Management File (NightOwl).

# 2. Market Surveillance

- Discussions with sleep physicians have been generally positive. A (new feature) request that often comes up is the inclusion of CSA vs OSA discrimination.

## 2.1. Product Operation Surveillance

- Irregular hearbeats are detected more often than expected. Future product development could decide to work with this for expanded reporting on arrythmia flagging.
- Calibration studies (see 2017 CMC) and studies in which the WatchPAT device are/were included (see 2017 ZOL) clearly demonstrate that the PPG processing of NightOwl is superior and does not lead to uninterpretable SpO2 as often as it does for Nonin (OEM-based) devices

## 2.2. Scientific monitoring

### 2.2.1. Safety events

#### 2.2.1.1. Internal

None

#### 2.2.1.2. External

A search of the MAUDE database for "widemed" and "itamar" (manufacturers of devices to which the NightOwl Software shares similarities) resulted in one new event submitted since the last review to the database on 05/21/2018 with the below summary. Since no rationale for the suspected incorrect functioning is provided nor by the reporter nor by the manufacturer, we cannot draw any practical conclusions from this event and it is not fed back into the RMF

| ITAMAR MEDICAL INC. WATCH PAT 200 VENTILATORY EFFORT RECORDER | Back to Search Results |
|---|---|

**Model Number** WATCH PAT 200
**Event Date** 05/21/2018
**Event Type** No Answer Provided
**Event Description**

I used the watch pat 200 for my sleep apnea and i don't think the device is functioning right. I don't think they are calibrating the device right in their office for repair. Date of use: 8 hours. Diagnosis or reason for use: sleep issue.

**Search Alerts/Recalls**

## 2.2.2. Literature

A literature search on all scientific publications related to the peripheral arterial tonometry technology related to sleep apnea published since 01/01/2018 was performed using PubMed. This yielded 6 results. Key findings of each paper are discussed below.

- Massie F, Mendes de Almeida D, Dreesen P, Thijs I, Vranken J, Klerkx S. J Clin Sleep Med. 2018 Oct 15;14(10):1791-1796. doi: 10.5664/jcsm.7398.
    1. This is our own publication
- Polysomnographic correlates of endothelial function in children with obstructive sleep apnea.Zhang F, Wu Y, Feng G, Ni X, Xu Z, Gozal D. Sleep Med. 2018 Dec;52:45-50. doi: 10.1016/j.sleep.2018.07.023. Epub 2018 Aug 22.
    1. Conclusion: Children with OSA are at increased risk for abnormal endothelial function than habitually snoring children. Furthermore, in addition to age and BMI, which are well-established factors affecting endothelial function, both intermittent hypoxia and sleep fragmentation during sleep also emerge as candidate risk factors contributing to endothelial dysfunction in snoring children.
    2. Relevance: These findings have no direct relevance to the NightOwl software
- Improved follow-up by peripheral arterial tonometry in CPAP-treated patients with obstructive sleep apnea and persistent excessive daytime sleepiness.Schöbel C, Knorre S, Glos M, Garcia C, Fietze I, Penzel T. Sleep Breath. 2018 Dec;22(4):1153-1160. doi: 10.1007/s11325-018-1668-9. Epub 2018 Jun 29.

    a. Conclusion: PAT could detect significantly more residual SDB under CPAP treatment than 6Ch-PM. Diagnostic work-up of CPAP-treated OSA patients with persistent EDS might be optimized, as insufficient pressure level adjustments could be recognized more precisely in time, possibly preventing more resource-consuming procedures, and potentially increased morbidity.
    b. Relevance: This finding highlights a potential business opportunity for Ectosense to offer residual SDB diagnostics in a CPAP population.
- Ikeda AK, Li Q, Quyuumi AA, Dedhia RC. Sleep Breath. 2018 Jun 21. doi: 10.1007/s11325-018-1676-9. [Epub ahead of print] PMID: 29926395

    a. Conclusion: Using PAT-integrated polysomnography, PAT output does not appear to be affected by HGNS stimulation at clinical thresholds. These findings support the absence of autonomic system alterations by twelfth nerve stimulation and support the clinical use of PAT-based devices for post-HGNS monitoring. Larger studies examining hard cardiovascular endpoints with HGNS are needed.
    b. Relevance: These findings have no direct relevance to the NightOwl software

