UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,

    Plaintiff,
v.

ECTOSENSE NV, and
VIRTUOX, INC.

    Defendants.
_____/

## MOTION TO RESET HEARING TIME

Defendant, ECTOSENSE NV ("ECTOSENSE"), by and through undersigned counsel, hereby files this Motion to Reset Hearing Time and as grounds for same states the following:

1. October 25, 2021, this Court scheduled the following evidentiary for hearing [ECF 209] on Thursday, November 18, 2021 at 1:00 p.m. EST: Defendant Ectosense's Motion to Disqualify Counsel [ECF 181].

2. Ectosense and Itamar are in time zones that are 6 and 7 hours ahead of Eastern Standard Time, respectively. All of the witnesses are in time zones that (6) hours ahead of the Eastern Standard Time.

3. ECTOSENSE anticipates that this hearing will take ½ day to a full day to allow all testimony, and that starting at 1:00 p.m. EST would translate to 7:00 pm in Central European Summer Time.

4. Thus, Ectosense respectfully requests that the hearing be scheduled for a morning start time at the Courts convenience. Even starting the hearing at 9:00 a.m. EST (3:00 p.m.

Belgium) will make a substantial difference for the participation of the parties and witness in their respective time zones.

5.  Prior to filing this motion, undersigned counsel spent several days coordinating the availabilities of the parties, counsel, and witnesses and has confirmed that all the pertinent individuals can make themselves available for the hearing on November 15th, 17th, and 22nd – 24th. There is a conflict on Ectosense's side with the morning of November 18th, and Itamar's side on November 19th.

WHEREFORE, undersigned counsel for ECTOSENSE respectfully requests this Court reset the time and date of the hearing on Ectosense's Motion to Disqualify to begin in the morning on November 15th, 17th, or 22nd – 24th.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Undersigned counsel discussed the relief requested herein with Itamar's counsel and was advised that Itamar does not object to the relief sought by this motion.

## CERTIFICATE OF SERVICE

Counsel for Ectosense NV hereby certifies that on the 1st day of November, 2021, I electronically filed the foregoing document via CM/ECF and served this document on all counsel of record as listed in the Service List below.

/s/ *Seth J. Donahoe*
**PAUL O. LOPEZ**
Florida Bar #983314
pol@trippscott.com
**SETH J. DONAHOE**
Florida Bar #1004133
**TRIPP SCOTT, P.A.**
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL  33301

**(954) 525-7500 telephone**
**(954) 761-8475 facsimile**

## SERVICE LIST
## CASE NO: 20-cv-60719-WPD

| Counsel for Plaintiff: | Counsel for Defendant ECTOSENSE: |
|---|---|
| LAURA GANOZA, ESQ.<br>Florida Bar No. 0118532<br>lganoza@foley.com<br>atownsend@foley.com<br>HAWWI EDAO, ESQ.<br>Florida Bar No. 1026550<br>hedao@foley.com<br>hmoreno@foley.com<br>**FOLEY & LARDNER LLP**<br>One Biscayne Tower, Suite 1900<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 482-8400<br>(305) 482-8600 (fax)<br><br>**Co-Counsel for Plaintiff:**<br><br>JESSICA N. WALKER, ESQ.<br>jwalker@foley.cOM<br>**FOLEY & LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418<br>(213) 972-4675<br><br>GENE KLEINHENDLER, ESQ.<br>gene@gk-ad.com<br>ANNA ADAMSKY, ESQ.<br>anna@gk-ad.com<br>**GK ADVISORY**<br>72 Ahad Haam St.<br>Tel Aviv 6520512, Israel<br>(972) 3-735-6168 | PAUL O. LOPEZ, ESQ.<br>eservice@trippscott.com (primary)<br>pol@trippscott.com (secondary)<br>sxc@trippscott.com (secondary)<br>SETH J. DONAHOE, ESQ.<br>eservice@trippscott.com (primary)<br>sjd@trippscott.com (secondary)<br>sgc@trippscott.com (secondary)<br>B. GEORGE WALKER, ESQ.<br>bgw@trippscott.com<br>sxc@trippscott.com<br>cab@trippscott.com<br>Tripp Scott, P.A.<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL  33301<br>Telephone:  (954) 525-7500<br>Telefax:  (954) 761-8475<br><br><br>**Co-Counsel for Defendant ECTOSENSE:**<br><br>Stephen Baird, Esq.<br>(*pro hac vice to be filed*)<br>GREENBERG TAURIG, LLP<br>90 South 7th St., Suite 3500<br>Minneapolis, MN  55402<br>bairds@gtlaw.com<br><br>Paul B. Ranis, Esq.<br>Florida Bar No. 64408<br>GREENBERG TRAURIG, P.A.<br>401 E. Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com |

1934220v1 998877.0001

|  | *Counsel for VirtuOx Inc.*<br><br>Jonathan B. Morton<br>Florida Bar No. 956872<br>Jonathan.Morton@klgates.com<br>**K&L Gates LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 3900<br>Miami, Florida 33131-2399<br>Telephone: 305-539-3357<br><br>Darlene F. Ghavimi, *Admitted Pro Hac Vice*<br>Texas Bar No. 24072114<br>Darlene.Ghavimi@klgates.com<br>Stewart Mesher, *Admitted Pro Hac Vice*<br>Texas Bar No. 24032738<br>Stewart.Mesher@klgates.com<br>**K&L GATES LLP**<br>2801 Via Fortuna Suite 350<br>Austin, Texas 78746-7568<br>Telephone: (512) 482-6919 |
|---|---|