# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 20–cv–60719–WPD

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV, VIRTUOX INC.,

    Defendants.

## ITAMAR MEDICAL LTD'S DISCOVERY INDEX

1) Exhibit A – Gene Kleinhendler's Declaration

2) Exhibit B – Allen Gardner's Declaration

3) Exhibit C – Excerpts of Mat Dahlqvist's Deposition Transcript

4) Exhibit D – Excerpts of Arnold Benoot's Deposition Transcript

5) Exhibit E – Mat Dahlqvist's Handwritten Notes

6) Exhibit F – E-mail Chain between Mr. Kleinhendler and Mr. Benoot dated April 20, 2021 to June 15, 2021

7) Exhibit G – E-mail Between Van Pee and Ossalaer on April 14, 2021

8) Exhibit H – WhatsApp conversation with Nirat Attri on April 4, 2021

9) Exhibit I – E-mail Between Kleinhendler and Benoot on April 20, 2021

10) Exhibit J – E-mail Between Kleinhendler and Benoot on April 29, 2021

11) Exhibit K – WhatsApp Conversation Between Dahlqvist and Van Pee on April 12, 2021

12) Exhibit L – E-mail from Benoot to Van Pee, copying Ossalaer on April 29, 2021

13) Exhibit M – WhatsApp Messages between Osselaer and Van Pee on May 3, 2021

4865-9937-1010.1