# Exhibit E

Gave Kleinhandler.

SC8J

appointed by Hamar
Long relationship w. the directors
of Hamar.

Certain issues w. the directors
of ~~Hamar~~. Cofosense!

General consider
Arnold --.

bunch of issues ~ Who is the
right person to talk to.

Specific: FDA submission - some of
the statements were
problematic

Respective PE firm would
be concerned that a portfolio
company would make to
US authority to FDA
- how they were made.

Real serious ground for
concern

Responsibility, ...

Someone at Saffedbury who would like
to discuss w. him

Not what is going on w. Food - PAT
=> How serious - dealing w. government / FDR
certain lines were crossed.



Want to speak w/ an attorney (in house or outside)
canceller

Not appropriate, to talk to an independent director.

Specially representing individuals
- anti bribery, money laundering
- complicate MEK issues
- in front of Government agencies

Representing Herbalife bcb re0 regarding the law suit.
They asked him to look into