# Exhibit G

**Seth J. Donahoe**

| | |
|---|---|
| **From:** | Luc Osselaer <Luc.Osselaer@saffelberg.com> |
| **Sent:** | Wednesday, April 14, 2021 4:55 AM |
| **To:** | Bart Van Pee; Arnold Benoot |
| **Cc:** | Gert Vanopstal |
| **Subject:** | Re: Israeli lawyer |

Arnold zal bellen (is nu met vakantie)
Kan je ons om 12u even briefen via teams?

Kind regards,

**Luc Osselaer**
Director
Saffelberg Investments
0476 45 15 01
www.saffelberg.com

On 14 Apr 2021, at 10:48, Bart Van Pee <bart.vanpee@ectosense.com> wrote:

Hi Luc en Gert,

Hebben jullie al een afspraak met deze man kunnen maken?
Als we vandaag of morgen een meeting met hem kunnen maken, zou dat de grootste winst in onze litigation kunnen opleveren. (Ik kan via telefoon toelichten).

Mvg,



BART VAN PEE
Product Manager & Founder @ Ectosense
De Hoorn, Sluisstraat 79/00.01, 3000 Leuven, Belgium

*NOTICE: Where the contents of this email and/or attachment include materials prepared by Ectosense, the use of those materials is subject exclusively to the conditions of engagement between Ectosense and the intended recipient. The content of this message may contain confidential and privileged information and/or protected health information subject to protection under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and/or the General Data Protection Regulation 2016/679 (GDPR). If you are not the intended recipient, you have received this email in error and any use, disclosure, distribution, forwarding, printing, or copying of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of the original message.*

**From:** Luc Osselaer <Luc.Osselaer@saffelberg.com>
**Sent:** Monday, April 12, 2021 8:50 PM
**To:** Bart Van Pee <bart.vanpee@ectosense.com>
**Cc:** Gert Vanopstal <gert.vanopstal@saffelberg.com>
**Subject:** Fwd: Israeli lawyer

Dag Bart

Gert en ik zullen deze brave man morgen uitnodigen voor een call

1

Ecto MTD 14

Kind regards,

**Luc Osselaer**
Director
Saffelberg Investments
0476 45 15 01
www.saffelberg.com

Begin forwarded message:

**From:** Mats Dahlqvist <mats.s.dahlquist@gmail.com>
**Subject: Israeli lawyer**
**Date:** 12 April 2021 at 15:38:46 CEST
**To:** Luc Osselaer <Luc.Osselaer@saffelberg.com>

Hi Luc,
The name of the Israeli lawyer who called me is:
Gene Kleinhendler
GK Advisory former senior partner at GKH Law
gene@gk-ad.com
+972 54 4244330
He is representing Itamar since a couple of weeks but doesn't seek contact because of the ongoing legal case – PAR and those things are there better people to deal with – but because of a "bunch" of issue regarding the FDA submission that Itamar asked him to look into. He said these are real serious grounds for concern.
He approached me as an independent director and would like to talk to a councelor or attorney of Saffelberg, as the biggest shareholder.
All the best
Mats

2

Seth J. Donahoe

**From:** Luc Osselaer <Luc.Osselaer@saffelberg.com>
**Sent:** Wednesday, April 14, 2021 4:55 AM
**To:** Bart Van Pee; Arnold Benoot
**Cc:** Gert Vanopstal
**Subject:** Re: Israeli lawyer

Arnold will call (is currently on vacation)
Can you brief us at noon via teams?

Kind regards,

**Luc Osselaer**
Director
Saffelberg Investments
0476 45 15 01
www.saffelberg.com

> On April 14, 2021, at 10:48 AM, Bart Van Pee <bart.vanpee@ectosense.com> wrote:
>
> Hi Luc and Gert,
>
> Were you able to make an appointment with this gentleman yet?
> If we can have a meeting with him today or tomorrow, this could be the biggest win in our litigation. (I can explain by phone).
>
> Best regards,



BART VAN PEE
Product Manager & Founder @ Ectosense
De Hoorn, Sluisstraat 79/00.01, 3000 Leuven, Belgium

NOTICE: Where the contents of this email and/or attachment include materials prepared by Ectosense, the use of those materials is subject exclusively to the conditions of engagement between Ectosense and the intended recipient. The content of this message may contain confidential and privileged information and/or protected health information subject to protection under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and/or the General Data Protection Regulation 2016/679 (GDPR). If you are not the intended recipient, you have received this email in error and any use, disclosure, distribution, forwarding, printing, or copying of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of the original message.

**From:** Luc Osselaer <Luc.Osselaer@saffelberg.com>
**Sent:** Monday, April 12, 2021 8:50 PM
**To:** Bart Van Pee <bart.vanpee@ectosense.com>
**Cc:** Gert Vanopstal <gert.vanopstal@saffelberg.com>
**Subject:** Fwd: Israeli lawyer

Hi Bart,

Gert and I will invite this nice gentleman for a call tomorrow.

1

Kind regards,

**Luc Osselaer**
Director
Saffelberg Investments
0476 45 15 01
www.saffelberg.com

> Begin forwarded message:
>
> **From:** Mats Dahlqvist <mats.s.dahlquist@gmail.com>
> **Subject: Israeli lawyer**
> **Date:** 12 April 2021 at 15:38:46 CEST
> **To:** Luc Osselaer <Luc.Osselaer@saffelberg.com>
>
> Hi Luc,
> The name of the Israeli lawyer who called me is:
> Gene Kleinhendler
> GK Advisory former senior partner at GKH Law
> gene@gk-ad.com
> +972 54 4244330
> He is representing Itamar since a couple of weeks but doesn't seek contact because of the ongoing legal case – PAR and those things are there better people to deal with – but because of a "bunch" of issue regarding the FDA submission that Itamar asked him to look into. He said these are real serious grounds for concern.
> He approached me as an independent director and would like to talk to a councelor or attorney of Saffelberg, as the biggest shareholder.
> All the best
> Mats

I, Monique Engelhart, hereby certify that I am competent to translate from Dutch to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document Re Israeli lawyer(3)_EN from Dutch to English.

_____
Monique Engelhart