# Exhibit H

 **Nirat Attri** Chat

> Yes, they are spending TONS of money on the litigation, so what's a $100k loss for them

**Nirat Attri** 4/14/2021 11:43 AM
But once we're out, ksyos would probably be left in the lurch

> **Bart Van Pee** 4/14/2021 11:43 AM
> Yes. Itamar can probably offer similar pricing though, just to fuck with us.

Hahaha thinking the same stuff lol

> 4/14/2021 11:44 AM
> They're willing to pay $100k to extort Saffelberg so why not

> Itamar, meet Jos... 😁

 **Nirat Attri** 4/14/2021 11:44 AM
Wait what's happening there?

 😂

> 4/14/2021 11:44 AM
> Haha cant tell yet

 **Nirat Attri** 4/14/2021 11:44 AM
Ok

Noted

> 4/14/2021 11:44 AM
> But they're just trying to scare invstors

> making odd allegations

> sending in some bulldog lawyers from Israel

--- Wednesday, July 28, 2021 ---

> 7/28/2021 12:33 PM
> Itamar mobster laywer: let me threathen Saffelberg with criminal prosecution