# Exhibit I

| | |
|---|---|
| From: | Arnold Benoot [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd9a17f9c51140e1932dbf30bf566c4b-Arnold.Beno] |
| on behalf of | Arnold Benoot |
| Sent: | 4/20/2021 8:01:17 AM |
| To: | 'gene@gk-ad.com' [gene@gk-ad.com] |
| Subject: | Ectosense follow up |

Dear Mr Kleinhendler,

I refer to our discussion of last week re Ectosense.

Unless I'm mistaken, I believe you were going to send me a short memo re the potential liability of PE investors towards US governmental agencies.

Looking forward to receiving your feedback.

Sincerely,

**Arnold Benoot\***
General Counsel
Tel.: +32 2 793 25 56
Fax: +32 2 793 25 59
Mobile: +32 472 90 00 25



Oplombeekstraat 6
B-1755 Gooik

arnold.benoot@saffelberg.com         www.saffelberg.com
\*Representative of Themis Consulting & Advisory BV

The contents of this e-mail, including any attachments, are strictly confidential and are intended solely for the addressee(s). Any distribution, copying or dissemination of this message is expected to be in conformity with all legal and regulatory stipulations governing the use and distribution of information. If you are not the intended addressee, or have otherwise received this e-mail in error, please inform the sender by return e-mail and immediately delete this e-mail, including any attachments. Any copying, distribution or dissemination of this e-mail and its attachments for any purpose is strictly prohibited. The author of this e-mail has taken every effort to ensure that the information and advice provided are accurate and up-to-date, based upon the information available at the time of sending of the e-mail. The information and advice can only be binding upon Saffelberg Investments NV provided this is clearly indicated as such in the message and is at all times subject upon the information made available to us. Although all reasonable care has been taken to ensure that this e-mail and – if included – any attachments are free of malicious software such as viruses, no such guarantee is offered.

~= Please consider the environment before printing this e-mail =~