# Exhibit J

| | |
|---|---|
| **From:** | Arnold Benoot [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FD9A17F9C51140E1932DBF30BF566C4B-ARNOLD.BENO] |
| **Sent:** | 4/29/2021 2:23:18 PM |
| **To:** | Gene Kleinhendler [gene@gk-ad.com] |
| **Subject:** | RE: Ectosense follow up |

Dear Mr. Kleinhendler,

Thank you for your note and follow-up. Saffelberg takes your input seriously, and will engage US counsel to review. After initial analysis however, we have the following question:

Are you aware of alleged misrepresentations in Ectosense's FDA filing, and if so can you inform us of specific elements? Before we commission specialised third party review we would need to understand the scope of the potential issue.

We value your discretion.

Best regards,

Arnold

---

**Van:** Gene Kleinhendler <gene@gk-ad.com>
**Verzonden:** donderdag 29 april 2021 14:27
**Aan:** Arnold Benoot <Arnold.Benoot@saffelberg.com>
**Onderwerp:** Re: Ectosense follow up

Hi Arnold,
I'm following up on my letter to you of April 22. Please let me know if you would like to discuss. I am hopeful that Saffelberg will carry out it's legal responsibility as requested in my letter and we can avoid any further action in this matter.
Best regards
Gene

Sent from my BlackBerry - the most secure mobile device

> **From:** gene@gk-ad.com
> **Sent:** April 22, 2021 17:14
> **To:** arnold.benoot@saffelberg.com
> **Subject:** Re: Ectosense follow up
>
> Arnold,
> Please see attached. I'd be happy to discuss further at your convenience.
> Best regards
> Gene
>
> Sent from my BlackBerry - the most secure mobile device
>
> > **From:** gene@gk-ad.com
> > **Sent:** April 20, 2021 15:17
> > **To:** arnold.benoot@saffelberg.com
> > **Subject:** Re: Ectosense follow up
> >
> > Hi Arnold,
> > Thank you for following up. I should have my memo to you before the end of this week.

Saffelberg- MTD-0000021

Best regards
Gene

Sent from my BlackBerry - the most secure mobile device

**From:** Arnold.Benoot@saffelberg.com
**Sent:** April 20, 2021 15:01
**To:** gene@gk-ad.com
**Subject:** Ectosense follow up

Dear Mr Kleinhendler,

I refer to our discussion of last week re Ectosense.

Unless I'm mistaken, I believe you were going to send me a short memo re the potential liability of PE investors towards US governmental agencies.

Looking forward to receiving your feedback.

Sincerely,

**Arnold Benoot***
General Counsel
Tel.: +32 2 793 25 56
Fax: +32 2 793 25 59
Mobile: +32 472 90 00 25

arnold.benoot@saffelberg.com
*Representative of Themis Consulting & Advisory BV



Oplombeekstraat 6
B-1755 Gooik
www.saffelberg.com

The contents of this e-mail, including any attachments, are strictly confidential and are intended solely for the addressee(s). Any distribution, copying or dissemination of this message is expected to be in conformity with all legal and regulatory stipulations governing the use and distribution of information. If you are not the intended addressee, or have otherwise received this e-mail in error, please inform the sender by return e-mail and immediately delete this e-mail, including any attachments. Any copying, distribution or dissemination of this e-mail and its attachments for any purpose is strictly prohibited. The author of this e-mail has taken every effort to ensure that the information and advice provided are accurate and up-to-date, based upon the information available at the time of sending of the e-mail. The information and advice can only be binding upon Saffelberg Investments NV provided this is clearly indicated as such in the message and is at all times subject upon the information made available to us. Although all reasonable care has been taken to ensure that this e-mail and – if included – any attachments are free of malicious software such as viruses, no such guarantee is offered.

~= Please consider the environment before printing this e-mail =~