# Exhibit L

**Seth J. Donahoe**

| | |
|---|---|
| **From:** | Arnold Benoot <Arnold.Benoot@saffelberg.com> |
| **Sent:** | Thursday, April 29, 2021 1:37 PM |
| **To:** | Bart Van Pee |
| **Cc:** | Luc Osselaer |
| **Subject:** | Re: Ectosense follow up |

Ok ik stuur zo uit

Verstuurd vanaf mijn iPhone

> Op 29 apr. 2021 om 19:34 heeft Bart Van Pee <bart.vanpee@ectosense.com> het volgende geschreven:
>
> Good, thanks for checking.



BART VAN PEE
Product Manager & Founder @ Ectosense
De Hoorn, Sluisstraat 79/00.01, 3000 Leuven, Belgium

*NOTICE: Where the contents of this email and/or attachment include materials prepared by Ectosense, the use of those materials is subject exclusively to the conditions of engagement between Ectosense and the intended recipient. The content of this message may contain confidential and privileged information and/or protected health information subject to protection under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and/or the General Data Protection Regulation 2016/679 (GDPR). If you are not the intended recipient, you have received this email in error and any use, disclosure, distribution, forwarding, printing, or copying of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of the original message.*

---

**From:** Luc Osselaer <Luc.Osselaer@saffelberg.com>
**Sent:** Thursday, April 29, 2021 7:15 PM
**To:** Arnold Benoot <Arnold.Benoot@saffelberg.com>
**Cc:** Bart Van Pee <bart.vanpee@ectosense.com>
**Subject:** Fwd: Ectosense follow up

Ha Arnold

Lijkt me best dat je volgende antwoordt op Kleinhendler:
Bart: OK voor jou?


-----
Dear Mr. Kleinhendler,

Thank you for your note and follow-up. Saffelberg takes your input seriously, and will engage US counsel to review.
After initial analysis however, we have the following question:

1

Ecto MTD 9

Are you aware of alleged misrepresentations in Ectosense's FDA filing, and if so can you inform us of specific elements? Before we commission specialised third party review we would need to understand the scope of the potential issue.

We value your discretion.
----

**Van:** Gene Kleinhendler <gene@gk-ad.com>
**Datum:** 29 april 2021 om 14:26:36 CEST
**Aan:** Arnold Benoot <Arnold.Benoot@saffelberg.com>
**Onderwerp: Antw: Ectosense follow up**

Hi Arnold,
I'm following up on my letter to you of April 22. Please let me know if you would like to discuss. I am hopeful that Saffelberg will carry out it's legal responsibility as requested in my letter and we can avoid any further action in this matter.
Best regards
Gene

2

**Seth J. Donahoe**

**From:** Arnold Benoot <Arnold.Benoot@saffelberg.com>
**Sent:** Thursday, April 29, 2021 1:37 PM
**To:** Bart Van Pee
**Cc:** Luc Osselaer
**Subject:** Re: Ectosense follow up

Okay, I'll send it out like this.

> On April 29, 2021 at 7:34 PM, Bart van Pee <bart.vanpee@ectosense.com> wrote the following:
>
> Good, thanks for checking.
>
> 
> **BART VAN PEE**
> Product Manager & Founder @ Ectosense
> De Hoorn, Sluisstraat 79/00.01, 3000 Leuven, Belgium
>
> NOTICE: Where the contents of this email and/or attachment include materials prepared by Ectosense, the use of those materials is subject exclusively to the conditions of engagement between Ectosense and the intended recipient. The content of this message may contain confidential and privileged information and/or protected health information subject to protection under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and/or the General Data Protection Regulation 2016/679 (GDPR). If you are not the intended recipient, you have received this email in error and any use, disclosure, distribution, forwarding, printing, or copying of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of the original message.
>
> ---
>
> **From:** Luc Osselaer <Luc.Osselaer@saffelberg.com>
> **Sent:** Thursday, April 29, 2021 7:15 PM
> **To:** Arnold Benoot <Arnold.Benoot@saffelberg.com>
> **Cc:** Bart Van Pee <bart.vanpee@ectosense.com>
> **Subject:** Fwd: Ectosense follow up
>
> Hi Arnold,
>
> I think it's best that you respond to Kleinhendler as follows:
> Bart: Okay for you?
>
> -----
> Dear Mr. Kleinhendler,
>
> Thank you for your note and follow-up. Saffelberg takes your input seriously, and will engage US counsel to review.
> After initial analysis however, we have the following question:

1

Are you aware of alleged misrepresentations in Ectosense's FDA filing, and if so can you inform us of specific elements? Before we commission specialised third party review we would need to understand the scope of the potential issue.

We value your discretion.

----

> **Van:** Gene Kleinhendler <gene@gk-ad.com>
> **Datum:** 29 april 2021 om 14:26:36 CEST
> **Aan:** Arnold Benoot <Arnold.Benoot@saffelberg.com>
> **Onderwerp: Antw:** Ectosense follow up
>
> Hi Arnold,
> I'm following up on my letter to you of April 22. Please let me know if you would like to discuss. I am hopeful that Saffelberg will carry out it's legal responsibility as requested in my letter and we can avoid any further action in this matter.
> Best regards
> Gene

2

I, Monique Engelhart, hereby certify that I am competent to translate from Dutch to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled Re Ectosense follow up(3)_EN from Dutch to English.

_____
Monique Engelhart