# Exhibit M





I, Monique Engelhart, hereby certify that I am competent to translate from Dutch to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled BVP Luc Whats App 5 5_EN from Dutch to English.

_____
Monique Engelhart