UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV and VIRTUOX, INC.,

    Defendant.

_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **REFERS** Plaintiff Itamar Medical Ltd.'s Motion for Sanctions [DE 218] to United States Magistrate Judge Lurana Snow for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Snow
All Counsel of Record