AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    Florida

Itamar Medical Ltd.

V.

Ectosense nv and Virtuox, Inc.

## EXHIBIT AND WITNESS LIST

Case Number: 20-60719-CIV

| PRESIDING JUDGE<br>Hon. Lurana S. Snow | PLAINTIFF'S ATTORNEY<br>Laura Ganoza | DEFENDANT'S ATTORNEY<br>Seth J. Donahoe |
|---|---|---|
| TRIAL DATE (S)<br>Nov. 22, 2021, 10 am | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | | | | Gene Kleinhendler's Declaration dated August 6, 2021 |
| B | | | | | Allen Gardner's Declaration dated August 25, 2021 |
| C | | | | | Mat Dahlqvist's Handwritten Notes |
| D | | | | | Excerpts of Mat Dahlqvist's Deposition Transcript |
| E | | | | | Excerpts of Arnold Benoot's Deposition Transcript |
| F | | | | | E-mail Chain between Kleinhendler and Benoot dated April 20, 2021 to June 15, 2021 |
| G | | | | | E-mail between Van Pee and Ossalaer, and Osselaer and Dahlqvsist on April 12 to April 14, 2021 |
| H | | | | | WhatsApp conversation with Nirat Attri on April 4, 2021 |
| I | | | | | E-mail between Kleinhendler and Benoot on April 20, 2021 |
| J | | | | | E-mail between Kleinhendler and Benoot on April 29, 2021 |
| K | | | | | WhatsApp conversation with Dahlqvist and Van Pee on April 12, 2021 |
| L | | | | | E-mail from Benoot to Van Pee, copying Ossalaer on April 29, 2021 |
| M | | | | | WhatsApp messages between Osselaer and Van Pee on May 3, 2021 |
| N | | | | | Composite Exhibit of Documents and Filings reviewed by Gene Kleinhendler (ITAMAR- MTDQ-0000001-282, and 286-345) |
| | | | | | PLAINTIFF'S WITNESS LIST FOR NOVEMBER 22, 2021 HEARING |
| 1. | | | | | Gene Kleinhendler |
| 2. | | | | | Mat Dahlqvist (by deposition) |
| 3. | | | | | Arnold Benoot (by deposition) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages