✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division

Case No. 20-60719-CIV-DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,
    Plaintiff,

v.

ECTOSENSE NV, and
VIRTUOX, INC.
           Defendants    /

## WITNESS LIST OF ECTOSENSE NV
## FOR NOVEMBER 22, 2021 EVIDENTIARY HEARING ON MOTION TO DISQUALIFY

| Lurana S. Snow<br>**PRESIDING JUDGE** | Laura Ganoza, Esq.; Hawwi Edao, Esq.<br>Jessica N. Walker, Esq. & Gene Kleinhendler, Esq.<br>**PLAINTIFF'S ATTORNEYS** | **For Ectosense:** Paul O. Lopez, Esq.; Seth J. Donahoe, Esq.; Brian George Walker, Esq.; Stephen Baird, Esq. & Paul B. Ranis, Esq.<br>**For Virtuox, Inc.:** Jonathan B. Morton, Esq.; Darlene F. Ghavimi & Stewart Mesher, Esq.<br>**DEFENDANTS' ATTORNEYS** |
|---|---|---|
| 11.22.21 @ 10:00 A.M.<br>**TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |

| Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Witnesses |
|---|---|---|---|---|---|
| | | | | | **Mats Dahlqvist** |
| | | | | | **Arnold Benoot** |
| | | | | | **Bart Van Pee** |
| | | | | | **Gene Kleinhendler** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Dated this 17th day of November, 2021.

/s/ *Seth J. Donahoe*

PAUL O. LOPEZ
Florida Bar #983314
pol@trippscott.com
SETH J. DONAHOE

1961073v1 998877.0001

Florida Bar #1004133
B. GEORGE WALKER
Florida Bar No.: 0071409
TRIPP SCOTT, P.A.
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL  33301
(954) 525-7500 telephone
(954) 761-8475 facsimile

**SERVICE LIST**
**CASE NO: 20-cv-60719-WPD**

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| LAURA GANOZA, ESQ.<br>Florida Bar No. 0118532<br>lganoza@foley.com<br>atownsend@foley.com<br>HAWWI EDAO, ESQ.<br>Florida Bar No. 1026550<br>hedao@foley.com<br>hmoreno@foley.com<br>ANA ROMES, ESQ.<br>Florida Bar No. 101179<br>aromes@foley.com<br>avargas@foley.com<br>One Biscayne Tower, Suite 1900<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 482-8400<br>(305) 482-8600 (fax) | PAUL O. LOPEZ, ESQ.<br>eservice@trippscott.com (primary)<br>pol@trippscott.com (secondary)<br>sxc@trippscott.com (secondary)<br>SETH J. DONAHOE, ESQ.<br>eservice@trippscott.com (primary)<br>sjd@trippscott.com (secondary)<br>sgc@trippscott.com (secondary)<br>B. GEORGE WALKER, ESQ.<br>bgw@trippscott.com<br>sxc@trippscott.com<br>cab@trippscott.com<br>Tripp Scott, P.A.<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL  33301<br>Telephone:  (954) 525-7500<br>Telefax:  (954) 761-8475 |
| **Co-Counsel for Plaintiff:**<br><br>JESSICA N. WALKER, ESQ.<br>jwalker@foley.cOM<br>**FOLEY & LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418<br>(213) 972-4675<br><br>GENE KLEINHENDLER, ESQ.<br>gene@gk-ad.com<br>ANNA ADAMSKY, ESQ.<br>anna@gk-ad.com<br>**GK ADVISORY**<br>72 Ahad Haam St.<br>Tel Aviv 6520512, Israel<br>(972) 3-735-6168 | **Co-Counsel for Defendant:**<br><br>Stephen Baird, Esq.<br>(*pro hac vice to be filed*)<br>GREENBERG TRAURIG, LLP<br>90 South 7th St., Suite 3500<br>Minneapolis, MN  55402<br>bairds@gtlaw.com<br><br>Paul B. Ranis, Esq.<br>Florida Bar No. 64408<br>GREENBERG TRAURIG, P.A.<br>401 E. Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com<br><br>***Counsel for VirtuOx Inc.***<br><br>Jonathan B. Morton<br>Florida Bar No. 956872<br>Jonathan.Morton@klgates.com<br>**K&L Gates LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 3900<br>Miami, Florida 33131-2399 |

1961073v1 998877.0001

|  | Telephone: 305-539-3357 |
|  | Darlene F. Ghavimi, *Admitted Pro Hac Vice*<br>Texas Bar No. 24072114<br>Darlene.Ghavimi@klgates.com<br>Stewart Mesher, *Admitted Pro Hac Vice*<br>Texas Bar No. 24032738<br>Stewart.Mesher@klgates.com<br>**K&L GATES LLP**<br>2801 Via Fortuna Suite 350<br>Austin, Texas 78746-7568<br>Telephone: (512) 482-6919 |

1961073v1 998877.0001