✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. 20-60719-CIV-DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,
    Plaintiff,

v.

ECTOSENSE NV, and
VIRTUOX, INC.
         Defendants    /

## EXHIBIT LIST OF ECTOSENSE NV
## FOR NOVEMBER 22, 2021 EVIDENTIARY HEARING ON MOTION TO DISQUALIFY

| Lurana S. Snow **PRESIDING JUDGE** | Laura Ganoza, Esq.; Hawwi Edao, Esq. Jessica N. Walker, Esq. & Gene Kleinhendler, Esq. **PLAINTIFF'S ATTORNEYS** | **For Ectosense**: Paul O. Lopez, Esq.; Seth J. Donahoe, Esq.; Brian George Walker, Esq.; Stephen Baird, Esq. & Paul B. Ranis, Esq. **For Virtuox, Inc.:** Jonathan B. Morton, Esq.; Darlene F. Ghavimi & Stewart Mesher, Esq. **DEFENDANTS' ATTORNEYS** |
|---|---|---|
| 11.22.21 @ 10:00 A.M. **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |

| Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| | | | | | |
| | 1 | | | | Stipulated Protective Order Governing Confidential Materials [ECF #59] |
| | 2 | | | | 03.15.20 letter from Tripp Scott to Jennifer Barry and Patrick Justman re FDA Clearance of NightOwl as PAT-based device |
| | 3 | | | | 04.22.21letter from Gene Kleinhendler to Arnold Benoot, General Counsel re Ectosense |
| | 4 | | | | 05.10.21 letter from Gene Kleinhendler to Arnold Benoot, General Counsel re Ectosense |
| | 5 | | | | 04.12.21 email Mats Dahlquist to Luc Osselaer re Israeli lawyer |
| | 6 | | | | 05.03.21 Luc Osselaer WhatsApp Chats |
| | 7 | | | | 05.05.21 Luc Osselaer WhatsApp Chats |
| | 8 | | | | 04.14.21 & 07.28.21 WhatsApp Chats Nirat Attri |

1933986v1 998877.0001

| | | | | |
|---|---|---|---|---|
| 9 | | | | 04.07.21 email between Mats Dahlquist, Shimon Eckhouse & Gene Kleinhendler |
| 10 | | | | 04.07.21 & 04.08.21 email chain between Gene Kleinhendler, Mats Dahlquist and Shimon Eckhouse |
| 11 | | | | 03.25.21 email Mats Dahlquist to Luc Osselaer re ITMR **(Itamar objects to the admissibility of this exhibit and the parties will need a ruling from the Court).** |
| 12 | | | | Phone Call Log showing calls from Mats Dahlquist in April |
| 13 | | | | April 2021 email chain between Arnold Benoot, Bart Van Pee, Luc Osselaer re Ectosense follow up |
| 14 | | | | August email chain between Bart Van Pee and Mats Dahlquist re GG talking points **(Itamar objects to the admissibility of this exhibit and the parties will need a ruling from the Court).** |
| 15 | | | | April email chain between Lus Osselaer, Bart Van Pee, Arnold, Gert Vanopstal re Israeli lawyer |
| 16 | | | | April & May 2021 WhatsApp Chats Mats Dahlquist & Bart Van Pee |
| 17 | | | | Itamar Medical Ltd.'s Privilege Log relating to the Motion to Disqualify |
| 18 | | | | NightOwl 510(k) clearance letter and summary. |
| | | | | |
| | | | | Ectosense expects that Arnold Benoot and Mats Dahlqvist will testify at the hearing Monday November 22, 2021, but if they are unable to do so, then Ectosense would offer their transcripts as an evidence consistent with the requirements of Federal Rule of Civil Procedure 32. |
| | | | | |

Dated this 17th day of November, 2021.

/s/ Seth J. Donahoe

PAUL O. LOPEZ
Florida Bar #983314
pol@trippscott.com
SETH J. DONAHOE
Florida Bar #1004133

B. GEORGE WALKER
Florida Bar No.: 0071409
TRIPP SCOTT, P.A.
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL  33301
(954) 525-7500 telephone
(954) 761-8475 facsimile

**SERVICE LIST**
**CASE NO: 20-cv-60719-WPD**

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| LAURA GANOZA, ESQ.<br>Florida Bar No. 0118532<br>lganoza@foley.com<br>atownsend@foley.com<br>HAWWI EDAO, ESQ.<br>Florida Bar No. 1026550<br>hedao@foley.com<br>hmoreno@foley.com<br>ANA ROMES, ESQ.<br>Florida Bar No. 101179<br>aromes@foley.com<br>avargas@foley.com<br>One Biscayne Tower, Suite 1900<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 482-8400<br>(305) 482-8600 (fax) | PAUL O. LOPEZ, ESQ.<br>eservice@trippscott.com (primary)<br>pol@trippscott.com (secondary)<br>sxc@trippscott.com (secondary)<br>SETH J. DONAHOE, ESQ.<br>eservice@trippscott.com (primary)<br>sjd@trippscott.com (secondary)<br>sgc@trippscott.com (secondary)<br>B. GEORGE WALKER, ESQ.<br>bgw@trippscott.com<br>sxc@trippscott.com<br>cab@trippscott.com<br>Tripp Scott, P.A.<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL  33301<br>Telephone:  (954) 525-7500<br>Telefax:  (954) 761-8475 |
| **Co-Counsel for Plaintiff:** | **Co-Counsel for Defendant:** |
| JESSICA N. WALKER, ESQ.<br>jwalker@foley.cOM<br>**FOLEY & LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418<br>(213) 972-4675<br><br>GENE KLEINHENDLER, ESQ.<br>gene@gk-ad.com<br>ANNA ADAMSKY, ESQ.<br>anna@gk-ad.com<br>**GK ADVISORY**<br>72 Ahad Haam St.<br>Tel Aviv 6520512, Israel<br>(972) 3-735-6168 | Stephen Baird, Esq.<br>(*pro hac vice to be filed*)<br>GREENBERG TRAURIG, LLP<br>90 South 7th St., Suite 3500<br>Minneapolis, MN  55402<br>bairds@gtlaw.com<br><br>Paul B. Ranis, Esq.<br>Florida Bar No. 64408<br>GREENBERG TRAURIG, P.A.<br>401 E. Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com<br><br>***Counsel for VirtuOx Inc.***<br><br>Jonathan B. Morton<br>Florida Bar No. 956872<br>Jonathan.Morton@klgates.com<br>**K&L Gates LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 3900<br>Miami, Florida 33131-2399<br>Telephone: 305-539-3357 |

1933986v1 998877.0001

|  | Darlene F. Ghavimi, *Admitted Pro Hac Vice*<br>Texas Bar No. 24072114<br>Darlene.Ghavimi@klgates.com<br>Stewart Mesher, *Admitted Pro Hac Vice*<br>Texas Bar No. 24032738<br>Stewart.Mesher@klgates.com<br>**K&L GATES LLP**<br>2801 Via Fortuna Suite 350<br>Austin, Texas 78746-7568<br>Telephone: (512) 482-6919 |
|---|---|

1933986v1 998877.0001