# DEFENDANT'S EXHIBIT 5

Israeli lawyer - Sent Mail

Delete   Archive   Move   Flag   Mark as Unread   Sync   ...

**Israeli lawyer**

○ **Mats Dahlqvist <mats.s.dahlquist@gmail.com>**
**To:** ○ Luc Osselaer

Monday 12 April 2021 at 15:38

Hi Luc,
The name of the Israeli lawyer who called me is:

Gene Kleinhendler
GK Advisory former senior partner at GKH Law
gene@gk-ad.com
+972 54 4244330

He is representing Itamar since a couple of weeks but doesn't seek contact because of the ongoing legal case – PAR and those things are there better people to deal with – but because of a "bunch" of issue regarding the FDA submission that Itamar asked him to look into. He said these are real serious grounds for concern.
He approached me as an independent director and would like to talk to a councelor or attorney of Saffelberg, as the biggest shareholder.

All the best
Mats