# DEFENDANT'S EXHIBIT 9

# Re: Introduction

**Mats Dahlqvist <mats.s.dahlquist@gmail.com>**
To: Shimon Eckhouse; Gene Kleinhendler

Wednesday 7 April 2021 at 16:01

Dear Shimon,

Thank you for the introduction to Gene Kleinhendler.

Dear Gene,

I will of course be open to meet you. Please let me know what you prefer; video or phone?

Best regards
Mats
+33670509438

---

**From:** Shimon Eckhouse <shimon@alon-medtech.com>
**Date:** Wednesday, 7 April 2021 at 15:48
**To:** <mats.s.dahlquist@gmail.com>, Gene Kleinhendler <gene@gk-ad.com>
**Subject:** Introduction

Dear Mats,

I wanted to introduce you to Gene Kleinhendler, a very close friend who asked me if I know you. Please meet each other.

Best regards,

Shimon