# DEFENDANT'S EXHIBIT 10

# Re: Introduction

**Gene Kleinhendler <gene@gk-ad.com>**
To: Mats Dahlqvist

Thursday 8 April 2021 at 16:35

**From:** Gene Kleinhendler <gene@gk-ad.com>
**Date:** Thursday, 8 April 2021 at 16:04
**To:** Mats Dahlqvist <mats.s.dahlquist@gmail.com>
**Subject:** Re: Introduction

Thanks Mats. I'll call 16.00CET on the 12th. Best, Gene

Sent from my BlackBerry - the most secure mobile device

**From:** mats.s.dahlquist@gmail.com
**Sent:** April 8, 2021 08:33
**To:** gene@gk-ad.com
**Subject:** Re: Introduction

Dear Gene,

Late afternoon would work well, except 17.00 – 18.30 CET on Monday 12.

Look forward to taking to you.

Best regards
Mats

**From:** Gene Kleinhendler <gene@gk-ad.com>
**Date:** Thursday, 8 April 2021 at 12:19
**To:** Mats Dahlqvist <mats.s.dahlquist@gmail.com>
**Subject:** Re: Introduction

Dear Mats,
A pleasure meeting you. I'm traveling for the next few days. Is there a convenient time on Monday or Tuesday next week for me to call?
Best regards
Gene

Sent from my BlackBerry - the most secure mobile device

**From:** mats.s.dahlquist@gmail.com
**Sent:** April 7, 2021 10:01
**To:** shimon@alon-medtech.com; gene@gk-ad.com
**Subject:** Re: Introduction