# DEFENDANT'S EXHIBIT 11

🍎 **Outlook**   File   Edit   View   Message   Format   Tools   Window   Help

**Re: ITMR - Sent Mail**

Delete   Archive   Move   Flag   Mark as Unread   Sync   ⋯

### Re: ITMR

○ **Mats Dahlqvist <mats.s.dahlqvist@gmail.com>**

To:   ○ Luc Osselaer

Thursday 25 March 2021 at 17:38

Dear Luc,

I had a quick call with Gilad a few minutes ago. He called me while he was driving. I told him pretty much what you wrote in bold and he thought it was fair. He said they feel also strongly about their position, hence we will have to let the legal system work its way.

He added that they would welcome an opportunity to settle this outside the court, but he thought it may make sense to connect again once our respective lawyers had a clearer view on the case – after the depositions!

My take is that he was a bit more low key this time, and wanted to keep the door open for some kind of settlement.

Best
Mats

PS. Thanks for your kind words. I am happy if I can add value to the board, even if in this case I take no credit for taking the initiative.

**From:** Luc Osselaer <luc.osselaer@gmail.com>
**Date:** Friday, 19 March 2021 at 10:18
**To:** <mats.s.dahlqvist@gmail.com>
**Subject:** ITMR

dear Mats

Privileged Communication among Ectosense Board Members Re: Case Strategy and Settlement Discussions