# DEFENDANT'S EXHIBIT 12











**Search:** mats

- **Mats Dahlquist** — ↗ April 28, 10:58
- **Mats Dahlquist** — ↙ (2) April 28, 09:47
- **Mats Dahlquist** — ↗ April 19, 08:55
- **Mats Dahlquist** — ↙ April 19, 07:48
- **Mats Dahlquist** — ↗ April 12, 19:22
- **Mats Dahlquist** — ↙ April 12, 19:20
- **Mats Dahlquist** — ↗ April 12, 18:27
- **Mats Dahlquist** — ↙ (2) April 12, 17:01
- **Mats Dahlquist** — ↙ April 12, 13:45