# DEFENDANT'S EXHIBIT 14

**From:** Bart Van Pee
**Sent:** Wednesday, August 25, 2021 7:03 AM
**To:** Mats Dahlquist
**Subject:** Re: GG talking points

Interesting, 25 march must have been around the date they engaged Kleinhendler - perhaps as a direct consequence of that discussion.

Anyway, we'll see what our motion brings!



BART VAN PEE
Product Manager & Founder @ Ectosense
De Hoorn, Sluisstraat 79/00.01,  3000 Leuven, Belgium

*NOTICE: Where the contents of this email and/or attachment include materials prepared by Ectosense, the use of those materials is subject exclusively to the conditions of engagement between Ectosense and the intended recipient. The content of this message may contain confidential and privileged information and/or protected health information subject to protection under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and/or the General Data Protection Regulation 2016/679 (GDPR). If you are not the intended recipient, you have received this email in error and any use, disclosure, distribution, forwarding, printing, or copying of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of the original message.*

**From:** Mats Dahlquist <mats.s.dahlquist@gmail.com>
**Sent:** Wednesday, August 25, 2021 12:00 PM
**To:** Bart Van Pee <bart.vanpee@ectosense.com>
**Subject:** Re: GG talking points

Hi Bart,

I spoke to him on 16 March. I see in my notes that he stated that "every claim by Ectosense to the court is misleading"! Worst possible lie. The head of FDA agrees with Gilad".

He also said that he would sue all distributors now!

This is the time he said that he sits on 80MUSD and he prefers not to spend them on legal fees, but no he didn't say that he wanted to pay 80M for Ectosense but proposed to sit down with Ectosense. "There are many ways to skin a cat"…

After this call we discussed with the board, and we agreed not to continue the discussion with Itmr. I told him this, I believe on 25 March.

Best
Mats

**From:** Bart Van Pee <bart.vanpee@ectosense.com>
**Date:** Wednesday, 25 August 2021 at 10:04
**To:** Mats Dahlquist <Mats.s.dahlquist@gmail.com>
**Subject:** Re: GG talking points

Thanks Mats.

1

I do remember now, his mentioning of 'many ways to skin the cat', and that he 'could spend $10m on litigation'. Both true!

Kind regards,



BART VAN PEE
Product Manager & Founder @ Ectosense
De Hoorn, Sluisstraat 79/00.01,  3000 Leuven, Belgium

NOTICE: Where the contents of this email and/or attachment include materials prepared by Ectosense, the use of those materials is subject exclusively to the conditions of engagement between Ectosense and the intended recipient. The content of this message may contain confidential and privileged information and/or protected health information subject to protection under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and/or the General Data Protection Regulation 2016/679 (GDPR). If you are not the intended recipient, you have received this email in error and any use, disclosure, distribution, forwarding, printing, or copying of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of the original message.

---

**From:** Mats Dahlquist <mats.s.dahlquist@gmail.com>
**Sent:** Wednesday, August 25, 2021 9:50 AM
**To:** Bart Van Pee <bart.vanpee@ectosense.com>
**Subject:** Re: GG talking points

Good morning Bart,

I think I spoke with him in March, according to my calendar. I will see if I made some notes…

In any case, from my recollection I toned down the message considerably. Will get back to you.

Best
Mats

---

**From:** Bart Van Pee <bart.vanpee@ectosense.com>
**Date:** Tuesday, 24 August 2021 at 21:58
**To:** Mats Dahlqvist <mats.s.dahlquist@gmail.com>
**Subject:** Fw: GG talking points

Good evening Mats,

Do you remember whether you ended up reaching out to Gilad in Q1 2021?
It just occurred to me that if you did, you would have signaled an upcoming corporate action, which may have set off the Kleinhendler threat.

But I believe you ended up *not* reaching out, is that correct?

Kind regards,



BART VAN PEE
Product Manager & Founder @ Ectosense
De Hoorn, Sluisstraat 79/00.01,  3000 Leuven, Belgium

NOTICE: Where the contents of this email and/or attachment include materials prepared by Ectosense, the use of those materials is subject exclusively to the conditions of engagement between Ectosense and the intended recipient. The content of this message may contain confidential and privileged information and/or protected health information subject to protection under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and/or the General Data Protection Regulation 2016/679 (GDPR). If you are not the intended recipient, you have received this email in error and any use, disclosure, distribution, forwarding, printing, or copying of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of the original message.

**From:** Mats Dahlqvist <mats.s.dahlquist@gmail.com>
**Sent:** Sunday, March 14, 2021 4:10 PM
**To:** Bart Van Pee <bart.vanpee@ectosense.com>
**Subject:** Re: GG talking points

Hi Bart,

Thanks for the talking points and the correspondence copies. Interesting to say the least. I just returned home, and I would need some time to contemplate. Can we speak tomorrow?

Best
Mats

**From:** Bart Van Pee <bart.vanpee@ectosense.com>
**Date:** Sunday, 14 March 2021 at 14:37
**To:** Mats Dahlqvist <mats.s.dahlquist@gmail.com>
**Subject:** GG talking points

Hi Glad,

See below:

 Mats - Gilad talking points.docx

I'm also attaching a draft letter that we'll send to Itamar counsel next week.
Would you have a moment to have me explain the importance of that letter over phone?

Kind regards,
Bart