# DEFENDANT'S EXHIBIT 15

| | |
|---|---|
| **From:** | Luc Osselaer <Luc.Osselaer@saffelberg.com> |
| **Sent:** | Wednesday, April 14, 2021 4:55 AM |
| **To:** | Bart Van Pee; Arnold Benoot |
| **Cc:** | Gert Vanopstal |
| **Subject:** | Re: Israeli lawyer |

Arnold zal bellen (is nu met vakantie)
Kan je ons om 12u even briefen via teams?

Kind regards,

**Luc Osselaer**
Director
Saffelberg Investments
0476 45 15 01
www.saffelberg.com

> On 14 Apr 2021, at 10:48, Bart Van Pee <bart.vanpee@ectosense.com> wrote:
>
> Hi Luc en Gert,
>
> Hebben jullie al een afspraak met deze man kunnen maken?
> Als we vandaag of morgen een meeting met hem kunnen maken, zou dat de grootste winst in onze litigation kunnen opleveren. (Ik kan via telefoon toelichten).
>
> Mvg,
>
> 
>
> BART VAN PEE
> Product Manager & Founder @ Ectosense
> De Hoorn, Sluisstraat 79/00.01, 3000 Leuven, Belgium
>
> *NOTICE: Where the contents of this email and/or attachment include materials prepared by Ectosense, the use of those materials is subject exclusively to the conditions of engagement between Ectosense and the intended recipient. The content of this message may contain confidential and privileged information and/or protected health information subject to protection under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and/or the General Data Protection Regulation 2016/679 (GDPR). If you are not the intended recipient, you have received this email in error and any use, disclosure, distribution, forwarding, printing, or copying of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of the original message.*
>
> ---
>
> **From:** Luc Osselaer <Luc.Osselaer@saffelberg.com>
> **Sent:** Monday, April 12, 2021 8:50 PM
> **To:** Bart Van Pee <bart.vanpee@ectosense.com>
> **Cc:** Gert Vanopstal <gert.vanopstal@saffelberg.com>
> **Subject:** Fwd: Israeli lawyer
> Dag Bart
>
> Gert en ik zullen deze brave man morgen uitnodigen voor een call

1

Kind regards,

**Luc Osselaer**
Director
Saffelberg Investments
0476 45 15 01
www.saffelberg.com

Begin forwarded message:

**From:** Mats Dahlqvist <mats.s.dahlquist@gmail.com>
**Subject: Israeli lawyer**
**Date:** 12 April 2021 at 15:38:46 CEST
**To:** Luc Osselaer <Luc.Osselaer@saffelberg.com>

Hi Luc,
The name of the Israeli lawyer who called me is:
Gene Kleinhendler
GK Advisory former senior partner at GKH Law
gene@gk-ad.com
+972 54 4244330
He is representing Itamar since a couple of weeks but doesn't seek contact because of the ongoing legal case – PAR and those things are there better people to deal with – but because of a "bunch" of issue regarding the FDA submission that Itamar asked him to look into. He said these are real serious grounds for concern.
He approached me as an independent director and would like to talk to a councelor or attorney of Saffelberg, as the biggest shareholder.
All the best
Mats

2