# DEFENDANT'S EXHIBIT 16



**WhatsApp**

Phone battery low
Charge your phone to keep using WhatsApp

sadfasdfsadfsadfsad

No chats, contacts or messages found

**Mats Dahlquist**
last seen today at 18:45

4/12/2021

We have a gameplan. Let me know if you have a minute to discuss [not urgent]   18:28

Sure. Tonight or tomorrow?   18:50

I'll be here!   18:50

OK. After dinner 19.30?   18:51

Of course!   18:51

I'll call you right back.   19:21

4/17/2021

Hi Bart. Any news re Kleinhendler?   10:42

Saffelberg called him up shortly after intro. He spoke about fraud etc, wanted it to stay confidential, and was going to followup with a memo. Very short convo since it was not a planned call. That was Wedn morning so nothing has moved since. I wonder if it was all bluff, or whether he will at least followup with a memo...   10:45

Attorney Client Privileged Communication Re: advice of counsel

Interesting. Thanks   11:17

4/19/2021

Missed voice call at 07:48

4/28/2021

Missed voice call at 09:12

Missed voice call at 09:47

https://www.linkedin.com/in/shelly-ibach/   11:09

5/3/2021

The painting?   17:24

Can you talk?   17:27

What a stylish background Mats   17:06

Missed voice call at 17:28

5/12/2021

Missed voice call at 14:26

5/23/2021

Hi Bart, how are things?   19:46

Type a message

Ecto MTD 16