**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. 20-60719-CIV-DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV and VIRTUOX, INC.,

    Defendants.

**ITAMAR'S PRIVILEGE LOG IN CONNECTION WITH RESPONSE REQUESTS FOR PRODUCTION OF DOCUMENTS RELATED TO MOTION TO DISQUALIFY**

Plaintiff Itamar Medical Ltd., by and through its undersigned counsel, hereby serves its Privilege Log (attached hereto as Exhibit A) of the documents withheld from the production in response to Defendant Ectosense *nv*'s Requests for Production of Documents Related to the Motion to Disqualify.

Dated: November 4, 2021

Respectfully submitted,

*/s/ Laura Ganoza*
**FOLEY & LARDNER LLP**
Laura Ganoza, Esq.
Florida Bar No. 0118532
lganoza@foley.com
atownsend@foley.com
Ana Romes, Esq.
Florida Bar No. 101179
aromes@foley.com
avargas@foley.com
Hawwi W. Edao
Florida Bar No. 1026550
hedao@foley.com
hmoreno@foley.com
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305) 482-8400

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic service to all counsel of record on this 4th day of November, 2021.

*/s/ Jessica N. Walker*
Jessica N. Walker, Esq.

**EXHIBIT A**

| Document ID Number | Email Dates | Email Subject | Email From | Email To (Incl. CC) | Subject Matter | Privilege |
|---|---|---|---|---|---|---|
| FLI-RP-ItamarEcto-0000019395 | 4/19/2021 | Talking Points | Noa Farkas | Gene Kleinhendler; Shy Basson; Gilad Glick | Email requesting legal advice regarding talking points for meeting between Itamar's in-house counsel and outside counsel, Gene Kleinhendler, regarding communication with Saffelberg. | Attorney-Client |
| FLI-RP-ItamarEcto-0000019421 | 4/29/2021—05/06/2021 | Ectosense follow up | Gene Kleinhendler | Noa Farkas; Shy Basson; Gilad Glick; Eilon Livne | Email chain between outside counsel, Gene Kleinhendler, and Itamar's in-house counsel requesting and providing legal advice regarding Saffelberg's request for more information related to Ectosense's use of PAT. | Attorney Client/Work Product |
| FLI-RP-ItamarEcto-0000019483 | 5/11/2021—05/24/2021 | Ectosense follow up | Gene Kleinhendler | Noa Farkas | Email chain between outside counsel, Gene Kleinhendler, and Itamar's in-house counsel requesting and providing legal advice regarding communication with Saffelberg. | Attorney Client |
| FLI-RP-ItamarEcto-0000019398 | 2/23/2021-2/24/2021 | Introduction - Noa Farkash | Shy Basson | Gene Kleinhendler; Noa Farkas; Gilad Glick | Email chain between outside counsel, Gene Kleinhendler, and Itamar's in-house counsel providing materials used in rendering legal opinions, and requesting legal advice, relating to Saffelberg. | Attorney Client |
| FLI-RP-ItamarEcto-0000019403 | 2/28/2021-3/1/2021 | Itamar/Ecto materials - Part 5 | Noa Farkas | Gene Kleinhendler; Shy Basson; Gilad Glick; Anna Adamsky | Email chain between outside counsel, Gene Kleinhendler, and Itamar's in-house counsel providing materials used in rendering legal opinions, and requesting legal advice, relating to Saffelberg. | Attorney Client |
| FLI-RP-ItamarEcto-0000019424 | 4/7/2021 | Mats | Gene Kleinhendler | Gilad Glick | Email from outside counsel, Gene Kleinhendler, providing legal advice regarding communications with Mats Dahlqvist. | Attorney Client |

| FLI-RP-ItamarEcto-0000019497 | 4/12/2021 | | Gene Kleinhendler | N/A | Handwritten notes by outside counsel, Gene Kleinhendler, containing outside counsel's mental impressions and opinions, regarding phone call with Mats Dahlqvist. | Work Product |
|---|---|---|---|---|---|---|
| FLI-RP-ItamarEcto-0000019497-98 | 4/12/2021 | | Gene Kleinhendler | N/A | Handwritten notes by outside counsel, Gene Kleinhendler, containing outside counsel's mental impressions and opinions, regarding phone call with Mats Dahlqvist. | Work Product |

2