# DEFENDANT'S EXHIBIT 19

| | |
|---|---|
| From: | Arnold Benoot [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FD9A17F9C51140E1932DBF30BF566C4B-ARNOLD.BENO] |
| Sent: | 6/15/2021 3:32:16 AM |
| To: | Gene Kleinhendler [gene@gk-ad.com] |
| Subject: | RE: Ectosense follow up |

Dear Mr Kleinhendler,

Thank you – all is indeed well. I will check with our outside counsel where they are with the analysis.

Br,

Arnold

---

**Van:** Gene Kleinhendler <gene@gk-ad.com>
**Verzonden:** maandag 14 juni 2021 11:12
**Aan:** Arnold Benoot <Arnold.Benoot@saffelberg.com>
**Onderwerp:** Re: Ectosense follow up

Arnold,
I hope all is well. I would appreciate an update from you on Saffelberg's review. Please let me know if you have completed your independent review and your conclusions or if your review remains ongoing. I thought this request for clarification was necessary not only because we have not communicated for several weeks, but also because of the statement made by Ectosense counsel in court filings in Florida stating that I was trying to intimidate you to "manufacture an investigation". Seemed odd to me.
Best regards
Gene

Sent from my BlackBerry - the most secure mobile device

**From:** Arnold.Benoot@saffelberg.com
**Sent:** May 24, 2021 21:01
**To:** gene@gk-ad.com
**Subject:** RE: Ectosense follow up

Dear Gene,

Thanks for following up. We have indeed instructed specialized counsel to prepare a memo on the risks for Saffelberg and are following up expeditiously. Saffelberg takes this information very seriously. I will follow up tomorrow with our counsel.

Kind regards,

Arnold

---

**Van:** Gene Kleinhendler <gene@gk-ad.com>
**Verzonden:** maandag 24 mei 2021 15:33
**Aan:** Arnold Benoot <Arnold.Benoot@saffelberg.com>
**Onderwerp:** Re: Ectosense follow up

Arnold,
I hope all is well. I'm following up on my last letter. I would like to receive your confirmation that an independent expert has been engaged by Saffelberg to examine the various allegations made in my previous correspondence.

Saffelberg- MTD-0000023

I am concerned that Saffelberg may not be progressing expeditiously in this matter and the ongoing violations continue unabated. Time is of the essence. It is vital that Saffelberg act quickly in this regard or at a minimum require that the ongoing claims made by Ectosense of its product's eligibility for reimbursement desist until Saffelberg completes it review.
I look forward to receiving your confirmation.
Best regards
Gene


Sent from my BlackBerry - the most secure mobile device

**From:** Arnold.Benoot@saffelberg.com
**Sent:** May 11, 2021 16:08
**To:** gene@gk-ad.com
**Subject:** RE: Ectosense follow up

Dear Gene,

Thank you – i will review with specialized counsel.

Br,

Arnold


**Van:** Gene Kleinhendler <gene@gk-ad.com>
**Verzonden:** maandag 10 mei 2021 10:51
**Aan:** Arnold Benoot <Arnold.Benoot@saffelberg.com>
**Onderwerp:** Re: Ectosense follow up

Arnold,
I hope all is well. Please see attached.
Best
Gene

Sent from my BlackBerry - the most secure mobile device

**From:** gene@gk-ad.com
**Sent:** May 3, 2021 12:43
**To:** arnold.benoot@saffelberg.com
**Subject:** Re: Ectosense follow up

Hi Arnold,
I appreciate Saffelberg's willingness to have a third party expert review the matters raised in my letter.
I will send you a detailed description of the various misrepresentations later this week.
Best regards
Gene

Sent from my BlackBerry - the most secure mobile device

**From:** Arnold.Benoot@saffelberg.com
**Sent:** April 29, 2021 21:23
**To:** gene@gk-ad.com
**Subject:** RE: Ectosense follow up

Dear Mr. Kleinhendler,

Thank you for your note and follow-up. Saffelberg takes your input seriously, and will engage US counsel to review. After initial analysis however, we have the following question:

Are you aware of alleged misrepresentations in Ectosense's FDA filing, and if so can you inform us of specific elements? Before we commission specialised third party review we would need to understand the scope of the potential issue.

We value your discretion.

Best regards,

Arnold

**Van:** Gene Kleinhendler <gene@gk-ad.com>
**Verzonden:** donderdag 29 april 2021 14:27
**Aan:** Arnold Benoot <Arnold.Benoot@saffelberg.com>
**Onderwerp:** Re: Ectosense follow up

Hi Arnold,
I'm following up on my letter to you of April 22. Please let me know if you would like to discuss. I am hopeful that Saffelberg will carry out it's legal responsibility as requested in my letter and we can avoid any further action in this matter.
Best regards
Gene

Sent from my BlackBerry - the most secure mobile device

**From:** gene@gk-ad.com
**Sent:** April 22, 2021 17:14
**To:** arnold.benoot@saffelberg.com
**Subject:** Re: Ectosense follow up

Arnold,
Please see attached. I'd be happy to discuss further at your convenience.
Best regards
Gene

Sent from my BlackBerry - the most secure mobile device

**From:** gene@gk-ad.com
**Sent:** April 20, 2021 15:17
**To:** arnold.benoot@saffelberg.com
**Subject:** Re: Ectosense follow up

Hi Arnold,
Thank you for following up. I should have my memo to you before the end of this week.
Best regards
Gene

Sent from my BlackBerry - the most secure mobile device

**From:** Arnold.Benoot@saffelberg.com
**Sent:** April 20, 2021 15:01
**To:** gene@gk-ad.com
**Subject:** Ectosense follow up

Dear Mr Kleinhendler,

Saffelberg- MTD-0000025

I refer to our discussion of last week re Ectosense.

Unless I'm mistaken, I believe you were going to send me a short memo re the potential liability of PE investors towards US governmental agencies.

Looking forward to receiving your feedback.

Sincerely,

**Arnold Benoot***
General Counsel
Tel.: +32 2 793 25 56
Fax: +32 2 793 25 59
Mobile: +32 472 90 00 25



arnold.benoot@saffelberg.com
*Representative of Themis Consulting & Advisory BV

Oplombeekstraat 6
B-1755 Gooik
www.saffelberg.com

The contents of this e-mail, including any attachments, are strictly confidential and are intended solely for the addressee(s). Any distribution, copying or dissemination of this message is expected to be in conformity with all legal and regulatory stipulations governing the use and distribution of information. If you are not the intended addressee, or have otherwise received this e-mail in error, please inform the sender by return e-mail and immediately delete this e-mail, including any attachments. Any copying, distribution or dissemination of this e-mail and its attachments for any purpose is strictly prohibited. The author of this e-mail has taken every effort to ensure that the information and advice provided are accurate and up-to-date, based upon the information available at the time of sending of the e-mail. The information and advice can only be binding upon Saffelberg Investments NV provided this is clearly indicated as such in the message and is at all times subject upon the information made available to us. Although all reasonable care has been taken to ensure that this e-mail and – if included – any attachments are free of malicious software such as viruses, no such guarantee is offered.

~= Please consider the environment before printing this e-mail =~

Saffelberg- MTD-0000026