# Exhibit O

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case Number: 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,
    Plaintiff,
v.

ECTOSENSE NV, and
VIRTUOX, INC.
    Defendants.
_____/

## ECTOSENSE'S NOTICE OF SERVICE OF PRIVILEGE LOG

Defendant / Counter-Plaintiff ECTOSENSE NV ("Ectosense"), by and through the undersigned counsel, hereby serves its privilege log regarding Itamar's Expedited Discovery regarding the Motion to Disqualify.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of October 2021, I electronically served the following document upon Itamar Medical Ltd.'s counsel of record in this case.

    /s/ *Seth J. Donahoe*
    **PAUL O. LOPEZ**
    Florida Bar #983314
    pol@trippscott.com
    **SETH J. DONAHOE**
    Florida Bar #1004133
    **TRIPP SCOTT, P.A.**
    **110 S.E. 6th Street, 15th Floor**
    **Ft. Lauderdale, FL  33301**
    **(954) 525-7500 telephone**
    **(954) 761-8475 facsimile**

# SERVICE LIST
## CASE NO: 20-cv-60719-WPD

| Counsel for Plaintiff: | Counsel for Defendant ECTOSENSE: |
|---|---|
| LAURA GANOZA, ESQ.<br>Florida Bar No. 0118532<br>lganoza@foley.com<br>atownsend@foley.com<br>HAWWI EDAO, ESQ.<br>Florida Bar No. 1026550<br>hedao@foley.com<br>hmoreno@foley.com<br>**FOLEY & LARDNER LLP**<br>One Biscayne Tower, Suite 1900<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 482-8400<br>(305) 482-8600 (fax)<br><br>**Co-Counsel for Plaintiff:**<br><br>JESSICA N. WALKER, ESQ.<br>jwalker@foley.cOM<br>**FOLEY & LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418<br>(213) 972-4675<br><br>GENE KLEINHENDLER, ESQ.<br>gene@gk-ad.com<br>ANNA ADAMSKY, ESQ.<br>anna@gk-ad.com<br>**GK ADVISORY**<br>72 Ahad Haam St.<br>Tel Aviv 6520512, Israel<br>(972) 3-735-6168 | PAUL O. LOPEZ, ESQ.<br>eservice@trippscott.com (primary)<br>pol@trippscott.com (secondary)<br>sxc@trippscott.com (secondary)<br>SETH J. DONAHOE, ESQ.<br>eservice@trippscott.com (primary)<br>sjd@trippscott.com (secondary)<br>sgc@trippscott.com (secondary)<br>B. GEORGE WALKER, ESQ.<br>bgw@trippscott.com<br>sxc@trippscott.com<br>cab@trippscott.com<br>Tripp Scott, P.A.<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL  33301<br>Telephone:  (954) 525-7500<br>Telefax:  (954) 761-8475<br><br>**Co-Counsel for Defendant ECTOSENSE:**<br><br>Stephen Baird, Esq.<br>(*pro hac vice to be filed*)<br>GREENBERG TRAURIG, LLP<br>90 South 7th St., Suite 3500<br>Minneapolis, MN  55402<br>bairds@gtlaw.com<br><br>Paul B. Ranis, Esq.<br>Florida Bar No. 64408<br>GREENBERG TRAURIG, P.A.<br>401 E. Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com<br><br>***Counsel for VirtuOx Inc.***<br><br>Jonathan B. Morton<br>Florida Bar No. 956872 |

|  | Jonathan.Morton@klgates.com <br> **K&L Gates LLP** <br> Southeast Financial Center <br> 200 South Biscayne Boulevard, Suite 3900 <br> Miami, Florida 33131-2399 <br> Telephone: 305-539-3357 <br><br> Darlene F. Ghavimi, *Admitted Pro Hac Vice* <br> Texas Bar No. 24072114 <br> Darlene.Ghavimi@klgates.com <br> Stewart Mesher, *Admitted Pro Hac Vice* <br> Texas Bar No. 24032738 <br> Stewart.Mesher@klgates.com <br> **K&L GATES LLP** <br> 2801 Via Fortuna Suite 350 <br> Austin, Texas 78746-7568 <br> Telephone: (512) 482-6919 |
|---|---|

