# DEFENDANT'S EXHIBIT 21

Gave Kleinhandler.

SC8.J

appointed by Hamar
Long relationship w. the directors
of Hamar.

Certain issues w. the directors
of Hamar. Cohoselle!

General concern
Arnold --.

bunch of issues : Who is the
right person to talk to.

Specific : FDA submission - some of
the statements were
problematic

Respective PE firm would
be concerned that a portfolio
company would make to
US authority to FDA
- how they were made.

Real serious ground for
concern

Responsibility, ...

Someone at Saffelbury who would like
to discuss w. him

Not what is going on — Florida - PAT
→ More serious — dealing w. government / FDA
certain lines were crossed.



Want to speak un an attorney — in house or outhouse
canceller
Not appropriate, to talk to an
independent director.
Specially representing individuals
auti bribery, money laundering
complicate MEK assdag
– 74 fraud of
Government agencies

Representing Italian bob w/o
regarding the law suit.
They asked him to look into