**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case Number: 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,

Plaintiff,

v.

ECTOSENSE NV,
VIRTUOX, INC.

Defendants.
______________________________________/

**DEFENDANT ECTOSENSE'S AGREED MOTION FOR EXTENSION OF TIME TO CHALLENGE PLAINTIFF'S NOVEMBER 1, 2021 PRIVILEGE LOG**

Defendant / Counter-Plaintiff, Ectosense *nv*, (hereinafter "Ectosense"), by and through the undersigned attorneys, hereby serves this Agreed Motion for Extension of Challenge Plaintiff's November 1, 2021 Privilege Log and states as follows:

1. On November 1, 2021, the Plaintiff, Itamar Medical Ltd. ("Itamar"), served Ectosense with a Privilege Log corresponding to Itamar responses to Ectosense's discovery requests.

2. Ectosense has thirty days from November 1, 2021 to challenge Plaintiff's Privilege Log, thereby making the challenge due on or before was December 1, 2021. Ectosense sought an extension of time and Plaintiff's counsel agreed to an extension through December 8, 2021.

3. Ectosense now seeks an additional seven (7) day enlargement of time, up through December 15, 2021, to provide its challenge to Plaintiff's November 1, 2021 Privilege Log and respectfully requests the Court grant a short, seven (7) day enlargement of time, up through and

including December 15, 2021, to provide its challenge to Plaintiff's November 1, 2021 Privilege Log.

4. Undersigned counsel conferred with Plaintiff's counsel regarding the circumstances leading to this request for extension of time and relief requested herein. Counsel for Plaintiff confirmed they have no objection to the requested extension through December 15, 2021.

5. This Motion is not made for the purpose of delay.

6. No party will be prejudiced by the granting of this Motion.

WHEREFORE, undersigned counsel respectfully requests this Court enter an Order granting Defendant's Motion and extending the time for Defendant to provide its challenge to Plaintiff's November 1, 2021 Privilege Log.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8TH day of December, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ B. George Walker*
Tripp Scott, P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-7500
Telefax: (954) 761-8475
Paul O. Lopez, Esq.
Florida Bar No. 983314
pol@trippscott.com (primary)
eservice@trippscott.com (secondary)
sxc@trippscott.com (secondary)
Seth J. Donahoe, Esq.
Florida Bar No. 1004133
sjd@trippscott.com (primary)
sgc@trippscott.com (secondary)
B. George Walker, Esq.
FL Bar No. 0071049
bgw@trippscott.com (primary)

**SERVICE LIST**

**CASE NO: 20-cv-60719-WPD**

| **Counsel for Plaintiff:** | **Counsel for Defendant ECTOSENSE:** |
|---|---|
| LAURA GANOZA, ESQ.<br>Florida Bar No. 0118532<br>lganoza@foley.com<br>atownsend@foley.com<br>HAWWI EDAO, ESQ.<br>Florida Bar No. 1026550<br>hedao@foley.com<br>hmoreno@foley.com<br>**FOLEY & LARDNER LLP**<br>One Biscayne Tower, Suite 1900<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 482-8400<br>(305) 482-8600 (fax)<br><br>**Co-Counsel for Plaintiff:**<br><br>JESSICA N. WALKER, ESQ.<br>jwalker@foley.cOM<br>**FOLEY & LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418<br>(213) 972-4675<br><br>GENE KLEINHENDLER, ESQ.<br>gene@gk-ad.com<br>ANNA ADAMSKY, ESQ.<br>anna@gk-ad.com<br>**GK ADVISORY**<br>72 Ahad Haam St.<br>Tel Aviv 6520512, Israel<br>(972) 3-735-6168 | PAUL O. LOPEZ, ESQ.<br>eservice@trippscott.com (primary)<br>pol@trippscott.com (secondary)<br>sxc@trippscott.com (secondary)<br>SETH J. DONAHOE, ESQ.<br>eservice@trippscott.com (primary)<br>sjd@trippscott.com (secondary)<br>sgc@trippscott.com (secondary)<br>B. GEORGE WALKER, ESQ.<br>bgw@trippscott.com<br>sxc@trippscott.com<br>cab@trippscott.com<br>Tripp Scott, P.A.<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 525-7500<br>Telefax: (954) 761-8475<br><br>**Co-Counsel for Defendant ECTOSENSE:**<br><br>Stephen Baird, Esq.<br>(*pro hac vice to be filed*)<br>GREENBERG TRAURIG, LLP<br>90 South 7th St., Suite 3500<br>Minneapolis, MN 55402<br>bairds@gtlaw.com<br><br>Paul B. Ranis, Esq.<br>Florida Bar No. 64408<br>GREENBERG TRAURIG, P.A.<br>401 E. Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com<br><br>***Counsel for VirtuOx Inc.***<br><br>Jonathan B. Morton |

|  | Florida Bar No. 956872<br>Jonathan.Morton@klgates.com<br>**K&L Gates LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 3900<br>Miami, Florida 33131-2399<br>Telephone: 305-539-3357<br><br>Darlene F. Ghavimi, *Admitted Pro Hac Vice*<br>Texas Bar No. 24072114<br>Darlene.Ghavimi@klgates.com<br>Stewart Mesher, *Admitted Pro Hac Vice*<br>Texas Bar No. 24032738<br>Stewart.Mesher@klgates.com<br>**K&L GATES LLP**<br>2801 Via Fortuna Suite 350<br>Austin, Texas 78746-7568<br>Telephone: (512) 482-6919 |
|---|---|