**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 20-60719-CIV-DIMITROULEAS/SNOW**

ITAMAR MEDICAL LTD.,

                    Plaintiff,

v.

ECTOSENSE NV and VIRTUOX, INC.,

                    Defendants.

---

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR HAWWI EDAO</u>

Hawwi Edao respectfully moves this Court for an Order withdrawing her as counsel for Plaintiff, Itamar Medical Ltd. ("Itamar"), in the above-captioned matter and directing the Clerk of Court to remove Ms. Edao from receiving CM/ECF filings in the case, and in support thereof states as follows:

1.      Itamar retained the law firm of Foley & Lardner LLP to represent it in this matter.

2.      As of November 5, 2021, Ms. Edao is no longer associated with the law firm of Foley & Lardner LLP.

3.      Itamar will continue to be represented by Foley & Lardner LLP, and attorneys Laura Ganoza, Jessica Walker, and Ana Romes in this matter.  Thus, no prejudice will result from the withdrawal of Ms. Edao as counsel for Itamar.

WHEREFORE, Ms. Edao respectfully requests that the Court enter an Order terminating her as counsel for Itamar, and removing Ms. Edao from receiving further notices of electronic filing in this matter.

Dated: December 10, 2021                    Respectfully submitted,

                                            /s/ Laura Ganoza
                                            **FOLEY & LARDNER LLP**
                                            Laura Ganoza, Esq.
                                            Florida Bar No. 0118532
                                            lganoza@foley.com
                                            atownsend@foley.com
                                            Ana Romes, Esq.
                                            Florida Bar No. 101179
                                            aromes@foley.com
                                            avargas@foley.com
                                            One Biscayne Tower, Suite 1900
                                            2 South Biscayne Boulevard
                                            Miami, Florida 33131
                                            Tel.: (305) 482-8400

                                            ***Counsel for Plaintiff***


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of December 2021, a true and correct copy of the foregoing was electronically served on all counsel of record as listed in the Service List below.

                                            /s/ Laura Ganoza
                                            Attorney

**SERVICE LIST**
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-60719- DIMITROULEAS/SNOW

**TRIPP SCOTT, P.A.**
Paul O. Lopez, Esq.
eservice@trippscott.com
pol@trippscott.com
sxc@trippscott.com

Seth J. Donahoe, Esq.
eservice@trippscott.com
sjd@trippscott.com
sgc@trippscott.com

B. George Walker, Esq.
eservice@trippscott.com
bgw@trippscott.com
sxc@trippscott.com

*Counsel Ectosense NV*

**GREENBERG TRAURIG, LLP**
Paul B. Ranis, Esq.
ranisp@gtlaw.com
scottlaw@gtlaw.com
FLService@gtlaw.com

*Co-Counsel Ectosense NV*

**FOLEY & LARDNER LLP**
Laura Ganoza, Esq.
lganoza@foley.com
atownsend@foley.com
Ana Romes, Esq.
aromes@foley.com
avargas@foley.com
Jessica N. Walker, Esq.
*(admitted pro hac vice)*
jwalker@foley.com

*Counsel for Plaintiff Itamar Medical Ltd.*

**GK ADVISORY**
Anna Adamsky, Esq.
*(admitted pro hac vice)*
anna@gk-ad.com

Gene Kleinhendler, Esq.
*(admitted pro hac vice)*
gene@gk-ad.com

*Co-Counsel for Plaintiff Itamar Medical Ltd.*

**K&L GATES LLP**
Jonathan Bart Morton
jonathan.morton@klgates.com
Darlene F. Ghavimi, Esq.
darlene@ghavimi@klgates.com
*(admitted pro hac vice)*
Stewart Mesher
stewart.mesher@klgates.com
*(admitted pro hac vice)*

*Counsel for Defendant VirtuOx, Inc.*