# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| ITAMAR MEDICAL LTD., <br><br> Plaintiff, <br> v. <br><br> ECTOSENSE NV and VIRTUOX, INC., <br><br> Defendants. | **Case No. 20-60719-CIV-WPD** |

## NOTICE OF APPEARANCE

COMES NOW, **Yelan Escalona, Esq.** of the law firm of Foley & Lardner LLP and files this Notice of Appearance as Counsel for Plaintiff Itamar Medical Ltd., and requests that copies of any and all papers, pleadings, hearing notices, motions and all other documents in regard to this case be furnished to the undersigned.

4854-8908-3910.1

Dated: December 10, 2021

**FOLEY & LARDNER LLP**

*/s/ Yelan Escalona*
Laura Ganoza, Esq.
Florida Bar No. 118532
lganoza@foley.com
atownsend@foley.com
Ana Romes, Esq.
Florida Bar No. 101179
aromes@foley.com
avargas@foley.com
Yelan Escalona, Esq.
Florida Bar No. 1031564
yescalona@foley.com
hmoreno@foley.com
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
(305) 482-8400
(305) 482-8600 (fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of November 2021, a true and correct copy of the foregoing was electronically served on all counsel of record as listed in the Service List below.

*/s/ Yelan Escalona*
Attorney

2

4854-8908-3910.1

**SERVICE LIST**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Case No. 20-60719-CIV-WPD

| | |
|---|---|
| **TRIPP SCOTT, P.A.**<br>Paul O. Lopez, Esq.<br>eservice@trippscott.com<br>pol@trippscott.com<br>sxc@trippscott.com<br><br>Seth J. Donahoe, Esq.<br>eservice@trippscott.com<br>sjd@trippscott.com<br>sgc@trippscott.com<br><br>B. George Walker, Esq.<br>eservice@trippscott.com<br>bgw@trippscott.com<br>sxc@trippscott.com<br><br>*Counsel Ectosense NV*<br><br><br>**GREENBERG TRAURIG, LLP**<br>Paul B. Ranis, Esq.<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com<br><br>*Co-Counsel Ectosense NV* | **FOLEY & LARDNER LLP**<br>Laura Ganoza, Esq.<br>lganoza@foley.com<br>atownsend@foley.com<br>Ana Romes, Esq.<br>aromes@foley.com<br>avargas@foley.com<br>Yelan Escalona, Esq.<br>yescalona@foley.com<br>hmoreno@foley.com<br>Jessica N. Walker, Esq.<br>*(admitted pro hac vice)*<br>jwalker@foley.com<br><br>*Counsel for Plaintiff Itamar Medical Ltd.*<br><br><br>**GK ADVISORY**<br>Anna Adamsky, Esq.<br>*(admitted pro hac vice)*<br>anna@gk-ad.com<br><br>Gene Kleinhendler, Esq.<br>*(admitted pro hac vice)*<br>gene@gk-ad.com<br><br>*Co-Counsel for Plaintiff Itamar Medical Ltd.*<br><br>**K&L GATES LLP**<br>Jonathan Bart Morton<br>jonathan.morton@klgates.com<br>Darlene F. Ghavimi, Esq.<br>darlene@ghavimi@klgates.com<br>(*admitted pro hac vice*)<br>Stewart Mesher<br>stewart.mesher@klgates.com<br>(*admitted pro hac vice*)<br><br>*Counsel for Defendant VirtuOx, Inc.* |

4854-8908-3910.1