UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60719-CIV-DIMITROULEAS

ITAMAR MEDICAL, LTD.,

    Plaintiff,

v.

ECTOSENSE NV and VIRTUOX, INC.

    Defendant.

_____/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE [DE 228]; DENYING DEFENDANT'S MOTION TO DISQUALIFY GENE KLEINHENDLER AND INCORPORATED MOTION FOR SANCTIONS [DE 181]; DENYING PLAINTIFF'S MOTION FOR SANCTIONS [DE 218]**

THIS CAUSE is before the Court upon Defendant Ectosense's Motion to Disqualify Gene Kleinhendler and Incorporated Motion for Sanctions [DE 181], Plaintiff Itamar Medical Ltd.'s Motion for Sanctions [DE 218], and the December 7, 2021 Magistrate Judge's Report and Recommendation (the "Report") [DE 228]. The Court notes that no objections to the Report [DE 228] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 228] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 228] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 228] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Ectosense's Motion to Disqualify Gene Kleinhendler and Incorporated Motion for Sanctions [DE 181] is hereby **DENIED**; and

3. Plaintiff Itamar Medical Ltd.'s Motion for Sanctions [DE 218] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of December, 2021.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record
Magistrate Judge Snow