IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ITAMAR MEDICAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> ECTOSENSE NV, and VIRTUOX, INC., <br><br> Defendants. | Case No. 20-cv-60719-DIMITROULEAS |

**MOTION FOR EXTENSION OF TIME FOR RAISING DISCOVERY DISPUTES RELATING TO ECTOSENSE'S RESPONSES TO ITAMAR'S THIRD SET OF REQUESTS FOR PRODUCTION**

Plaintiff Itamar Medical Ltd. ("Itamar") hereby moves for a brief extension of the deadline for Itamar to raise discovery disputes regarding the Responses to Itamar's Third Set of Requests for the Production of Documents served by Defendant Ectosense *nv* ("Ectosense"), as set forth below:

1. On October 8, 2021, Itamar served its Third Set of Requests for the Production of Documents.

2. On November 18, 2021, after obtaining a short extension of time, Ectosense served its Responses to Plaintiff's Third Set of Requests for the Production of Documents.

3. Pursuant to the Court's General Order on Discovery Objections and Procedures (ECF No. 67), Itamar has sought to confer with Ectosense regarding its Responses in an effort to resolve discovery disputes before filing discovery motions with the Court.

4894-8844-9544.1

4. On December 15, Ectosense agreed to a seven-day extension of the thirty-day deadline to present discovery disputes related to Ectosense's Responses pursuant to Local Rule 26.1(g)(1).

5. The following day, on December 16, Itamar sent Ectosense a conferral letter setting forth the deficiencies in Ectosense's Responses, and asking counsel to advise when they would be available to discuss the issues raised in the letter.

6. On December 22, 2021, Itamar followed up on the conferral letter and, once again, asked counsel for Ectosense when they would be available for a call. Because the parties had not yet been able to confer about the issues raised in the letter, Itamar also asked whether Ectosense would agree to another extension of the deadline to present discovery disputes to January 14, 2022.

7. On December 23, 2021, Itamar reached out once again to Ectosense's counsel regarding the brief extension to January 14, 2022.

8. As of the filing of this motion, Ectosense has not responded to Itamar's communications on the requested extension of time or conferral request.

9. The current deadline for Itamar to file a motion to compel directed at Ectosense's Responses to Itamar's Third Set of Requests for the Production of Documents is Monday, December 27, 2021. Undersigned counsel will be traveling out of state next week on a pre-planned trip.

10. Itamar seeks this extension of time, due to the current holiday schedule, and to allow the parties to meaningfully confer on the several issues Itamar raised in its conferral letter. Assuming Ectosense complies with the requirements of this Court's General Order on Discovery Objections and Procedures and makes itself available for a conference, Itamar hopes to resolve the

disputes without the need to file discovery motions or, at least, reduce the number of issues for the Court to address.

11. This motion is not filed for the purposes of delay and will not cause prejudice to the parties.

12. A proposed order granting this motion is attached hereto as **Exhibit A**.

WHEREFORE, Itamar requests an extension up through and including January 14, 2022, to present to the Court known disputes, if any, relating to Ectosense's Responses to Itamar's Third Set of Requests for the Production of Documents.

## CERTIFICATE OF GOOD FAITH CONFERENCE

**I HEREBY CERTIFY** that counsel for Itamar has made reasonable efforts to confer with counsel for Ectosense. As set forth above, Ectosense's counsel has not responded to undersigned counsel's requests on December 22, 2021, and December 23, 2021, for Ectosense's position on the relief requested in this motion.

Dated: December 23, 2021                     Respectfully submitted,

/s/ Laura Ganoza
**FOLEY & LARDNER LLP**
Laura Ganoza, Esq.
Florida Bar No. 0118532
lganoza@foley.com
atownsend@foley.com
Ana Romes, Esq.
Florida Bar No. 101179
aromes@foley.com
avargas@foley.com
Yelan Escalona, Esq.
Florida Bar No. 1031564
yescalona@foley.com
hmoreno@foley.com
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305) 482-8400

4894-8844-9544.1

**FOLEY & LARDNER LLP**
Jessica N. Walker, Esq.
*(admitted pro hac vice)*
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Phone: (213) 972-4675
jwalker@foley.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of December 2021, a true and correct copy of the foregoing was electronically served on all counsel of record as listed in the Service List below.

*/s/ Laura Ganoza*
Laura Ganoza

4894-8844-9544.1

**SERVICE LIST**
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-60719- DIMITROULEAS/SNOW

**TRIPP SCOTT, P.A.**
Paul O. Lopez, Esq.
eservice@trippscott.com
pol@trippscott.com
sxc@trippscott.com

Seth J. Donahoe, Esq.
eservice@trippscott.com
sjd@trippscott.com
sgc@trippscott.com

B. George Walker, Esq.
eservice@trippscott.com
bgw@trippscott.com
sxc@trippscott.com

*Counsel Ectosense NV*

**GREENBERG TRAURIG, LLP**
Paul B. Ranis, Esq.
ranisp@gtlaw.com
scottlaw@gtlaw.com
FLService@gtlaw.com

*Co-Counsel Ectosense NV*

**FOLEY & LARDNER LLP**
Laura Ganoza, Esq.
lganoza@foley.com
atownsend@foley.com
Ana Romes, Esq.
aromes@foley.com
avargas@foley.com
Yelan Escalona, Esq.
yescalona@foley.com
hmoreno@foley.com
Jessica N. Walker, Esq.
*(admitted pro hac vice)*
jwalker@foley.com

*Counsel for Plaintiff Itamar Medical Ltd.*

**GK ADVISORY**
Anna Adamsky, Esq.
*(admitted pro hac vice)*
anna@gk-ad.com

Gene Kleinhendler, Esq.
*(admitted pro hac vice)*
gene@gk-ad.com

*Co-Counsel for Plaintiff Itamar Medical Ltd.*

**K&L GATES LLP**
Jonathan Bart Morton
jonathan.morton@klgates.com
Darlene F. Ghavimi, Esq.
darlene@ghavimi@klgates.com
(*admitted pro hac vice*)
Stewart Mesher
stewart.mesher@klgates.com
(*admitted pro hac vice*)

*Counsel for Defendant VirtuOx, Inc.*

5

4894-8844-9544.1