**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 20-cv-60719- DIMITROULEAS/SNOW**

ITAMAR MEDICAL LTD.,

      Plaintiff,

v.

ECTOSENSE NV, and VIRTUOX, INC.,

      Defendants.

**ITAMAR'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Plaintiff Itamar Medical Ltd. ("Itamar"), pursuant to Federal Rule of Civil Procedure 7.1(b)(2), hereby supplements its Corporate Disclosure Statement (ECF No. 5) as follows:

Pursuant to an acquisition which closed on December 16, 2021, ZOLL Medical Corporation acquired Itamar. Itamar is now a wholly-owned subsidiary of **ZOLL Medical Corporation**, a Massachusetts corporation, which in turn is a wholly-owned subsidiary of **Asahi Kasei Holdings, U.S., Inc.**, a Delaware corporation. Asahi Kasei Holdings, in turn, is wholly owned by **Asahi Kasei Corporation**, a publicly traded company listed on the Tokyo Stock Exchange.

Dated: January 6, 2022

                                                                         Respectfully submitted,

                                                                         */s/ Laura Ganoza*
                                                                         **FOLEY & LARDNER LLP**
                                                                         Laura Ganoza, Esq.
                                                                         Florida Bar No. 0118532
                                                                         lganoza@foley.com
                                                                         atownsend@foley.com

4885-5058-9960.1

2

        Ana Romes, Esq.
        Florida Bar No. 101179
        aromes@foley.com
        avargas@foley.com
        Yelan Escalona, Esq.
        Florida Bar No. 1031564
        yescalona@foley.com
        hmoreno@foley.com
        One Biscayne Tower, Suite 1900
        2 South Biscayne Boulevard
        Miami, Florida 33131
        (305) 482-8400


**FOLEY & LARDNER LLP**
Jessica N. Walker, Esq.
*(admitted pro hac vice)*
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
(213) 972-4675
jwalker@foley.com

***Counsel for Plaintiff Itamar Medical Ltd.***

2

4885-5058-9960.1