# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

Case No. 20-cv-60719- DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV, and VIRTUOX, INC.,

    Defendants.

## ITAMAR'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO VIRTUOX, INC.

Plaintiff Itamar Medical Ltd. ("Itamar"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files its Notice of Voluntary Dismissal with Prejudice only as to Defendant VirtuOx, Inc., with each party to bear its own costs and attorneys' fees. Itamar's claims against Defendant Ectosense *nv* shall not be affected by this Notice.

Dated: January 7, 2022

Respectfully submitted,

*/s/ Laura Ganoza*
**FOLEY & LARDNER LLP**
Laura Ganoza, Esq.
Florida Bar No. 0118532
lganoza@foley.com
atownsend@foley.com
Ana Romes, Esq.
Florida Bar No. 101179
aromes@foley.com
avargas@foley.com
Yelan Escalona, Esq.

4886-7152-3592.1

Florida Bar No. 1031564
yescalona@foley.com
hmoreno@foley.com
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305) 482-8400

**FOLEY & LARDNER LLP**
Jessica N. Walker, Esq.
*(admitted pro hac vice)*
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Phone: (213) 972-4675
jwalker@foley.com

***Counsel for Plaintiff Itamar Medical Ltd.***

2

4886-7152-3592.1