UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,

        Plaintiff,
v.

ECTOSENSE NV and VIRTUOX, INC.,

        Defendants.
_____/

## ORDER ON NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court on Plaintiff Itamar Medical Ltd.'s Notice of Voluntary Dismissal With Prejudice as to VirtuOx, Inc. [DE 242], filed on January 7, 2022. The Court has carefully reviewed the Notice [DE 242] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 242] is **APPROVED**; and

2. Defendant VirtuOx, Inc. is hereby **DISMISSED WITH PREJUDICE**.

3. This case remains open and pending as to the remaining Defendant.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of January, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

1