UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,
    Plaintiff,
v.

ECTOSENSE NV, and
VIRTUOX, INC.
    Defendants.
_____/

**DEFENDANT ECTOSENSE'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant / Counter-Plaintiff, Ectosense *nv*, (hereinafter "Ectosense"), by and through the undersigned attorneys, hereby serves this Unopposed Motion for Extension of Time to File Answer to Plaintiff's Third Amended Complaint and states as follows:

1. On December 29, 2021, this Honorable Court entered an Omnibus Order [ECF #240], requiring Ectosense to answer Plaintiff's Third Amended Complaint [ECF #121] by January 12, 2022.

2. Ectosense has been diligently working on answering Plaintiff's Third Amended Complaint, however, Ectosense requires additional time to finalize Ectosene's answer thereto. A member of Ectosense's counsel of record was recently hospitalized, and effectively unable to work in that time period.

3. Ectosense respectfully seeks a two (2) day extension of time up through and including January 14, 2022 to answer Plaintiff's Third Amended Complaint.

4. Undersigned counsel conferred with Plaintiff's counsel regarding the circumstances leading to this request for extension of time and relief requested herein. Plaintiff's counsel has no objections to the relief sought.

5. This Motion is not made for the purpose of delay.

6. No party will be prejudiced by the granting of this Motion.

WHEREFORE, undersigned counsel respectfully requests this Court enter an Order extending the time for Ectosense to answer Plaintiff's Third Amended Complaint, through and including Friday, January 14, 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of January, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

/s/   Seth J. Donahoe
Tripp Scott, P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL  33301
Telephone: (954) 525-7500
Telefax: (954) 761-8475
Paul O. Lopez, Esq.
Florida Bar No. 983314
pol@trippscott.com (primary)
eservice@trippscott.com (secondary)
sxc@trippscott.com (secondary)
Seth J. Donahoe, Esq.
Florida Bar No. 1004133
sjd@trippscott.com (primary)
sgc@trippscott.com (secondary)
B. George Walker, Esq.
FL Bar No. 0071049
bgw@trippscott.com (primary)

## SERVICE LIST

## CASE NO: 20-cv-60719-WPD

| **Counsel for Plaintiff:**<br><br>LAURA GANOZA, ESQ.<br>Florida Bar No. 0118532<br>lganoza@foley.com<br>atownsend@foley.com<br>ANA ROMES, ESQ.<br>Florida Bar No. 101179<br>aromes@foley.com<br>avargas@foley.com<br>YELAN ESCALONA, ESQ.<br>Florida Bar No. 1031564<br>yescalona@foley.com<br>hmoreno@foley.com<br><br>**FOLEY & LARDNER LLP**<br>One Biscayne Tower, Suite 1900<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 482-8400<br>(305) 482-8600 (fax)<br><br>**Co-Counsel for Plaintiff:**<br><br>JESSICA N. WALKER, ESQ.<br>jwalker@foley.cOM<br>**FOLEY & LARDNER LLP**<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418<br>(213) 972-4675<br><br>GENE KLEINHENDLER, ESQ.<br>gene@gk-ad.com<br>ANNA ADAMSKY, ESQ.<br>anna@gk-ad.com<br>**GK ADVISORY**<br>72 Ahad Haam St.<br>Tel Aviv 6520512, Israel<br>(972) 3-735-6168 | **Counsel for Defendant ECTOSENSE:**<br><br>PAUL O. LOPEZ, ESQ.<br>eservice@trippscott.com (primary)<br>pol@trippscott.com (secondary)<br>sxc@trippscott.com (secondary)<br>SETH J. DONAHOE, ESQ.<br>eservice@trippscott.com (primary)<br>sjd@trippscott.com (secondary)<br>sgc@trippscott.com (secondary)<br>B. GEORGE WALKER, ESQ.<br>bgw@trippscott.com<br>sxc@trippscott.com<br>cab@trippscott.com<br>Tripp Scott, P.A.<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL  33301<br>Telephone:  (954) 525-7500<br>Telefax:  (954) 761-8475<br><br>**Co-Counsel for Defendant ECTOSENSE:**<br><br>Stephen Baird, Esq.<br>(*pro hac vice to be filed*)<br>GREENBERG TRAURIG, LLP<br>90 South 7th St., Suite 3500<br>Minneapolis, MN  55402<br>bairds@gtlaw.com<br><br>Paul B. Ranis, Esq.<br>Florida Bar No. 64408<br>GREENBERG TRAURIG, P.A.<br>401 E. Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com<br><br>***Counsel for VirtuOx Inc.***<br><br>Jonathan B. Morton |

|  | Florida Bar No. 956872<br>Jonathan.Morton@klgates.com<br>**K&L Gates LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 3900<br>Miami, Florida 33131-2399<br>Telephone: 305-539-3357<br><br>Darlene F. Ghavimi, *Admitted Pro Hac Vice*<br>Texas Bar No. 24072114<br>Darlene.Ghavimi@klgates.com<br>Stewart Mesher, *Admitted Pro Hac Vice*<br>Texas Bar No. 24032738<br>Stewart.Mesher@klgates.com<br>**K&L GATES LLP**<br>2801 Via Fortuna Suite 350<br>Austin, Texas 78746-7568<br>Telephone: (512) 482-6919 |