UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV,

    Defendant.
_____/

### ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE came before the Court on Defendant's Unopposed Motion for Extension of Time to Answer Plaintiff's Third Amended Complaint [DE 245] ("Motion"). The Court has reviewed the Motion and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** that the Motion [DE 245] is **GRANTED**. Defendant shall answer Plaintiff's Third Amended Complaint on or before **January 14, 2022**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of January, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
All counsel of record