IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 20-cv-60719- DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,

      Plaintiff,

v.

ECTOSENSE NV,

      Defendant.

## ITAMAR'S ANSWER AND AFFIRMATIVE DEFENSES TO ECTOSENSE'S COUNTERCLAIM

Plaintiff Itamar Medical Ltd. ("Itamar"), by counsel, respectfully states as follows for its answer to the Counterclaim filed by Ectosense *nv* ("Ectosense") on January 14, 2022. Unless specifically admitted, Itamar denies each and every allegation in the Counterclaim. To the extend headers or titles are construed as allegations, Itamar denies such allegations.

### ANSWER TO ECTOSENSE'S COUNTERCLAIM

### JURISDICTION AND VENUE

1. Paragraph 1 consists solely of legal conclusions to which no response is required. To the extent a response is required, denied.

2. Paragraph 2 consists solely of a legal conclusion to which no response is required. To the extent a response is required, denied.

3. Paragraph 3 consists solely of a legal conclusion to which no response is required. To the extent a response is required, denied.

4. Itamar admits that the Court has subject matter jurisdiction over this action. As for the remaining allegations, they consist solely of legal conclusions to which no response is required. To the extent a response is required, denied.

5. Itamar admits that venue is proper under 28 U.S.C. § 1391.

## PARTIES

6. Itamar lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 6, and therefore denies all allegations and/or legal conclusions contained therein.

7. Admitted.

8. Itamar admits that it is subject to this Court's personal jurisdiction. Itamar denies any and all remaining allegations and/or legal conclusions contained in this Paragraph.

## FACTUAL ALLEGATIONS

9. Itamar lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 9, and therefore denies all allegations and/or legal conclusions contained therein.[1]

10. Denied.

11. Itamar admits that its website includes a statement stating "WatchPAT™ utilizes Peripheral Arterial Tone (PAT), a special physiological signal that mirrors changes in the

---

[1] Ectosense has improperly amended its Counterclaim, without leave of court, to include new information in this paragraph about the 510(k) clearance of a successor NightOwl device. Ectosense has also included two new allegations in paragraphs 15 and 16 that were not in its original Counterclaim. Pursuant to Federal Rule of Civil Procedure 15(a)(2), a defendant must seek leave of court before filing a new or amended counterclaim in response to a plaintiff's amended complaint. *See Setai Hotel Acquisition, LLC v. Miami Beach Luxury Rentals, Inc.*, No. CV 16-21296-CIV, 2017 WL 4868638, at *1 (S.D. Fla. June 1, 2017) (citing *Bern Unlimited, Inc. v. Burton Corp.*, 25 F. Supp. 3d 170, 179 (D. Mass. 2014)). Ectosense has also failed to show good cause under Rule 16(b)(4) for modifying this Court's July 16, 2021 deadline for motions to amend pleadings. (ECF No. 56). In the interest of judicial economy, Itamar will not move to strike these allegations. Itamar has been and remains committed to reaching a determination on the merits of this matter.

autonomic nervous system (ANS) caused by respiratory disturbances during sleep," but otherwise denies any remaining implications or assertions in this Paragraph.

12. Itamar admits that its website includes a statement stating "WatchPAT™ utilizes Peripheral Arterial Tone (PAT), a special physiological signal that mirrors changes in the autonomic nervous system (ANS) caused by respiratory disturbances during sleep," but denies the allegations to the extent they purport to represent or describe the statements on Itamar's website.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Itamar lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 22, and therefore denies all allegations and/or legal conclusions contained therein.

23. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

24. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

25. Denied.

26. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

27. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

28. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

29. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

30. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

31. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

32. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

33. Itamar lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 33, and therefore denies all allegations and/or legal conclusions contained therein.

34. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

35. Denied.

36. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

37. Itamar lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 35, and therefore denies all allegations and/or legal conclusions contained therein.

38. Denied. Further, the document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

39. Denied.

40. Denied. Further, the document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

53. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

4875-5548-1099.1

54. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

55. Denied. Further, the document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

56. Denied

57. Itamar admits that it is the registered owner of U.S. Registration No. 3,870,786 for the PAT® Mark for use with "medical apparatus, namely non-invasive, diagnostic units used to assess and measure body functions and states and physiological conditions which affect the vasculature" in International Class 10. Itamar denies any and all remaining allegations and/or legal conclusions contained in Paragraph 57. Further, the document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

58. Denied.

59. Denied.

60. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

61. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

62. Denied.

63. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

64. The documents referenced in this Paragraph speak for themselves, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

4875-5548-1099.1

65. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

66. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

67. The documents referenced in this Paragraph speaks for themselves, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. The photograph in Paragraph 75 speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them. Itamar denies any and all remaining allegations and/or legal conclusions contained in this Paragraph.

76. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Itamar lacks knowledge or information sufficient to form a belief as to the truth of the matters alleged in Paragraph 85, and therefore denies all allegations and/or legal conclusions contained therein. Further, the documents referenced in this Paragraph speak for themselves, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

86. Denied.

87. Denied.

88. The photograph in Paragraph 88 speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them. Itamar denies any and all remaining allegations and/or legal conclusions contained in this Paragraph.

