**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**Case No. 20-cv-60719- DIMITROULEAS/SNOW**

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV,

    Defendant.

**JOINT MOTION FOR MODIFICATION OF THE STIPULATED PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIALS**

Plaintiff Itamar Medical Ltd. and Defendant Ectosense *nv* (together, the "Parties") respectfully and jointly move to modify the Stipulated Protective Order Governing Confidentiality Materials (the "Protective Order") (ECF No. 66). The Parties have agreed to modify the Protective Order to allow specific in-house counsel at ZOLL Medical Corporation ("ZOLL") and ResMed Inc. ("ResMed"), the new parent companies of Plaintiff and Defendant, respectively, to have access to materials designated CONFIDENTIAL and HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY. Given the recent acquisitions of the Parties, modification of the Protective Order is appropriate and necessary in order to ensure effective communication in connection with this litigation.

Access to materials designated CONFIDENTIAL and HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY will be limited to Aaron Grossman, in-house counsel at ZOLL, and Rory Schermerhorn, in-house counsel at ResMed. Mr. Grossman and Mr. Schermerhorn will both

be included in the categories of persons that have access to the Protected Materials under Sections VII(B) and VII(C) of the Protective Order, which govern access to CONFIDENTIAL and HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY materials, respectively. Mr. Grossman and Mr. Schermerhorn will also be subject to the confidentiality obligations set forth in the Protective Order.

WHEREFORE, the Parties jointly request that the Court enter an order modifying the Protective Order and adding Aaron Grossman and Rory Schermerhorn to the categories of persons listed under Sections VII(B) and VII(C) of the Protective Order.

Dated: March 3, 2022

Respectfully submitted,

/s/ Seth J. Donahoe
**TRIPP SCOTT, P.A.**
Paul O. Lopez, Esq.
Florida Bar No. 983314
pol@trippscott.com (primary)
eservice@trippscott.com (secondary)
sxc@trippscott.com (secondary)
Seth J. Donahoe, Esq.
Florida Bar No. 1004133
sjd@trippscott.com (primary)
sgc@trippscott.com (secondary)
B. George Walker, Esq.
Florida Bar No. 0071049
bgw@trippscott.com (primary)
sxc@trippscott.com (secondary)
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-7500
Telefax: (954) 761-8475

*Counsel for Defendant Ectosense nv*

/s/ Laura Ganoza
**FOLEY & LARDNER LLP**
Florida Bar No. 0118532
lganoza@foley.com
atownsend@foley.com
Ana Romes, Esq.
Florida Bar No. 101179
aromes@foley.com
avargas@foley.com
Yelan Escalona, Esq.
Florida Bar No. 1031564
yescalona@foley.com
hmoreno@foley.com
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305) 482-8400

**FOLEY & LARDNER LLP**
Jessica N. Walker, Esq.
(admitted pro hac vice)
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Phone: (213) 972-4675
jwalker@foley.com

*Counsel for Plaintiff Itamar Medical Ltd.*