IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60719- DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV,

    Defendant.

**O R D E R**

THIS CAUSE came before the Court on the Parties' Joint Motion for Modification of the Stipulated Protective Order Governing Confidential Materials (ECF No. 253). Being duly advised, it hereby

ORDERED and ADJUDGED that the Parties' motion is GRANTED as follows:

Aaron Grossman, in-house counsel at ZOLL Medical Corporation, and Rory Schermerhorn, in-house counsel at ResMed Inc., shall be added to the categories of persons listed under Sections VII(B) and VII(C) of the Protective Order and granted access to materials designated CONFIDENTIAL and HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY.

DONE AND ORDERED Fort Lauderdale, Florida, this 10th ay of March, 2022.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record