**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case Number: 20-cv-60719-WPD

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV,

    Defendant.

_____/

**DEFENDANT ECTOSENSE'S NOTICE OF WITHDRAWAL OF ECF NO. 258**

Defendant Ectosense *nv* ("Ectosense"), by and through its undersigned counsel, hereby notifies the Court that Ectosense withdraws its Motion to Compel De-Designation (ECF No. 258) without prejudice, filed on March 11, 2021.

Before filing the March 11 Motion, the undersigned counsel emailed Itamar's counsel, Ana Romes, Esq., Laura Ganoza, Esq., and Jessica Walker, Esq. on February 17, 2022, to notify them that Ectosense still had not received all the documents responsive to Ectosense's Second Request for Production. Additionally, on February 18, 2022, Itamar's counsel notified Ectosense by email that Itamar would later produce responsive documents and also requested that Ectosense "remind" Itamar which request numbers the documents were responsive to, as one of Itamar's attorneys was out on leave.

On March 7, 2022, Ectosense also sent Itamar a conferral letter regarding the AEO designation, the subject of the Motion being withdrawn by this Notice. On Friday, March 11, 2022, Itamar's counsel emailed the undersigned counsel, stating that the "rushed turn-around" (referring to the deadline in the conferral letter) was "unnecessary." Yet Itamar's counsel's email did not

1

mention any substantive issues with the AEO conferral letter whatsoever. Instead, the email stated that Itamar would "respond in full" to the conferral letter the following week.

With an approaching close of discovery deadline, and with the extended time Itamar took simply to produce the records in question, Ectosense impressed the time sensitive nature of the conferrals. After having received no meaningful, comprehensive response by two days after the conferral letter's deadline, Ectosense filed the subject Motion to Compel De-Designation (ECF No. 258) on March 11. On Monday, March 14, 2022, Itamar's counsel requested that Ectosense withdraw the Motion to Compel De-Designation for the first time citing failure to comply with the conferral procedure in the parties' Stipulated Protective Order (ECF No. 66), which permits Itamar 14 days to respond to the initial conferral. Without waiving any arguments or objections in its defense, Ectosense hereby withdraws its Motion to Compel De-Designation (ECF No. 258).

DATED: March 16, 2022

Respectfully submitted,

**TRIPP SCOTT, P.A.**
*Counsel for Defendant Ectosense*
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Facsimile:  (954) 761-8475

By:
　　　/s/ *Seth J. Donahoe*
**PAUL O. LOPEZ**
Florida Bar #983314
pol@trippscott.com
eservice@trippscott.com
sxc@trippscott.com
**SETH J. DONAHOE**
Florida Bar #1004133
sjd@trippscott.com

scg@trippscott.com<br>
**BRIAN GEORGE WALKER**<br>
Florida Bar #0071049<br>
bdg@trippscott.com<br>
sxc@trippscott.com<br>
cab@trippscott.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice of Withdrawal of ECF No. 258 has been sent via CM/ECF to all those entitled to service on March 16, 2022.

By:   /s/ *Seth J. Donahoe*<br>
Seth J. Donahoe

## SERVICE LIST
## CASE NO: 20-cv-60719-WPD

| Counsel for Plaintiff: | Counsel for Defendant ECTOSENSE: |
|---|---|
| **LAURA GANOZA, ESQ.**<br>Florida Bar No. 0118532<br>lganoza@foley.com<br>atownsend@foley.com<br>**ANA ROMES, ESQ.**<br>Florida Bar No. 101179<br>aromes@foley.com<br>avargas@foley.com<br>**YELAN ESCALONA, ESQ.**<br>Florida Bar No. 1031564<br>yescalona@foley.com<br>hmoreno@foley.com<br>**FOLEY & LARDNER LLP**<br>One Biscayne Tower, Suite 1900<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>(305) 482-8400<br>(305) 482-8600 (fax) | **PAUL O. LOPEZ, ESQ.**<br>eservice@trippscott.com (primary)<br>pol@trippscott.com (secondary)<br>sxc@trippscott.com (secondary)<br>**SETH J. DONAHOE, ESQ.**<br>eservice@trippscott.com (primary)<br>sjd@trippscott.com (secondary)<br>sgc@trippscott.com (secondary)<br>**B. GEORGE WALKER, ESQ.**<br>bgw@trippscott.com<br>sxc@trippscott.com<br>cab@trippscott.com<br>Tripp Scott, P.A.<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL  33301<br>Telephone:  (954) 525-7500<br>Telefax:  (954) 761-8475 |
| **Co-Counsel for Plaintiff:**<br><br>**JESSICA N. WALKER, ESQ.**<br>jwalker@foley.cOM<br>**FOLEY & LARDNER LLP**<br>555 South Flower Street, Suite 3300 | **Co-Counsel for Defendant ECTOSENSE:**<br><br>Stephen Baird, Esq.<br>(*pro hac vice to be filed*)<br>GREENBERG TRAURIG, LLP<br>90 South 7th St., Suite 3500 |

2085670v1 998877.0001

| | |
|---|---|
| Los Angeles, CA 90071-2418<br>(213) 972-4675<br><br>**GENE KLEINHENDLER, ESQ.**<br>gene@gk-ad.com<br>**ANNA ADAMSKY, ESQ.**<br>anna@gk-ad.com<br>**GK ADVISORY**<br>72 Ahad Haam St.<br>Tel Aviv 6520512, Israel<br>(972) 3-735-6168 | Minneapolis, MN  55402<br>bairds@gtlaw.com<br><br>Paul B. Ranis, Esq.<br>Florida Bar No. 64408<br>GREENBERG TRAURIG, P.A.<br>401 E. Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>ranisp@gtlaw.com<br>scottlaw@gtlaw.com<br>FLService@gtlaw.com |

2085670v1 998877.0001