IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 20-cv-60719- DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,

       Plaintiff,

v.

ECTOSENSE NV,

       Defendant.

## ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT

THIS CAUSE comes before the Court on the Parties' Joint Motion to Stay Proceedings Pending Settlement (the "Motion") [DE 262], wherein the Parties seek a brief stay of all proceedings until March 31, 2022 to finalize a potential settlement agreement. The Court has carefully reviewed the Motion and is otherwise fully advised in the premises.

Though the Court does not normally stay proceedings during settlement discussions, the Court will permit the matter to be stayed for the brief period requested.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 262] is hereby **GRANTED**.

2. This case is **STAYED** through March 31, 2022, with all deadlines tolled from the date of the Motion, including all responses to pending motions, all responses to pending discovery, and any other deadlines with respect to the Court and as between the Parties, **falling between now and March 31, 2022**. No other Scheduling Order deadlines are affected by this Order.

3. On or before **April 1, 2022** the Parties shall file a joint status report indicating whether the parties have reached a settlement. If the Parties fail to finalize settlement documents, then the parties shall file a proposed schedule for all pending matters and pre-trial deadlines for the Court's consideration.

**DONE AND ORDERED** in Chambers in Broward County, Florida, this 18th day of March, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record