UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ITAMAR MEDICAL LTD.,

        Plaintiff,

v.

ECTOSENSE NV,

        Defendant.      /

Case No. 20-60719-CIV-DIMITROULEAS/SNOW

## JOINT MOTION FOR BRIEF EXTENSION OF STAY

Plaintiff / Counter-Defendant Itamar Medical Ltd., and Defendant / Counter-Plaintiff Ectosense *nv* (together, the "Parties"), pursuant to the Order Granting the Parties' Joint Motion to Stay Proceedings Pending Settlement (ECF No. 263), jointly move to extend the stay currently in place for an additional five days, through April 5, 2022, to allow the parties to continue settlement negotiations and finalize settlement documents.

On March 18, 2022, the Parties filed a Joint Motion to Stay Proceedings Pending Settlement (ECF No. 262), in which they explained to the Court that they had been diligently negotiating a settlement and believed they have reached a settlement in principle. The Parties sought a stay of all deadlines, including discovery, through March 31, 2022, to focus all their resources on settlement. The Court granted the stay, tolling all deadlines, both as between the Parties and as ordered by the Court. (ECF No. 263). The Court also ordered the Parties to file a joint status report by April 1, 2022, indicating whether the Parties have settled, and to file a new proposed schedule for all pending matters and deadlines if the parties failed to finalize settlement documents.

Since the Court granted the stay, and through the time of the filing of this Joint Motion, the Parties have continued their efforts to memorialize the terms of the settlement. During the current

1

2088768v1 998877.0001
4890-9079-5290.1

stay, the Parties have worked diligently toward resolution exchanging draft agreements, editing the same, and holding sometimes twice daily video calls (either internal or with each other) in which individuals are calling in from Belgium, California, Florida, and Israel.

During this time period, Itamar's lead counsel fell ill and another member of the team negotiating the settlement for Itamar traveled from the U.S. to Israel and back, both of which caused some timing delays. Nonetheless, the Parties have been productive and still believe that they can reach a final settlement in the near term. Given the complexity of the settlement documents currently being drafted, however, the Parties need a modest additional amount of time to continue working on the settlement agreement, which will still require the attention of individuals across several countries and time zones.

But, with upcoming discovery deadlines between the Parties—including the close of discovery quickly approaching on April 22, 2022—the Parties still need an additional five days to focus all their attention and resources into reaching a settlement.[1] The Court has the inherent discretion to extend the stay to allow the Parties to continue good-faith settlement negotiations. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Advanced Bodycare Sols., LLC v. Thione Int'l, Inc.*, 524 F.3d 1235, 1241 (11th Cir. 2008) ("[D]istrict courts have inherent, discretionary authority to issue stays in many circumstances, and granting a stay to permit mediation (or to require it) will often be appropriate." (footnote omitted)); *Chrysler Intern. Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) ("[W]e stress the broad discretion district courts

---

[1] In an abundance of caution, the Parties will also be contemporaneously filing a separate motion to extend all remaining pretrial deadlines and to continue the trial date if they are unable to file a stipulation of dismissal by April 5, 2022, which they respectfully request the Court to address even if extension of the stay is granted.

2088768v1 998877.0001
4890-9079-5290.1

have in managing their cases." (citations omitted)). Accordingly, the Parties respectfully request that this Court extend the stay of all deadlines between the Parties and with the Court until **April 5, 2022**.

So that the Court will not have to address the scheduling matters regarding the various deadlines that are tolled and stayed at this time, in the event that the Parties are unable to finalize a settlement of this case by April 5, 2022, then the Parties propose that all the pending discovery currently stayed, and response and motion to compel deadlines currently stayed, be due **April 13, 2022**.

Dated: March 31, 2022

Respectfully submitted,

/s/ Laura Ganoza
**FOLEY & LARDNER LLP**
Laura Ganoza, Esq. (FBN: 0118532)
Ana Romes, Esq. (FBN: 101179)
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
Phone: (305) 482-8400
lganoza@foley.com
atownsend@foley.com
aromes@foley.com
avargas@foley.com


**FOLEY & LARDNER LLP**
Jessica N. Walker, Esq.
(admitted pro hac vice)
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Phone: (213) 972-4675
jwalker@foley.com


**GK ADVISORY**
Gene Kleinhendler, Esq.
(admitted pro hac vice)
gene@gk-ad.com
Anna Adamsky, Esq.
(admitted pro hac vice)
anna@gk-ad.com

___/s/ Seth J. Donahoe
**TRIPP SCOTT, P.A.**
Paul O. Lopez, Esq. (FBN: 983314)
Seth J. Donahoe, Esq. (FBN: 1004133)
B. George Walker, Esq. (FBN: 71049)
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL  33301
Phone:  (954) 525-7500
eservice@trippscott.com (primary)
pol@trippscott.com (secondary)
sxc@trippscott.com (secondary)
sjd@trippscott.com (secondary)
sgc@trippscott.com (secondary
bgw@trippscott.com (secondary)

Paul B. Ranis, Esq. (FBN: 64408)
GREENBERG TRAURIG, P.A.
401 E. Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
ranisp@gtlaw.com
scottlaw@gtlaw.com
FLService@gtlaw.com

Scott J. Bornstein, Esq.
(pro hac vice to be filed)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY  10166
bornsteins@gtlaw.com

3

72 Ahad Haam St.
Tel Aviv 6520512, Israel
Phone: (972) 3-735-6168

***Counsel for Plaintiff Itamar Medical Ltd.***

Stephen Baird, Esq.
(*pro hac vice to be filed*)
GREENBERG TRAURIG, LLP
90 South 7th St., Suite 3500
Minneapolis, MN  55402
bairds@gtlaw.com

***Counsel for Ectosense nv***

2088768v1 998877.0001
4890-9079-5290.1