UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ITAMAR MEDICAL LTD.,

    Plaintiff,

v.

ECTOSENSE NV,

    Defendant.   /

Case No. 20-60719-CIV-DIMITROULEAS/SNOW

## JOINT MOTION TO EXTEND REMAINING PRETRIAL DEADLINES AND TO CONTINUE TRIAL

Plaintiff / Counter-Defendant Itamar Medical Ltd., and Defendant / Counter-Plaintiff Ectosense *nv* (together, the "Parties"), pursuant to the Order Granting the Parties' Joint Motion to Stay Proceedings Pending Settlement (ECF No. 263), jointly move to extend the remaining pretrial deadlines and to continue the trial date.

This Court entered its Scheduling Order (ECF No. 56) on February 2, 2021. Since then, the Parties have exchanged discovery and have been diligently pursuing settlement negotiations. As set forth in the Parties' initial Joint Motion to Stay Proceedings Pending Settlement (ECF No. 262) and the Joint Motion to Extend the Stay (ECF No. 264), the Parties are working diligently on memorializing a mutually acceptable settlement agreement, and have made significant progress doing so.

In an abundance of caution, the Parties file this Joint Motion to extend the remaining pretrial deadlines and to continue the trial date to address scheduling issues that will arise if the case does not settle. With the close of discovery quickly approaching on April 22, 2022, the Parties seek an extension of all remaining pretrial deadlines, which would necessarily require the Court to continue the trial date to afford the Court sufficient time to resolve any dispositive motions.

1

Further, the Parties identified a scheduling quirk in the original Scheduling Order (ECF No. 56) that set a discovery cut-off date without a separate set of deadlines for expert-disclosures or discovery. Thus, based on the default procedural rule, the Parties are required to disclose experts at least 90 days before the September 12, 2022 trial date, which would fall after the close of discovery and would not allow the Parties to depose experts, if needed. *See* Fed. R. Civ. P. 26(a)(2)(D)(i). The Parties have demonstrated good cause to amend the Scheduling Order by focusing all their attention and resources in settlement negotiations and addressing the internal conflict in the initial Scheduling Order submitted by the Parties. *See* Fed. R. Civ. P. 16(b)(4).

The Parties therefore respectfully request that this Court grant an approximately **45-day extension**[1] of all the remaining pretrial deadlines and a continuation of trial as follows:

| Action | Current Deadline | Proposed Deadline |
|---|---|---|
| **Discovery deadlines between the Parties** | Stayed through March 31, 2022 | Stay through April 13, 2022 |
| **Fact Discovery Cut-off** | Friday, April 22, 2022 | Monday, June 6, 2022 |
| **Expert Disclosures / Expert Discovery Cut-off** | None currently set in the scheduling order, and thus default rule is 90 days before trial, but that is outside the current close of discovery. | **Affirmative Claim Expert(s):** Monday June 27, 2022<br><br>**Rebuttal Expert(s):** Monday August 1, 2022<br><br>**Expert Discovery Cutoff:** Monday August 29, 2022 |
| **Substantive Pretrial Motions** | Friday, May 27, 2022 | Monday, September 19, 2022 |
| ***Daubert* Motions** | 60 days before calendar call | Monday, September 19, 2022 |
| **Mediation Cut-off** | 60 days before start of the trial's two-week calendar | Monday September 30, 2022 |

---

[1] The Parties used the previously scheduled deadline plus 45 days as a general guide for the new proposed deadlines, but made modifications where needed to work in an expert disclosure and discovery schedule, and to accommodate intervening religious holidays observed by the Parties in September and October.

2088786v1 998877.0001
4868-7803-7530.1

| Action | Current Deadline | Proposed Deadline |
|---|---|---|
| **Pretrial Stipulation Conferral Deadline** | Friday, August 12, 2022 | Monday, October 3, 2022 |
| **Pretrial Stipulation** | Friday, August 26, 2022 | Monday, October 17, 2022 |
| **Motions in Limine** | Friday, August 26, 2022 | Monday, October 17, 2022 |
| **Responses to Motions in Limine** | Friday, September 02, 2022 | Monday, October 24, 2022 |
| **Jury Instructions or Proposed Findings and Conclusions** | Friday, September 02, 2022 | Monday, October 24, 2022 |
| **Voir Dire Questions** | Calendar call | Friday, October 28, 2022 |
| **Exhibit List for Court** | First day of Trial (impeachment excepted) | First day of Trial (impeachment excepted) |
| **Witness List for Court** | First day of Trial (impeachment excepted) | First day of Trial (impeachment excepted) |
| **Calendar Call** | Friday, September 9, 2022 | Friday, October 28, 2022 |
| **Trial** | September 12, 2022 | Monday, October 31, 2022 |

Dated: April 1, 2022                                          Respectfully submitted,

*/s/ Laura Ganoza*                                          ___/s/ *Seth J. Donahoe* _____
**FOLEY & LARDNER LLP**                          **TRIPP SCOTT, P.A.**
Laura Ganoza, Esq. (FBN: 0118532)             Paul O. Lopez, Esq. (FBN: 983314)
Ana Romes, Esq. (FBN: 101179)                   Seth J. Donahoe, Esq. (FBN: 1004133)
One Biscayne Tower, Suite 1900                   B. George Walker, Esq. (FBN: 71049)
2 South Biscayne Boulevard                         110 SE 6th Street, 15th Floor
Miami, Florida 33131                                   Fort Lauderdale, FL  33301
Phone: (305) 482-8400                                 Phone:  (954) 525-7500
lganoza@foley.com                                      eservice@trippscott.com (primary)
atownsend@foley.com                                 pol@trippscott.com (secondary)
aromes@foley.com                                       sxc@trippscott.com (secondary)
avargas@foley.com                                      sjd@trippscott.com (secondary)
                                                               sgc@trippscott.com (secondary
**FOLEY & LARDNER LLP**                          bgw@trippscott.com (secondary)
Jessica N. Walker, Esq.
*(admitted pro hac vice)*                              Paul B. Ranis, Esq. (FBN: 64408)
555 South Flower Street, Suite 3300              GREENBERG TRAURIG, P.A.
Los Angeles, CA 90071-2418                        401 E. Las Olas Boulevard, Suite 2000
Phone: (213) 972-4675                                 Fort Lauderdale, Florida 33301

3

jwalker@foley.com

**GK ADVISORY**
Gene Kleinhendler, Esq.
*(admitted pro hac vice)*
gene@gk-ad.com
Anna Adamsky, Esq.
*(admitted pro hac vice)*
anna@gk-ad.com
72 Ahad Haam St.
Tel Aviv 6520512, Israel
Phone: (972) 3-735-6168

***Counsel for Plaintiff Itamar Medical Ltd.***

ranisp@gtlaw.com
scottlaw@gtlaw.com
FLService@gtlaw.com

Scott J. Bornstein, Esq.
(*pro hac vice to be filed*)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY  10166
bornsteins@gtlaw.com

Stephen Baird, Esq.
(*pro hac vice to be filed*)
GREENBERG TRAURIG, LLP
90 South 7th St., Suite 3500
Minneapolis, MN  55402
bairds@gtlaw.com

***Counsel for Ectosense nv***

4