IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 20-cv-60719- DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,

        Plaintiff,

v.

ECTOSENSE NV,

        Defendant.

## ORDER DENYING IN PART JOINT MOTION TO EXTEND REMAINING PRETRIAL DEADLINES AND CONTINUE TRIAL

THIS CAUSE is before the Court upon the Joint Motion to Extend Remaining Pretrial Deadlines and to Continue Trial, filed April 1, 2022, wherein the parties seek a 45-day extension of all remaining pretrial deadlines and a continuation of trial. [DE 265]. The Court has carefully considered the Motion [DE 265] and is otherwise fully advised in the premises.

On February 1, 2021, the parties submitted a Joint Scheduling Report and Discovery Plan and Proposed Scheduling Order, requesting the following discovery deadlines:

| | |
|---|---|
| Complete fact discovery | December 10, 2021 |
| Initial expert disclosures | January 28, 2022 |
| Rebuttal expert disclosures | March 4, 2022 |
| Complete expert discovery | April 22, 2022 |

*See* [DE 55].

The same day, the Court entered a Scheduling Order, setting the Discovery Cutoff for

1

**April 22, 2022**, the exact deadline the parties jointly requested to complete expert discovery. *See* [DE 56]. The Court further stated, in relevant part, that "[i]n setting the following deadlines, the Court has considered the parties' suggested discovery schedule. Dates and other agreements between the parties not otherwise addressed herein shall be considered part of this Order." *See* [DE 56]. Therefore, all the interim discovery deadlines set forth in the Joint Scheduling Report and Discovery Plan and Proposed Scheduling Order [DE 55], all leading up to the April 22, 2022 Discovery Cutoff set forth in the Court's Scheduling Order, *see* [DE 56], were all part of the Court's Scheduling Order.

The Court does not normally extend deadlines once set in a scheduling order. Nevertheless, the Court finds good cause to allow a brief one-week extension of the Discovery Cutoff deadline and the Substantive Pretrial Motions deadline to account for the temporary stay currently in place.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 265] is **GRANTED IN PART AND DENIED IN PART**, such that the Court will extend the Discovery Cutoff deadline and the Substantive Pretrial Motions deadline, but the trial, calendar call, and all other remaining pretrial deadlines shall remain unchanged.

2. The deadlines set forth in the Court's Scheduling Orders are amended as follows:

    Discovery Cutoff                                **April 29, 2022**

    Substantive Pretrial Motions            **June 3, 2022**

3. All other aspects of the Court's prior Scheduling Order [DE 56] shall continue to be effective. Further extensions shall not be expected absent emergency.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of April, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record