IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 20-cv-60719- DIMITROULEAS/SNOW

ITAMAR MEDICAL LTD.,

       Plaintiff,

v.

ECTOSENSE NV,

       Defendant.

## ORDER GRANTING JOINT MOTION FOR BRIEF EXTENSION OF STAY

THIS CAUSE comes before the Court on the Parties' Joint Motion for Brief Extension of Stay (the "Motion") [DE 264], wherein the Parties seek to extend the stay currently in place through April 5, 2022.  The Court has carefully reviewed the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 264] is hereby **GRANTED**.

2. The stay set forth in this Court's March 18, 2022 Order [DE 263] is hereby extended through **April 5, 2022**.

3. If the parties do not file dismissal papers or a notice of settlement on or before **April 5, 2022**, the temporary stay in this matter will be automatically lifted. In that event, all discovery deadlines currently stayed, including discovery responses, motions to compel, and all motion responses and replies, will be due no later than **April 13, 2022**. No other Scheduling Order deadlines are affected by this Order.

**DONE AND ORDERED** in Chambers in Broward County, Florida, this 4th day of April, 2022.

*[signature: William P. Dimitrouleas]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record
Magistrate Judge Snow