IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 20-CV-60719-WPD

| | |
|---|---|
| **ITAMAR MEDICAL LTD.,** | ) |
| *Plaintiff*, | ) |
| v. | ) |
| **ECTOSENSE NV,** | ) |
| *Defendant.* | ) |

**STIPULATION OF DISMISSAL**

The parties to this lawsuit have reached a confidential settlement and wish to dismiss this lawsuit in accordance with the terms of their April 5, 2022 Settlement Agreement. Pursuant to the agreement, Plaintiff hereby voluntarily dismisses all claims in the Complaint with prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Defendant hereby voluntarily dismisses Counts I and III of its counterclaims with prejudice and Count II of its counterclaims without prejudice pursuant to Rule 41(a)(1)(A). Each party shall bear its own attorneys' fees, expert fees and costs incurred in connection with this action.

Executed this 8th day of April 2022,

| | |
|---|---|
| *On Behalf of Plaintiff Itamar Medical Ltd.* | *On Behalf of Defendant Ectosense NV* |
| By:  /s/ Laura Ganoza | By:  /s/ Seth J. Donahoe |

**FOLEY & LARDNER LLP**
Laura Ganoza, Esq. (FBN: 0118532)
Ana Romes, Esq. (FBN: 101179)
One Biscayne Tower, Suite 1900
2 South Biscayne Boulevard
Miami, Florida 33131
Phone: (305) 482-8400
lganoza@foley.com
atownsend@foley.com
aromes@foley.com
avargas@foley.com

**FOLEY & LARDNER LLP**
Jessica N. Walker, Esq.
*(admitted pro hac vice)*
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Phone: (213) 972-4675
jwalker@foley.com

**GK ADVISORY**
Gene Kleinhendler, Esq.
*(admitted pro hac vice)*
gene@gk-ad.com
Anna Adamsky, Esq.
*(admitted pro hac vice)*
anna@gk-ad.com
72 Ahad Haam St.
Tel Aviv 6520512, Israel
Phone: (972) 3-735-6168

**TRIPP SCOTT, P.A.**
Paul O. Lopez, Esq. (FBN: 983314)
Seth J. Donahoe, Esq. (FBN: 1004133)
B. George Walker, Esq. (FBN: 71049)
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301
Phone: (954) 525-7500
eservice@trippscott.com (primary)
pol@trippscott.com (secondary)
sxc@trippscott.com (secondary)
sjd@trippscott.com (secondary)
sgc@trippscott.com (secondary)
bgw@trippscott.com (secondary)

Paul B. Ranis, Esq. (FBN: 64408)
GREENBERG TRAURIG, P.A.
401 E. Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
ranisp@gtlaw.com
scottlaw@gtlaw.com
FLService@gtlaw.com

Scott J. Bornstein, Esq.
(*pro hac vice to be filed*)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
bornsteins@gtlaw.com

Stephen Baird, Esq.
(*pro hac vice to be filed*)
GREENBERG TRAURIG, LLP
90 South 7th St., Suite 3500
Minneapolis, MN 55402
bairds@gtlaw.com