**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No. 20-cv-60719- DIMITROULEAS/SNOW**

ITAMAR MEDICAL LTD.,

          Plaintiff,

v.

ECTOSENSE NV,

          Defendant.

<u>**ORDER OF DISMISSAL**</u>

THIS CAUSE comes before the Court on the Stipulation of Dismissal (the "Stipulation") [DE 269]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.  The Stipulation [DE 269] is hereby **APPROVED**;

2.  All of Plaintiff's claims and Counts I and III of Defendant's counterclaims are **DISMISSED WITH PREJUDICE**, and Count II of Defendant's counterclaims are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;

3.  The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 11th day of April, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record