- Comparison of success criteria based on long-term symptoms and new-onset hypertension in mandibular advancement device treatment for obstructive sleep apnoea: observational cohort study.Wee JH, Lim JH, Gelera JE, Rhee CS, Kim JW. BMJ Open. 2018 May 8;8(5): e021644. doi: 10.1136/bmjopen-2018-021644.

    a. Conclusion: long-term follow-up survey for symptoms and new-onset hypertension suggested that some of the polysomnographic success criteria, that is, AHI<10/hour with MAD, AHI<10/hour and AHI reduction of >50% with MAD and AHI<15/hour with MAD may be useful in distinguishing the success group from failure one. Further prospective longitudinal studies are warranted to validate these criteria.
    b. Relevance: These findings may be no direct relevance to the NightOwl software

- Watch Peripheral Arterial Tonometry in the Diagnosis of Pediatric Obstructive Sleep Apnea.Tanphaichitr A, Thianboonsong A, Banhiran W, Vathanophas V, Ungkanont K. Otolaryngol Head Neck Surg. 2018 Jul;159(1):166-172. doi: 10.1177/0194599818768215. Epub 2018 Apr 10. PMID: 29631515
    1. Conclusion: PAT correlated well and had good agreement with PSG. Children with W-AHI 10 had high specificity for the diagnosis of severe OSA. Larger studies with PAT designed for children across all age ranges and with a normal control group are still needed.
    2. Relevance: These findings support that a future extension of the NightOwl software to allow testing in a pediatric population is feasible.

From our presence at the AASM Sleep conference in Baltimore on June 02/06/2018 we obtained details related to Itamar Medical and Johns Hopkins' COMPASS study, in which they developed an approach for reviewing and editing the automated results from the WatchPAT recordings which allows interpreters to remove or add events. After reviewing the scoring methodology our assessement is that Itamar Medical had better incorporated their newly developed rescoring rules in their analysis algorithm in the first place. It is unclear to us why they choose to maintain this suboptimality in their algorithms.

### 2.2.3.  Internal clinical data and clinical investigations

This section reports on clinical data acquired through clinical investigations, without that data being part of PMCF.

#### 2.2.3.1. 2017 ZOL study

- Data was acquired from the 2017 ZOL study over 2017-2018.
- A first batch of approximately 100 patients was published on in the Journal of Clinical Sleep Medicine, one of the foremost papers in the field of (clinical) sleep research. https://www.ncbi.nlm.nih.gov/pubmed/30353811
- Performances reported were in line with expectations (taking into account SpO2 sensor variations).
- More data has been acquired since, and could be used for both SpO2 and sleep apnea accuracy testing and/or improvements.

#### 2.2.3.2. 2017 CMC study

- Data was acquired from the 2017 CMC hypoxia room study using the NightOwl Sensor, and can be analysed for further SpO2 accuracy testing and/or improvements.

#### 2.2.3.3. Conclusion

The clinical investigation did not result into unexpected findings. Upon further analysis of the acquired data, the CER should be updated with the new data.

## 2.3. Post-market clinical follow-up

- No clinical post-market follow-up investigations have been performed, neither are they required to be undertaken based on the present information.

## 2.4. Other

### 2.4.1. Monitoring of SOUP

- A review of the buglist of Matlab R2017a in the relevant categories of Mathematics, Graphics, External interfaces, and Programming resulted in 88 found bugs which were manually reviewed for their relation to our source code.

  No bugs were found to relate to the functionality of the NightOwl software's source code.

## 2.5. Conclusion

**At this time, the clinical evaluation nor risk assesment needs to be revised based on the PMS activies performed.**

**The current PMS plan is considered sufficient.**

| Version | Published | Changed By | Comment |
|---|---|---|---|
| **CURRENT (v. 13)** | **Jan 20, 2019 15:36** | Bart Van Pee | |
| v. 12 | Jan 20, 2019 15:01 | Bart Van Pee | |
| v. 11 | Jan 20, 2019 14:59 | Bart Van Pee | |

Attachment 4: Recent Itamar marketing specimen (SLEEP 2020 conference)



- An advanced, fully disposable solution
- Achieves a stunning 98% study completion rate[1]
- Diagnoses REM-related apnea with sleep architecture[2]
- Delivers unparalleled patient convenience

Visit Itamar Medical booth #313 for a live video chat to learn more

1. Data on file.
2. Hedner J, White DP, Malhotra A, et al. Sleep staging based on autonomic signals: A multi-center validation study. *J Clin Sleep Med*. 2011;7(3):301-306.