# PRIVILEGE LOG

Defendant / Counter - Plaintiff, Ectosense *nv*, hereby serves its privilege log with respect to Expedited Discovery Requests propounded by Itamar Medical Ltd. This log was prepared and served pursuant to the parties' stipulation to a limited suspension Local Rule 25.1's exemption of logging privileged documents created after the commencement of litigation. The Parties stipulated as follows:

For purposes of the discovery Itamar propounded on Ectosense, and that Ectosense propounded on Itamar, regarding the Motion to Disqualify, both parties agree to a limited exception to the local rule such that both sides will provide a privilege log of responsive documents and communications being withheld for privilege except for communications with (1) their record counsel in this case, and (2) that were made after said record counsel appeared in the case. Thus, Ectosense has not logged communications with its record counsel in this case, but is logging responsive communications that are not with its record counsel, but that are being withheld on the basis of privilege.

| No. | DATE | | | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| 1 | August 9 – August 17, 2021 | Bart Van Pee | Mats Dahlquist | *FW: Written declaration Kleinhendler*<br><br>Email thread between Mr. Dahlquist and Mr. Van Pee in which the two discuss litigation strategy and advice of counsel. | Attorney/Client Privilege<br>Work product privilege |
| 2 | August 23, 2021 | Bart Van Pee | Mats Dahlquist | *Kleinhendler Motion*<br><br>Email from Mr. Van Pee to Mr. Dahlquist regarding motion practice in the case. | Work product privilege |

| 3 | August 23, 2021 | Bart Van Pee | Roger Lemmens (Ectosense board member) | *Kleinhendler Motion*<br><br>Email from Mr. Van Pee to Mr. Lemmens regarding motion practice in the case. | Work Product |
|---|---|---|---|---|---|
| 4 | July 28, 2021 | Bart Van Pee | Mats Dahlquist | *Kleinhendler*<br><br>Email from Mr. Van Pee to Mr. Dahlquist regarding motion practice in the case. | Work Product |
| 5 | March 14, 2021 – | Bart Van Pee | Mats Dahlquist | Attachment to email bearing subject line *Re: GG talking points*<br><br>Ectosense has produced the email chain, but withheld the attachment that sets forth strategy for Mr. Dahlquist approaching March settlement conferences with Mr. Glick. | Work Product |
| 6 | August 11, 15, and 16, 2021 | Bart Van Pee | Mats Dahlquist | WhatsApp messages regarding declaration preparation, and relaying attorney client communications | Attorney/Client privilege<br><br>Work product privilege |
| 7 | May 25, 2021 | Luc Osselaer | Bart Van Pee | WhatsApp message in which Saffelberg is relaying attorney client communications to Mr. Van Pee. | Attorney/Client + Common interest Work product |
| 8 | September 23, 2021 -- October 4, 2021 | Bart Van Pee | David Willems & Ann Kuppens | *DO coverage for the 'Kleinhendler Motion' [privileged]*<br><br>Email thread in which Mr. Van Pee notifies Mr. Willems and Ann Kuppens of AIG a D&O claim based on Gene Kleinhendler's | Work product common interest in the defense of the case. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | allegations, discusses litigation assessment, and defense of the case. | |
| 9 | April 12, 2021 | Bart Van Pee | Luc Osselaer | (Dutch) Email thread regarding how to proceed in the litigation, and with Mr. Glick, in light of Mr. Kleinhendler calling. | Work Product Common Interest |
| 10 | April 21 – 27, 2021 | Bart Van Pee | Luc Osselaer | WhatsApp messages in which Mr. Van Pee and Mr. Osselaer discuss and coordinate advice of counsel with respect to Mr. Kleinhendler. | Attorney/Client Work Product |