89. Denied.

90. Denied.

91. Denied.

92. The documents referenced in this Paragraph speaks for themselves, and to the extent Ectosense's allegations vary therewith, Itamar denies them. Itamar denies any and all remaining allegations and/or legal conclusions contained in this Paragraph.

93. Denied.

94. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

95. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

96. Denied.

97. Denied.

98. Denied.

99. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

100. Denied. Further, the document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

101. Denied.

102. Denied.

103. Denied.

104. Denied.

105. The document referenced in this Paragraph speaks for itself, and to the extent Ectosense's allegations vary therewith, Itamar denies them.

106. Denied.

### COUNTERCLAIM I — Declaratory Judgment
### (no infringement or false designation of origin)
### (28 U.S.C. §§ 2201 et seq.)

107. Itamar incorporates its responses to paragraphs 1 through 106 as if fully set forth herein.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

### COUNTERCLAIM II — Declaratory Judgment of Invalidity and Cancelation of Registration (PAT is generic)
### (15 U.S.C. §§ 1052, 1064, 1119; 28 U.S.C. § 2201)

113. Itamar incorporates its responses to paragraphs 1 through 106 as if fully set forth herein.

114. Denied.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

### COUNTERCLAIM III — Federal Unfair Competition
### (false advertising)
### 15 U.S.C. § 1125(a)(1)(B)

122. Itamar incorporates its responses to paragraphs 1 through 106 as if fully set forth herein.

123. Denied.

124. Denied.

125. Denied.

126. Denied.

127. Denied.

128. Denied.

129. Denied.

10

130. Denied.

131. Denied.

132. Denied.

133. Denied.

134. Denied.

135. Admitted.

136. Denied.

137. Denied.

138. Denied.

## PRAYER

The remaining paragraphs in Ectosense's Answer and Counterclaims constitute Ectosense's request for remedies and prayer for relief, to which no answer is required. To the extent that the paragraphs purport to state any factual allegations, Itamar denies them. All allegations in the Counterclaims that Itamar has not expressly admitted are denied. Itamar denies that Ectosense is entitled to any of the requested relief.

## AFFIRMATIVE DEFENSES

Itamar undertakes the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are identified below. Itamar expressly reserves the right to plead additional affirmative and other defenses should any such defenses be revealed by discovery in this case or any other means. For its affirmative and other defenses, Itamar states as follows:

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Cause of Action)**

Ectosense's Counterclaims fail to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Unclean Hands)

Ectosense's Counterclaims are barred, in whole or in part, by the doctrine of unclean hands because of Ectosense's false and misleading advertisements and trademark infringement.

## THIRD AFFIRMATIVE DEFENSE
### (No Causation)

Ectosense is not entitled to any recovery from Itamar because no act or omission of Itamar or its agents was the proximate cause of any alleged injury or damage to Ectosense.

## FOURTH AFFIRMATIVE DEFENSE
### (No Relief)

Ectosense is not entitled to relief for its false advertising and unfair competition claim because Itamar's use of the advertisements referenced in the Counterclaims is not likely to cause confusion, mistake, or deception.

## FIFTH AFFIRMATIVE DEFENSE
### (No Deception/Misrepresentation)

Ectosense's Counterclaims are barred, in whole or in part, because none of Itamar's actions, statements, or omissions was deceptive, false, or misleading, and no consumers were actually deceived or misled.

## SIXTH AFFIRMATIVE DEFENSE
### (Lack of Damages)

Ectosense's Counterclaims are barred, in whole or in part, because Ectosense has not been damaged in any amount by reason of any act or omission by Itamar.

4875-5548-1099.1

### SEVENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

At all relevant times, Ectosense has failed to mitigate its purported damages, to the extent it has suffered any.

### EIGHTH AFFIRMATIVE DEFENSE

Itamar designates all of its denials of material allegations as defenses to the extent necessary to provide a complete defense.

### RESERVATION OF RIGHTS

Itamar is still investigating this matter and reserves the right to assert additional affirmative defenses as they become known.

### PRAYER

THEREFORE, Itamar prays for the following relief:

A. that Ectosense takes nothing by way of the Counterclaims;

B. judgment in its favor and reimbursement of all fees and costs, including an award of its reasonable attorneys' fees, as permitted by applicable law;

C. for such other relief as the Court deems just and proper.

### JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Itamar demands a trial by jury.

Dated: January 28, 2022              Respectfully submitted,

/s/ Laura Ganoza
**FOLEY & LARDNER LLP**
Laura Ganoza, Esq.
Florida Bar No. 0118532
lganoza@foley.com
atownsend@foley.com

4875-5548-1099.1

Ana Romes, Esq.
Florida Bar No. 101179
aromes@foley.com
avargas@foley.com
Yelan Escalona, Esq.
Florida Bar No. 1031564
yescalona@foley.com
hmoreno@foley.com
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
(305) 482-8400


**FOLEY & LARDNER LLP**
Jessica N. Walker, Esq.
*(admitted pro hac vice)*
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
(213) 972-4675
jwalker@foley.com

***Counsel for Plaintiff Itamar Medical Ltd.***