Attachment 5: Recent Itamar marketing specimen (WatchPAT 300 website)



Attachment 6: Recent Itamar marketing specimen (October 2020 email blast)



Zoho Sign Document ID: FXA0HYA7PFF6H7NA8XXXY8DKBFXQSLWPSZSQWBFFHBS

Attachment 7: Recent Itamar marketing specimen (WatchPAT ONE product brochure)



Itamar Medical is a leading medical device company that develops and markets products utilizing its proprietary PAT technology to diagnose and manage Sleep Disordered Breathing.  The company has pioneered innovative solutions to help physicians provide comprehensive sleep apnea management in a variety of clinical environments to optimize patient care and reduce healthcare costs.

Itamar Medical has offices and distribution channels around the world.



www.itamar-medical.com
www.cardiosleepsolutions.com
infousa@itamar-medical.com

1- Data on file
2- Yalamanchali S, Farajian V, Hamilton C, Pott TR, Samuelson CG, Friedman M. Diagnosis of obstructive sleep apnea by peripheral arterial tonometry: meta-analysis. JAMA Otolaryngol. Head Neck Surg. December 2013;139(12):1343-1350
3- Clinical Practice Guideline for Diagnostic Testing for Adult Obstructive Sleep Apnea: An American Academy of Sleep Medicine Clinical Practice Guideline
4- Hedner J. et al. A Novel Adaptive Wrist Actigraphy Algorithm for Sleep-Wake Assessment in Sleep Apnea Patients. SLEEP, Vol. 27, No. 8, 2004 : 1560-1566
5- Hedner J. et al. Sleep Staging Based on Autonimical Signals: A Multi-Center Validation Study. JCSM. Journal of Sleep Medicine, Vol. 7, No. 3, 2011: 301 – 306
6- Comparison of AHI using recording time versus sleep time Schutte – Rodin et al., J Sleep Abs supl 2014, p. A373

Zoho Sign Document ID: FXA0HYA7PFF6H7NA8XXXY8DKBFXQSLWPSZSQWBFFHBS

Attachment 8: Recent Itamar marketing specimen ('True [sic] sleep time' brochure)

First the advanced actigraphy differentiates wake from sleep; then a combination of the PAT signal amplitude and variability coupled with heart rate variability differentiates REM sleep from non-REM sleep and ultimately light from deep sleep.



The Complete Sleep architecture provides information on sleep quality including sleep efficiency, sleep latency and REM latency. The Complete Sleep architecture also provides further specificity in the diagnosis of REM sleep related apnea with a separate REM and non-REM AHI.

The WatchPAT, with its True Sleep Time together with the Complete Sleep Architecture, provides the clinican an accurate diagnosis that is simple and reliable.



---

* Sources:

• Rodin et al. Comparison of AHI using recording time versus sleep time Schutte. J Sleep Abs supl 2014, p. A373

• Hedner J. et al. A Novel Adaptive Wrist Actigraphy Algorithm for Sleep-Wake Assessment in Sleep Apnea Patients. SLEEP, Vol. 27, No. 8, 2004 :1560-1566

• Hersociovi S. et al. Detecting REM sleep from the finger: an automatic REM sleep algorithm based on peripheral arterial tone (PAT) and Actigraphy. Physiol Meas. 2007 Feb;28(2):129-40. Epub 2006 Dec 12.

• Bresler M. et al. Differentiating between light and deep sleep stages using an ambulatory device based on peripheral arterial tonometry. Physiol Meas. 2008 May;29(5):571-84.Epub 2008 May 7.

• Hedner J. et al. Sleep Staging Based on Autmimcal Signals: A Multi-Center Validation Study. JCSM. Journal of Sleep Medicine, Vol. 7, No. 3, 2011: 301 – 306

©2015. All rights reserved. WatchPAT, Itamar Medical, the Itamar Medical logo are trademarks of Itamar Medical Ltd. and may be registered in certain jurisdictions.

 

www.itamar-medical.com      infousa@itamar-medical.com